DAVEN G. LOWHURST (State Bar No. 124723)
JOHN A. CHATOWSKI (State Bar No. 174471)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3601
Telephone: 415-371-1200
Facsimile: 415-371-1211
dglowhurst@thelen.com
jachatowski@thelen.com

Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

ORIGINAL FILED

MAY 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOMESTAKE LEAD COMPANY OF MISSOURI,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and THE CONTINENTAL INSURANCE COMPANY,

Defendants.

CASE NO. 07 2634 EMC

PLAINTIFF HOMESTAKE LEAD COMPANY OF MISSOURI'S CERTIFICATION OF INTERESTED PARTIES (Local Rule 3-16)

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 3-16, Plaintiff HOMESTAKE LEAD COMPANY OF MISSOURI ('HOMESTAKE") certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Connection & Interest |
|---|---|
| Homestake Mining Company of California | Equitable owner of plaintiff Homestake Lead Company of Missouri |
| Barrick (HMC) Mining Company | Equitable owner of Homestake Mining Company of California |
| Barrick Holding Company | Equitable owner of Barrick (HMC) Mining Company |
| ABX Financeco Inc. | Equitable owner of Barrick Holding Company |
| Barrick Gold Corporation | Equitable owner of ABX Financeco Inc. |

Dated: May 17, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
DAVEN G. LOWHURST
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI