# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

HOMESTAKE LEAD COMPANY OF MISSOURI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., THE CONTINENTAL INSURANCE COMPANY

EMC C 07 2634

TO: (Name and address of defendant)

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

C/O Lori Castaneda
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA  95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daven G. Lowhurst (State Bar No. 124723)
John A. Chatowski (State Bar No. 174471)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3606

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 1 7 2007

Richard W. Wieking
CLERK

DATE

Helen L. Almacen

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5-18-07 |
| Name of SERVER: Michael Morris | TITLE: Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 2730 Gateway Oaks Drive, Ste 100 Sacramento, CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-18-07
Date

Signature of Server

1814 I St., Sacramento, CA 95814
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure