# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., THE CONTINENTAL INSURANCE COMPANY | C 07 - 2634 EMC |

TO: (Name and address of defendant)

THE CONTINENTAL INSURANCE COMPANY

C/O Jere Keprios
CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daven G. Lowhurst (State Bar No. 124723)
John A. Chatowski (State Bar No. 174471)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 1 7 2007

Richard W. Wieking
CLERK

DATE_____

Helen L. Almacen

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5/18/07 |
| Name of SERVER John Aldana | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: CT Corporation 818 W 7th St. L.A CA 90013.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/18/07
            Date

Signature of Server

Address of Server  350 S. Figueroa St. Suite 299.
L.A. CA. 90071

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure