Gretchen A. Ramos, No. 198689
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:     415.989.5900
Facsimile:       415.989.0932
Email:             gramos@cbmlaw.com
                       vwoodward@cbmlaw.com

Attorneys for The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | No. C-07-2634-EMC<br><br>**NOTICE OF MOTION AND CONTINENTAL'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**<br><br>Date:　　August 15, 2007<br>Time:　　10:30 a.m.<br>Judge:<br>Magistrate Judge: Edward M. Chen<br>Location　Courtroom C, 15th Floor<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, California<br><br>Complaint Filed:　May 17, 2007<br>Trial Date:　　None |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　　　PLEASE NOTICE that, pursuant Federal Rule 12(b)(3), and L.R. 7–2(b), on July 25, 2007 at 10:30 a.m., or as soon thereafter as the matter can be heard, at the federal court house located at 450 Golden Gate Avenue, San Francisco, California, The Continental Insurance Company ("Continental") will move this Court for an order to dismiss or, in the alternative, to stay this action on based on federal doctrines of abstention and *forum non conveniens*. This motion will be based upon this notice, the memorandum of points and authorities and the

1  declaration of Vance A. Woodward attached hereto, and the complete files and record in this
2  action.
3      Continental will seek an order dismissing this action.  In the alternative, Continental
4  will seek an order staying this action pending the resolution of ongoing litigation in New York
5  state court styled *The Continental Insurance Company v. Cyprus Amax Minerals Company, et al.*,
6  index no. 0101260/07 (filed Jan. 26, 2007).
7  Dated: June 14, 2007

CARROLL, BURDICK & McDONOUGH LLP


By _____/s/ Gretchen A. Ramos_____
     Gretchen A. Ramos
     Vance A. Woodward
Attorneys for
The Continental Insurance Company