Gretchen A. Ramos, No. 198689
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: gramos@cbmlaw.com
        vwoodward@cbmlaw.com

Attorneys for The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendant. | No. C-07-2634-EMC<br><br>**WOODWARD DECLARATION IN SUPPORT OF CONTINENTAL'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**<br><br>Date: August 15, 2007<br>Time: 10:30 a.m.<br>Judge:<br>Magistrate Judge: Edward M. Chen<br>Location Courtroom C, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, California<br><br>Complaint Filed: May 17, 2007<br>Trial Date: None |

I, Vance A. Woodward, declare as follows:

1.    I make this declaration based upon my personal knowledge and, if called as a witness, could and would testify competently hereto.

2.    I am a member in good standing of the State Bar of California and am an associate with Carroll, Burdick & McDonough LLP, attorneys for The Continental Insurance Company ("Continental").

3.    I make this declaration in support of Continental's Motion to Dismiss or To Stay this action.

1    4. Attached hereto as Exhibit 1 is a true and correct copy of the complaint

2 (without attachments) filed by BNSF Railway Company ("BNSF") against Homestake, Cyprus

3 Amax Minerals Company ("Amax") and others in Missouri State Court in an action styled *BNSF*

4 *Railway Company v. The Doe Run Resources Corporation, et al.*, cause no. 052-01585 (filed May

5 6, 2005).

6    5. Attached hereto as Exhibit 2 is a true and correct copy of the complaint

7 Continental filed in New York state court in an action styled *The Continental Insurance Company*

8 *v. Cyprus Amax Minerals Company, et al.*, index no. 0101260/07 (filed January 26, 2007).

9    6. Attached hereto as Exhibit 3 is a true and correct copy of the complaint

10 Homestake Lead Company of Missouri ("Homestake") filed in the present action.

11    7. Attached hereto as Exhibit 4 is a true and correct copy of the answer filed by

12 Cyprus Amax Minerals Company ("Amax") and Missouri Lead Smelting Company ("MLS") in

13 New York state court in response to Continental's complaint.

14    8. Attached hereto as Exhibit 5 is a true and correct copy of the answer filed by

15 Homestake Lead Company of Missouri ("Homestake") in New York state court in response to

16 Continental's complaint.

17    9. Attached hereto as Exhibit 6 is a true and correct copy of the answer filed by

18 Century Indemnity Company ("Century") in New York state court in response to Continental's

19 complaint.

20    10. Attached hereto as Exhibit 7 is a true and correct copy of the answer filed by

21 Hartford Accident & Indemnity Company ("Hartford") in New York state court in response to

22 Continental's complaint.

23    11. Attached hereto as Exhibit 8 is a true and correct copy of the answer filed by

24 Travelers Indemnity Company ("Travelers") in New York state court in response to Continental's

25 complaint.

26    12. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt relating to

27 American Metal Climax from Moody's Industrial Manual (1965). Page 2 of the Exhibit (page

28 2449 of the Manual) indicates American Metal Climax is incorporated in New York. Page 4 of

1    the Exhibit (page 2451 of the Manual) indicates American Metal Climax's general offices are

2    located in New York, New York.

3        13.    Attached hereto as Exhibit 10 is a true and correct copy of an excerpt relating to

4    Amax, Inc. from Moody's Industrial Manual (1974).  Page 2 of the Exhibit (page 1359 of the

5    Manual) indicates Amax, Inc. is the successor by name change to American Metal Climax.  Page

6    4 of the Exhibit (page 1361 of the Manual) indicates Amax, Inc.'s general offices are located in

7    New York, New York.

8        14.    Attached hereto as Exhibit 11 is a true and correct copy of an excerpt relating to

9    Amax, Inc. from Moody's Industrial Manual (1993).  Page 2 of the Exhibit (page 2549 of the

10   Manual) indicates Amax, Inc. is the successor by name change to American Metal Climax.  Page

11   3 of the Exhibit (page 2550 of the Manual) indicates Amax, Inc.'s general offices are located in

12   New York, New York.

13       15.    Attached hereto as Exhibit 12 is a true and correct copy of an excerpt relating to

14   Insurance Company of North America ("INA") from Best's Insurance Reports (2006).  Page 2 of

15   the Exhibit (page 2163 of the Report) indicates INA's offices are located in Philadelphia,

16   Pennsylvania.

17       16.    Attached hereto as Exhibit 13 is a true and correct copy of an excerpt relating to

18   Century Indemnity from Best's Insurance Reports (2006).  Page 2 of the Exhibit (page 873 of the

19   Report) indicates Century Indemnity's offices are located in Philadelphia, Pennsylvania.

20       17.    Attached hereto as Exhibit 14 is a true and correct copy of an excerpt relating to

21   National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") from Best's

22   Insurance Reports (2006).  Page 2 of the Exhibit (page 2811 of the Report) indicates National

23   Union's offices are located in New York, New York.

24       18.    Those Continental policies that indicate effective periods commencing January

25   1, 1975 and January 1, 1976 also indicate they were issued to Amax, Inc. at its offices located in

26   New York, New York.  Policies that Continental issued thereafter indicate they were issued to

27   Amax, Inc. at its offices in Greenwich, Connecticut.

28

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Dated:  June 14, 2007

3

4                                    By _____ /s/ Vance A. Woodward _____
                                              Vance A. Woodward
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WOODWARD DECL. IN SUPPORT OF CONTINENTAL'S MOTION TO DISMISS OR TO STAY – CASE NO. C-07-2634-EMC**