# EXHIBIT 9

# MOODY'S INDUSTRIAL MANUAL

## AMERICAN and FOREIGN

FRANK J. ST. CLAIR, *Editor-in-Chief*

*Editorial Board*

Lloyd C. Sweet   George H. Parsons
Arthur W. Herrmann   Robert C. Riehle
David M. Day   Albert C. Esokait
Richard Olney   A. E. Combader
William Strauss

## June 1965

Robert H. Messner, *Publisher*

### MOODY'S INVESTORS SERVICE, INC.

99 CHURCH STREET, NEW YORK 7, N. Y.

| PHILADELPHIA | BOSTON | CHICAGO | LOS ANGELES | WASHINGTON | SAN FRANCISCO |
| Suburban Station Bldg. | 75 Federal St. | 135 So. La Salle St. | 510 W. 6th St. | Woodward Bldg. | Russ Bldg. |

LONDON: MOODY'S INVESTORS SERVICE, LTD.
King William Street House, London E.C. 4

Copyright, ©1965 by Moody's Investors Service, Inc., New York—All rights reserved

MECHANICS' INSTITUTE

| | 1964 | 1963 |
|---|---|---|
| ...ned per share | $7.93 | [3]$7.86 |
| Cash flow per sh. | 16.24 | [2]15.06 |
| ...of shares | 486,135 | 486,135 |

[1]Incl. $467,644 from adj. of pr. yrs. mach ...pos. and $225,000 from pr. yr. tax adj. [3]...64 excl. spl. cred. [3]$6.44 excl. spl. cred.

**Sales and Earnings, years to June 30 (in $):**

| | Net Sales | Net Income | No. of Shares | Earn. on Com. |
|---|---|---|---|---|
| 1962 | 100,408,097 | 2,791,947 | 486,135 | 5.74 |
| 1961 | 90,915,659 | 3,220,369 | 486,135 | 6.62 |
| 1960 | 100,230,532 | 3,493,512 | 486,135 | 7.19 |
| 1959 | 92,987,601 | 3,663,843 | 486,135 | [1]7.54 |
| 1958 | 80,934,168 | 1,843,351 | 486,135 | 3.79 |
| 1957 | 89,968,558 | 2,517,539 | 486,135 | [2]5.18 |
| 1956 | 98,788,271 | 2,282,830 | 486,135 | 4.70 |
| 1955 | 84,688,171 | 1,885,755 | 486,135 | 3.88 |
| 1954 | 85,290,188 | 2,387,345 | 486,135 | 4.91 |

[1]$5.05 before prof. prop. sold.
[2]Excl. spec. credit.

**Balance Sheet—Pepperell Mfg. Co., as of June 30:**

| Assets: | 1964 | 1963 |
|---|---|---|
| Cash | $4,203,958 | $4,422,659 |
| U. S. Govt. sec. | 2,100,619 | 2,917,251 |
| Receivables, net | 11,729,024 | 11,734,135 |
| Inventories | 23,127,338 | 19,326,559 |
| Prepayments | 334,814 | 165,373 |
| Total current | $41,495,753 | $38,565,977 |
| Net property | 19,601,164 | 19,241,507 |
| Other assets | 1,001,131 | 1,138,928 |
| Total | $62,098,048 | $58,946,412 |
| Liabilities: | | |
| Accts. payable | $2,811,657 | $1,992,880 |
| Accruals, etc. | 2,077,994 | 1,654,453 |
| Fed. income tax | [3] | [3] |
| Total current | $4,889,651 | $3,647,333 |
| Def. invest. cred. | 362,065 | --- |
| Cap. stock ($20) | 9,722,700 | 9,722,700 |
| Capital surplus | 939,538 | 939,538 |
| Retained earnings | 46,184,094 | 44,636,841 |
| Total | $62,098,048 | $58,946,412 |
| Net current assets | $36,606,102 | $34,918,644 |
| Net tang. per sh. | $116.94 | $113.75 |
| [1]Depreciation | $24,837,014 | $21,765,214 |

[2]Lower cost or mkt. cotton "lifo." [3]After deduct. $2,376,086 (1963, $2,066,349) U. S. Govt sec.

**Pro-Forma Combined Earnings—West Point-Pepperell, Inc., years ended, etc.:**

| | Net Sales | Net Profit | [2]Earn. Com. Sh. |
|---|---|---|---|
| [1]'64 | $122,324,000 | $7,157,000 | $1.51 |
| '63 | 112,334,000 | 4,346,000 | 0.91 |
| '64 | 288,275,000 | 12,110,000 | 2.55 |

| | Net Sales | Net Profit | [2]Earn. Com. Sh. |
|---|---|---|---|
| 1963 | 272,369,000 | 10,078,000 | 2.11 |
| 1962 | 273,212,000 | 9,108,000 | 1.90 |
| 1961 | 234,274,000 | [3]8,284,000 | 1.73 |
| 1960 | 255,915,000 | 12,009,000 | 2.51 |

[1]5 mos. through Nov. [2]Based on combined shs. to be outstg., adj. for 4-for-1 split 9/64. [3]Excl. $1,198,000 spl. cred.

Note: Above gives effect to merger of West Point Mfg. Co. and Pepperell Mfg. Co., incl. such cos. for yrs. ended approx. Aug. 31 & June 30, respectively.

**[1]Pro-Forma Combined Balance Sheet—West Point-Pepperell, Inc., as of Nov. 28, 1964**

| Assets: | |
|---|---|
| Cash & securities | $18,054,000 |
| Accounts receivable | 36,811,000 |
| Inventories | 66,155,000 |
| Prepayments | 1,007,000 |
| Total current | $122,027,000 |
| Net prop., plt. & equip. | 57,146,000 |
| Invest. & oth. assets | 2,807,000 |
| Total | $181,980,000 |
| Liabilities: | |
| Accts. pay., accruals, etc. | $25,664,000 |
| Minority interest | 2,080,000 |
| Note payable | 210,000 |
| Total current | $27,954,000 |
| Note payable | 1,470,000 |
| Deferred liabilities | 1,573,000 |
| Other liabilities | 772,000 |
| Common stock ($5) | 23,750,000 |
| Capital surplus | 9,227,000 |
| Retained earnings | 117,234,000 |
| Total | $181,980,000 |
| Net current assets | $94,073,000 |

[1]Giving effect to merger of West Point Mfg. Co. and Pepperell Mfg. Co.

**Long Term Debt:** Outstanding, Nov. 28, 1964, $1,470,000 note payable in annual installments of $210,000 each.

**Capital Stock: 1. West Point—Pepperell, Inc. common; par $5:**

AUTHORIZED—10,000,000 shares; outstanding, giving effect to merger Mar. 29, 1965, 4,750,086 shares; par $5.

Par $5 (changed from $100 par to $20 par July 1, 1937, five $20 shares issued for each $100 share; changed from $20 par Nov. 14, 1946, four $5 shares issued for each $20 share).

**DIVIDENDS PAID—(Calendar years):**

On $100 par shares:

| | | | | | |
|---|---|---|---|---|---|
| 1917 | $10.00 | 1918 | $20.00 | 1919 | $15.00 |
| [1]1920 | 25.00 | 1921 | 8.00 | 1922 | 6.00 |
| 1923 | 7.00 | 1924 | 10.00 | 1925-29 | 8.00 |
| 1930 | 9.00 | 1931 | 5.00 | 1932 | 1.00 |
| 1933 | 2.00 | 1934 | 8.00 | 1935 | 4.50 |
| 1936 | 8.00 | 1937 | 9.00 | | |

On $20 par shares:

| | | | | | |
|---|---|---|---|---|---|
| 1937 | 1.30 | 1938 | 0.50 | 1939 | 1.30 |
| 1940 | 2.10 | 1941 | 3.30 | 1942-43 | 3.60 |
| 1944 | 3.50 | 1945 | 3.60 | 1946 | 3.40 |

On $5 par shares:

| | | | | | |
|---|---|---|---|---|---|
| 1946 | 0.15 | 1947 | 4.90 | 1948-49 | 3.00 |
| [1]1950 | 3.05 | 1951 | 1.80 | 1952-53 | 1.60 |
| 1954-55 | 1.00 | 1956-57 | 1.20 | 1958 | 0.80 |
| 1959 | 1.00 | 1960 | 1.30 | 1961-63 | 1.20 |
| 1964 | 1.30 | [2]1965 | 0.80 | | |

[1]Also paid 50% in stock in 1920 and 100% in 1950 (paid after cash dividends in 1950).
[2]To May 18.

Dividends payable quarterly, Feb. 15, etc., to stock of record about Feb. 1, etc.

**PRICE RANGE**—[1]1964 1963 1962 1961 1960
High .......... 38¼ 24½ 24⅝ 24½ 21
Low ........... 19¾ 19¾ 19⅝ 19¾ 17½

[1]1964 and prior years, bid prices.

**TRANSFER AGENTS**—Chemical Bank New York Trust Co. and Trust Co. of Georgia, Atlanta.

**REGISTRARS**—First National City Bank of New York, and First National Bank, Altanta, Ga.

**LISTED**—On New York Stock Exchange; unlisted trading on Boston Stock Exchange.

**ISSUED**—1,750,086 shares in merger of Pepperell Mfg. Co. in Mar., 1965.

**Pepperell Mfg. Co.—Dividends Prior to Merger:**

[1]**Dividend Record (in $) since 1900**

(Calendar years)

| | | | | | |
|---|---|---|---|---|---|
| 1900 | 22.00 | 1901-02 | 12.00 | 1903 | 32.00 |
| 1904 | 12.00 | 1905 | 37.00 | 1906 | 62.00 |
| 1907-08 | 12.00 | 1909 | 37.00 | 1910-14 | 12.00 |
| 1915 | 6.00 | | | | |

(after 3 for 1 exchange Mar., 1915)

| | | | | | |
|---|---|---|---|---|---|
| 1915 | 3.00 | 1916 | 17.00 | 1917 | 19.00 |
| 1918 | 14.00 | 1919 | 8.00 | 1920 | 16.00 |
| 1921-30 | 8.00 | 1931 | 6.50 | 1932 | 2.00 |
| 1933 | 3.20 | 1934 | 6.00 | 1935 | 4.50 |
| 1936 | 9.50 | 1937 | 11.00 | 1938 | 1.00 |
| 1939 | 4.00 | 1940 | 6.00 | 1941 | 7.00 |
| 1942-44 | 10.00 | 1945 | 7.50 | | |

($20 par shares)

| | | | | | |
|---|---|---|---|---|---|
| 1945 | 0.50 | 1946 | 2.50 | 1947 | 6.25 |
| 1948 | 7.25 | 1949 | 3.75 | 1950-51 | 5.00 |
| 1952-53 | 4.50 | 1954 | 4.00 | 1955 | 3.75 |
| 1956-57 | 4.00 | 1958 | 3.50 | 1959-62 | 4.00 |
| 1963 | 4.25 | 1964 | 3.20 | | |

($5 par shares)

| | | | | | |
|---|---|---|---|---|---|
| 1964 | 0.30 | [2]1965 | 0.30 | | |

[1]Dividends paid in every calendar year since 1852.
[2]To Feb. 16.

---

# AMERICAN METAL CLIMAX, INC.

**CAPITAL STRUCTURE**

**LONG TERM DEBT**

| Issue | Rating | Amount Outstanding | Times Charges Earned 1964 | 1963 | Interest Dates | Call Price | Price Range 1964 | 1963 |
|---|---|---|---|---|---|---|---|---|
| 1. 4½% notes, due to 1988 | [4] | $60,000,000 | 19.17 | 37.00 | --- | --- | [4] | [4] |
| 2. 3⅛% notes, due 1971 | [4] | 8,250,000 | | | --- | --- | [4] | [4] |
| 3. 5½% notes, due to 1979 | [4] | 4,000,000 | | | --- | --- | [4] | [4] |
| 4.-6. Other notes due to 1972 | ---- | 994,824 | | | --- | --- | ---- | ---- |

**CAPITAL STOCK**

| Issue | Par Value | Amount Outstanding | Earned per Sh. 1964 | 1963 | Divs. per Sh. 1964 | 1963 | Call Price | Price Range 1964 | 1963 |
|---|---|---|---|---|---|---|---|---|---|
| 1. 4¼% cum. conv. pfd. | $100 | 433,167 shs. | $105.27 | $87.26 | $4.25 | $4.25 | [2] | 127 -112½ | 115 -101 |
| 2. Common | 1 | 14,454,028 shs. | 3.03 | 2.50 | 1.60 | 1.40 | ----- | 50 -36⅞ | 40⅛-30⅞ |

[2]Subject to change, see text. [4]Placed privately.

## HISTORY

Incorporated in New York, June 17, 1887 as American Metal Co., Ltd. Present name adopted Dec. 30, 1957 on merger of Climax Molybdenum Co.

In 1920 absorbed business of L. Vogelstein & Co., Inc.

About 1929 made substantial investments in various African mining concerns, including Roan Antelope Copper Mines Ltd. and Rhodesian Selection Trust Ltd. (now Roan Selection Trust Ltd.)

In 1947, acquired interest in Tsumeb Corp. Ltd., a S. W. African corporation. Direct and indirect interests: 30.995%.

In Aug., 1948, formed Southwest Potash Corp. (100% owned).

In 1954, acquired 21.25% interest in Bikita Minerals (Private) Ltd., which owns a lithium-beryllium property in Rhodesia.

At end of 1954 formed Heath Steele Mines Ltd. (75% owned). Also has a 17.5% interest in Copper Range Co.

On Dec. 30, 1957, merged Climax Molybdenum Co., 3 common shares issued for each Climax share.

Early in 1961 acquired interest in Canada Tungsten Mining Corp., Ltd. at cost of $3,700,000 represented by a 35% equity interest and debentures.

In Apr., 1961, Compania Minera de Penoles, S. A., and Compania Metalurgica Penoles, S. A., were consolidated into one unit, Metalurgica Mexicana Penoles, S. A. (Metmex Penoles). Private Mexican interests acquired 51% of newly issued shares of Metmex Penoles for $8,160,000, reducing American Metal Climax interest to 49%.

Capital will be used by Metmex for expansion within Mexico including a zinc plant with annual capacity of 30,000 tons; a plant for producing sulphuric acid from foundry smoke; and a third, on Coahuila, to refine sulphur products. Plans also include a salt cake and anhydrous sodium sulfate plant at Laguna del Rey, Mex.

In 1962 formed Amax Petroleum Corp., subsidiary to engage in oil and gas production and exploration in U. S. and Canada. Subsidiary then, in Jan. 1963, acquired for $7,000,000 cash and oil production payment oil and gas properties of Trigood Oil Co., Goodstein Oil & Gas Co., Chappel Oil Co., Bostonstein Wyoming Oil Co. and related properties. Amax Petroleum is a 30% participant in a group for which a company in the Selection Trust Group has been granted two licenses for North Sea gas and oil exploration, consisting of some 680,000 surface acres.

On Aug. 31, 1962 merged Kawneer Co., Niles, Mich. manufacturer of architectural aluminum products and appliance parts by exchange of one 4¼% convertible preferred share for each 3 shares, and Apex Smelting Co., Chicago, by exchange of one 4¼% convertible preferred share for each 2.22 shares. Both now operate as divisions.

In Feb. 1963 acquired Schokbeton Products Corp., N. Y. by exchange of 9,000 4¼% convertible preferred shares. Acquisition licenses various companies to manufacture precast shocked concrete under patent, process. trade name and trademark rights of N. V. Schokbeton, Netherlands.

Also in Feb. 1963 formed Kawneer G.m.b.H., Germany subsidiary to manufacture aluminum doors, windows, store fronts and wall systems at factory acquired in Rheydt, Germany.

In March 1963, acquired 60% interest in Crest-Schokbeton Concrete, Inc. (formerly Crest Concrete Systems, Inc.), which holds an exclusive license to operate under the Schokbeton process in Ill., Ind., Mich. and Wis.

Remaining 40% acquired in Dec.

In May 1963 acquired assets of Hunter Engineering Co., Riverside, Cal. for about $14,700,000, equivalent to $9 per Hunter share. Hunter manufactures aluminum sheet and other aluminum products. Now operates as division.

## SUBSIDIARIES

At Dec. 31, 1964, owned 100% voting power in the following subsidiaries:

Name, place of incorporation and business:

Amax Exploration, Inc. (Del.)

Amax Realty Corp. (Del.). Owns 50% of aluminum smelter in Bellingham, Wash.

Amax Credit Corp. (Del.). Financing aluminum sales.

Climax Molybdenum Co. of Michigan, Michigan. Produces metallic molybdenum, metal research and development.

Climax Molybdenum (B. C.) Ltd., Canada; mineral exploration

Canadian Amco Ltd., Canada—Exploration.

Climax Molybdenum Development Co. (Japan), Ltd., Japan; metal trading.

Blackwell Zinc Co., Inc., New York—Zinc smelting.

Amax Petroleum Corp. (Del.); manages oil and gas business.

Amax Petroleum (U. K.) Ltd. (England)

Apex Smelting Co., Calif.; smelting of secondary aluminum.

Climax Molybdenum N. V. (Netherlands)

Hunter-Built Inc. of Birmingham (Ala.)

Hunter-Built, Inc. of Louisville (Ky.)

Kawneer Co., Inc. (Del.)

National Metallurgical Corp. (Del.); smelting of secondary aluminum.

Precast Industries Inc. (Mich.); manufactures cement building products.

South Bend Screw Products Inc.; manufactures metal products.

Berrien Tool & Die Co. (Mich.); manufactures metal products.
Sun Valley Industries Inc. (Del.); manufactures glass doors.
Kawneer Co. of Canada Ltd.; produces aluminum architectural products.
Kawneer International Ltd.; foreign sales agent.
Kawneer de Mexico S.A. de C.V.; produces aluminum architectural products.
United States Metals Refining Co., New Jersey —Copper smelting and refining.
Caribex Ltd. (Canada)
Automated Metals Corp. (Ind.)
Automated Metals Corp. (Okla.)
Consolidated General Products, Inc. (99%)
Mecca Machinery Co.
Rexalum, Inc.
Compania Minera Amcosa, S.A. (Mexico)
Kawneer Co. Ltd. (Canada)
Kawneer Co. (U. K.) Ltd. (England)
Kawneer G.m.b.H. (West Germany)
Northwest Amax Ltd. (Canada)
Southwest Potash Corp. Del.—Potash mining.
Schokbeton Products Corp. (N. Y.); holds license rights for process of producing "shocked concrete."
Crest-Schokbeton Concrete, Inc. (Ill.); sub-licensee for "shocked concrete" process.
At Dec. 31, 1964, owned less than 100% voting power in the following subsidiaries:
Name, place of incorporation and business:
Ponce Mining Co. Inc. (85%) (Puerto Rico); exploration.
Northern Molybdenum Exploration Co. A/S (77%) (Denmark).
Hunter Aluma-Shake, Inc. (51%) (Calif.)
Hunter-Built Inc. of Chicago (51%) (Ill.)
Hunter Structures, Inc. (70%) (Del.)
Mt. Newman Iron Ore Co. Ltd. (50%) (Western Australia) Exploration at the Mt. Newman iron ore prospect in Western Australia, begun in 1963, has resulted in discovery of reserves of 230 million short tons of iron ore of excellent quality. A long-term agreement for sale of ore to Japanese steel producers has been completed. Company's partner in this venture is Colonial Sugar Refining Co. Ltd.
Decatur Aluminum Co., Inc. ([1]50%) (Ala.)
Intalco Aluminum Corp. ([2]50%) (Del.)
Petrex Oil Corp. (50%) (Del.)
Sagasca Corp. (50%) (Del.)
  [1]Remaining 50% owned by Fruehauf Corp.
  [2]Remaining 50% owned by Howe Sound Co. (25%) and Pechiney Enterprises Inc. (25).
Note: Names of several unconsolidated subsidiaries omitted; such subsidiaries are considered insignificant.
At Dec. 31, 1964, company owned, among other mining securities, 1,750,000 common shares and $2,370,000 notes and 6% debs. 1971 Canada Tungsten Mining Corp. Ltd.; 9,336,479 shares Roan Selection Trust Ltd. (see appended statement); 328,400 shares Copper Range Co. common; 201,369 shares O'Okiep Copper Co. Ltd. capital stock; 1,165,000 Tsumeb Corp. Ltd. shares (see general index), 974,500 Metalurgica Mexicana Penoles, S.A. shares, and $3,160,000 loans and equity, Minera Frisco.

### BUSINESS & PRODUCTS

The consolidated organization does a general business in producing, fabricating, treating and selling non-ferrous metals, pre-stressed and precast concrete, mining, milling and concentrating molybdenum ore, selling molybdenum concentrates and processing concentrates.
The company mines molybdenum and potash. For other metals, the parent does most of the buying of ores, concentrates, bullion, etc., and it sells the refined product, as well as acting as sales agent for other companies and carrying on a trading business in raw materials and refined metals. Subsidiary companies carry on mining operations. Subsidiaries also smelt and refine material mined within the organization, material purchased from others and material handled on a toll basis for the account of outside companies and manufacture architectural aluminum products and precast and prestressed concrete products.
Industrial operations of subsidiaries and affiliates are principally in the United States, Mexico and Zambia (Africa) but metal trading activities are practically world-wide.
The principal products are aluminum and aluminum products, copper, copper powder, concrete, lead, lead powder, zinc, silver, gold, solder, terne metal, platinum, germanium, selenium, cadmium, bismuth, tellurium, arsenic and palladium, muriate of potash, molybdenum, ferro molybdenum, calcium molybdate molybdenite concentrates (molybdenum sulphide), molybdenum trioxide, uranium and vanadium. Also produces tungsten, pyrite, tin concentrates and monazite as by-products.
In Jan. 1963, acquisition of Trigood Oil and Gas properties doubled company's oil reserves and operations (as reflected in 1962 year end figure). Oil production during 1964 (after all payments) averaged 8,800 bbls. per day (1963, 7,600 bbls.).
Areas of greatest activity are on Gulf Coast, and in Wyoming, Oklahoma, and Alberta, Canada.

### PRINCIPAL PLANTS & PROPERTIES
#### Molybdenum

Mines, claims and water rights are located in Lake, Summit and Eagle Counties, near Climax, Colorado. The mineral deposit consists mainly of low grade ore with fairly regular values distributed throughout a structure of large size and depth. The mine, crushing plants, concentrate plants, drying and packing plants are fully equipped for handling of 34,000 tons of ore per day, including by-product recoveries of tungsten, tin and pyrite as well as molybdenum values.
At Dec. 31, 1964, ore reserves were about 430,000,000 tons of proven and probable ore containing over 2,000,000,000 pounds of recoverable molybdenum.
Miscellaneous properties include office buildings, schools, recreation hall, hotel, hospital, water storage, reservoir and water lines.
Climax mine and related properties are operated by Climax Molybdenum Co., a division of American Metal Climax, Inc.

#### Mines

An affiliate, Metalurgica Mexicana Penoles, S.A. (now 49% owned), owns or controls in Mexico a number of mines producing lead-zinc ore, carrying gold and silver values. These include:
Avalos Unit at Avalos, Zacatecas, operating mine and mill owned by Metmex and other mining claims owned by Mazapil Copper Co., Ltd., Compania Minera Nazareno y Catasillas, S. A., Compania Minera Asarco, S. A. and others.
Calabaza Unit, Etzatlan, Jalisco: Operates a mine and mill owned by Metmex.
Topia Unit, Topia, Durango: Silver-lead-zinc mines owned and leased by Metmex.
Urad Mine on Red Mountain at Clear Creek, Colo.: molybdenum property.
Affiliate also owns mining claims at: Ojuela, Durango; Higueras, Coahuila; Cerralvo, Nuevo Leon; Santa Eulalia, Chihuahua, and properties and leases in various other parts of Mexico, all of which are inactive at this time or leased to other operators.
An affiliate, Roan Selection Trust Ltd. controls Mufulira Copper Mines Ltd., special mineral grants in Zambia (Africa) on which a substantial tonnage of copper ore has been developed, an active copper mine, a concentrator, smelter and electrolytic refinery. Roan Selection Trust also controls Chibuluma Mines Ltd. which has a copper-cobalt deposit in Zambia Africa, Baluba Mines Ltd. and Chambishi Mines Ltd.; also controlled by Roan Selection Trust, were formed in 1954 to hold copper ore bodies. Chambishi is currently being brought into production.
A subsidiary, Heath Steele Mines Ltd., was formed Dec. 31, 1954, to continue development of lead-zinc-copper-silver ore bodies discovered in 1954 on Little River property near Newcastle, N. B., Canada. Breaking-in operations started in 1957, were suspended in 1958. Underground development was resumed in 1960. A 1,500 ton per day flotation mill can produce lead, zinc and copper concentrate.
Climax Uranium Unit owns and operates a number of mines and a mill in Colorado Plateau area, which produce ores having uranium-vanadium content. Contract to supply uranium concentrate to AEC extends to 1966.
Discovery of a new copper deposit in upper peninsula of Michigan was announced in 1957, with an estimated 50,600,000 tons of copper-bearing shale having an average copper content of 1.52%, and an additional 54,400,000 tons having an average copper content of 1.04%.

#### Treatment Plants

A subsidiary, United States Metals Refining Co., owns at Carteret, N. J., smelting and refining plants with a monthly capacity of approximately 19,000 tons of refined copper including 13,000 tons of electrolytic copper, specialty alloys and metal powders, 3,000,000 ounces of silver, 60,000 ounces of gold, 30,000 pounds of selenium, in addition to other by-products.
A subsidiary, Blackwell Zinc Co., Inc., owns a zinc smelting plant at Blackwell, Okla., having a monthly capacity of about 8,000 tons of slab zinc. Additional in-plant facilities provide for production of about 1,200 tons per month of refined special high grade zinc, die casting alloys, and about 80 tons per month of cadmium.
Climax Molybdenum Division owns plant at Langeloth, Pa., in which the molybdenite concentrates produced from Climax, Colo. mine are converted into the various products called for by the molybdenum trade and then shipped to American and foreign markets upon the order of the company. A new $5 million plant in Rotterdam, Holland to convert molybdenum concentrate to molybdenum products with annual capacity of 12 million lbs. of concentrate was scheduled for completion in 1966.
A subsidiary, Climax Molybdenum Co. of Michigan owns at Ann Arbor, Mich., a metallurgical and chemical research laboratory used in the investigation and development of various applications of molybdenum.
Climax of Michigan owns a plant at Coldwater, Mich., for production of arc-cast metallic molybdenum, molybdenum-base alloys and other combinations of metals. At full capacity the plant is capable of producing 1,300,000 pounds of billet annually.
Hunter Engineering Co. division of Riverside, Calif., Houston, Tex., and Evansville, Ind., Tulsa, Okla., Fla., Marshfield, Wisc., Bloomsburg...
Climax Uranium Unit operates a processing uranium and vanadium ores at Grand Junction, Colo. The mill operating at 15,000 short tons of ore...
Pyron Co., a unit of company, manufactures iron powders at Niagara Falls, N. Y., capacity, 13,000 tons of hydrogen reduced and steel powders.
An affiliate, Roan Selection Trust Ltd. turn has a subsidiary, Mufulira Copper Ltd., which has a smelter with a capacity of 10,300 short tons of copper Zambia, Africa. An electrolytic... with over 100,000 short tons capacity annum is now in operation. A casting was started in Feb., 1956, and wire bars the principal product.
Chibuluma Mines Ltd., a subsidiary of Roan Selection Trust, began operations a concentrator that reached full operations in April, 1956. Capacity is 20,000 short... of copper per year.
A subsidiary, Southwest Potash Corp., operates a potash mine near Carlsbad, N.... Ore deposit is largely on government property leased to Southwest Potash Corp. on royalty basis. Mill has capacity of 7,500... of ore per day and produces standard grade of potash (KCL) for use in fertilizer industry. A new potassium nitrate plant... completed in 1962 at Vicksburg, Miss., resulting in step toward diversification into chemical business.
Apex Smelting Division has aluminum smelters at Chicago, Cleveland and Los... Branch, Cal. National Metallurgical Co.... subsidiary produces silicon metal at plant Springfield, Ore.
Kawneer Division operates plants at Niles, Mich., Richmond, Cal., Atlanta, Toronto, Mexico City and W. Germany. Subsidiary plant at South Bend, Ind. produces precision door closer mechanisms and other hardware.
Precast Industries subsidiary has plant at Kalamazoo, Mich.
Intalco Aluminum Corp. (50% owned) is constructing a $60,000,000 aluminum reduction plant on 800-acre site near Bellingham, Wash. Plant, with initial annual capacity of 75,000 tons, was expected to be in operation by mid-1966.
Joint Venture-Refining Agreement: In April 1965, Company and Homestake Mining Co. reached a long-term agreement with Montana Phosphate Products Co., subsidiary of Consolidated Mining & Smelting Co. of Canada Ltd., and Magnet Cove Barium Corp., subsidiary of Dresser Industries, Ltd., calling for smelting and refining by Company and Homestake of 70,000 tons of lead concentrate a year in a new Mo. plant. Agreement also calls for investment by Company and Homestake of an additional $13,000,000 in their own lead development program in southeast Mo.
1965-69 Capital Expenditures estimated by Company at $500,000,000 include expansion of molybdenum and aluminum operations; construction of 50% owned Intalco aluminum plant in State of Washington, development of high-grade iron-ore deposit at Mt. Newman, Australia, costing about $150,000,000 and development of a new lead mine in Missouri.

### MANAGEMENT

**Officers**
Walter Hochschild, Chairman
Frank Coolbaugh, President
E. N. Funkhouser, Jr., Exec. Vice-Pres.
D. J. Donahue, Vice-Pres. & Treas.
A. J. Herzig, Vice-President
I. K. MacGregor, Group Vice-Pres.
Wallace Macgregor, Group Vice-Pres.
John Payne, Jr., Vice-Pres.
L. J. Plym, Vice-President
E. T. Rose, Vice-Pres.
P. R. Schultz, Vice-President
R. E. Warriner, Vice-President
F. X. White, Vice-President
J. F. Frawley, Controller
E. A. Weil, Secretary

**Directors**
A. C. Beatty, London
T. H. Bradford, London
W. A. M. Burden, New York
D. J. Donohue, New York
Gabriel Hauge, New York
E. C. Wharton-Tigar, London
F. E. Common, Montreal
Frank Coolbaugh, New York
A. H. Dean, New York
E. N. Funkhouser, Jr., New York
H. K. Hochschild, New York
Walter Hochschild, New York
D. D. Irwin, Chicago
C. M. Loeb, Jr., New York
Wallace Macgregor, New York
H. T. Mudd, Los Angeles
L. J. Plym, Niles, Mich.
G. W. Reed, New York
Fred Searls, Jr., New York
H. J. Szold, New York

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| other combinations of full capacity the pla producing 1,300,000 pou annually. | Lybrand, Ross Bros. & Mont-<br>counsel: Sullivan & Cromwell, New | Annual Meeting: First Thursday in May.<br>No. of Stockholders: Mar. 29, 1965: Pre-<br>ferred, 1,401; common, 24,499. | | No. of Employees: Dec. 31, 1964, 10,300.<br>General Office: 1270 Avenue of the Ameri-<br>cas, New York 20. | | | |

### COMPARATIVE PRODUCTION STATISTICS, YEARS ENDED DEC. 31

| | 1964 | 1963 | 1962 | 1961 | 1960 | 1959 | 1958 |
|---|---|---|---|---|---|---|---|
| (ons) | 208,000 | 204,000 | 169,000 | 164,200 | 198,200 | 222,600 | 165,000 |
| | | | | | 62,700 | 75,600 | 82,000 |
| | 77,000 | 67,700 | 77,400 | 87,800 | 88,000 | 75,300 | 77,000 |
| | 13,236,000 | ③23,928,000 | 19,000,000 | 17,882,670 | 38,056,000 | 32,188,000 | 32,030,000 |
| | | | 603,000 | 572,875 | 683,300 | 608,200 | 662,200 |
| | 47,000,000 | 47,424,000 | 32,659,000 | 48,074,000 | 49,631,000 | 36,556,000 | 25,079,000 |
| num (lbs.) | 1,150,000 | 1,030,000 | 878,000 | 1,433,000 | 975,000 | 890,000 | 435,000 |

ybdenum contained in concentrate. ②By-product tungsten contained in concentrate. ③Sales.
Above figures for copper, lead, zinc, silver and gold comprise production of company's smelters and refineries, including prod-
ed on toll for account of others, products of purchased materials and products of owned, partly owned, and leased mines.

### COMPARATIVE CONSOLIDATED INCOME ACCOUNT YEARS ENDED DEC. 31
(Taken from reports filed with Securities and Exchange Commission)

| ACCOUNTS | 1964 | 1963 | ⑤1962 | 1961 | 1960 | 1959 | 1958 |
|---|---|---|---|---|---|---|---|
| refined metals, etc. | $438,171,007 | $706,859,119 | $642,150,484 | $575,805,482 | $678,983,685 | $668,539,553 | $534,264,944 |
| sales | 360,779,195 | 633,949,632 | 583,835,402 | 516,544,357 | 614,649,707 | 619,754,594 | 500,656,996 |
| l, adm. & other expenses | 24,037,985 | 21,443,596 | 18,389,753 | 12,152,296 | 10,533,016 | 9,053,250 | 9,524,664 |
| & gen. research expenses | 10,378,582 | | | | | | 24,085,284 |
| ating profit | 42,975,245 | 51,465,891 | 39,925,329 | 47,108,829 | 53,800,962 | 39,731,709 | 6,453,831 |
| s received | 11,647,532 | 10,536,720 | 8,051,715 | 7,400,356 | 10,668,396 | 8,629,989 | 762,457 |
| income | 4,656,640 | 2,709,014 | 2,286,897 | 1,662,045 | 2,504,727 | 1,054,906 | 773,686 |
| income | 1,065,130 | 338,385 | 611,156 | 323,201 | 533,370 | 3,633,520 | |
| | 60,344,547 | 65,050,010 | 50,875,097 | 56,494,431 | 67,507,455 | 53,050,124 | 32,073,258 |
| expense | 3,205,344 | 1,489,890 | 648,337 | 328,125 | 351,562 | 375,000 | 398,438 |
| deductions | | 9,917,220 | 7,379,707 | 8,699,680 | 8,592,344 | 5,958,648 | 5,583,385 |
| ance | 57,139,203 | 53,642,900 | 42,847,053 | 47,466,626 | 58,563,549 | 46,716,476 | 26,091,435 |
| al income taxes | 10,796,762 | 12,368,298 | ⑨12,436,901 | 12,282,384 | 19,012,634 | 14,669,138 | 6,634,144 |
| d income taxes | 1,173,403 | 2,159,423 | 1,335,165 | | | | |
| yrs. def. invest. tax credit | cr1,106,959 | | | | | | |
| or other income taxes | 679,929 | 1,319,167 | 976,335 | 655,026 | 846,149 | 992,030 | 913,148 |
| | 45,596,068 | 37,796,012 | 28,098,652 | 34,529,216 | 38,704,766 | 31,055,308 | 18,544,143 |
| ity interests | | | | | | 222,429 | 294,383 |
| ial item | | cr 3,000,000 | | | | | |
| income to retained earnings | 45,596,068 | 40,796,012 | 28,098,652 | 34,529,216 | 38,704,766 | 30,832,879 | 18,249,760 |
| ed earnings beg. of year | 169,153,239 | 150,264,937 | ⑧173,158,787 | 142,158,258 | 121,451,957 | 107,913,017 | 106,943,544 |
| red dividends | 1,840,971 | 1,840,971 | 906,362 | 172,104 | 270,377 | 282,043 | 290,032 |
| on dividends | 23,073,480 | 20,066,739 | 20,680,295 | 19,920,492 | 17,728,088 | 17,011,896 | 16,990,255 |
| charges | | | 29,405,845 | 173,125 | | | |
| ed earnings end of year | $189,834,856 | $169,153,239 | $150,264,937 | $156,421,753 | $142,158,258 | $121,451,957 | $107,913,017 |

**LEMENTARY P. & L. DATA**

| | 1964 | 1963 | 1962 | 1961 | 1960 | 1959 | 1958 |
|---|---|---|---|---|---|---|---|
| intenance and repairs | $25,639,934 | $23,454,377 | $16,237,019 | $17,765,930 | $13,994,540 | $11,342,897 | $11,444,470 |
| preciation, depl. & amort. | 16,009,362 | 14,733,274 | 11,519,767 | 8,619,383 | 9,802,435 | 10,058,668 | 8,874,975 |
| xes, other than income | 8,743,529 | 7,471,002 | 6,345,147 | 5,103,058 | 7,154,321 | 6,376,128 | 6,397,555 |
| | 1,958,417 | 1,639,427 | 1,340,091 | 752,537 | 722,451 | 724,402 | 781,350 |
| yalties | 1,940,921 | 1,857,692 | 1,682,215 | 1,504,528 | 1,212,777 | 1,088,158 | 831,072 |

963 and prior years included in Other
ctions, see note ③ below.
cludes related portions of items shown
⑦Includes payroll taxes (1964, $2,907,999).
⑧Restated to reflect surplus of companies
merged: Kawneer Co., $10,833,605 and Apex
Smelting Co., $5,903,429.
⑨1962: Adjustments relating to mergers.
⑩Net excess of fair value of 1,000 shares of
Rhodesian Selection Trust Ltd. received over
net assets of sales agency businesses sold.

**General Notes**
(a) Foreign currency items are converted
at effective rates of exchange current at dates
of inception of related transactions.
(b) Gross profits realized by mining or
smelting and refining subsidiaries have not
been allocated to the various metals. Conse-
quently, it would be impracticable without
unreasonable expense and delay to definitely
determine the amount of intercompany profits,
or the net amount of unrealized profit or loss
contained in the above cost of sales.

**Source & Disposition of Funds:**

| | 1964 | 1963 |
|---|---|---|
| Source of Funds: | | |
| Net earnings | $45,600,000 | $37,800,000 |
| Depr., amort., etc. | 16,000,000 | 14,730,000 |
| Incr. in l. t. debt | | 62,900,000 |
| Property retired | | 3,000,000 |
| Sale of com. stk. | 2,200,000 | 2,020,000 |
| Sale of pfd. stk. | | 900,000 |
| Other, net | 2,200,000 | |
| Total | $66,000,000 | $121,350,000 |
| Disposition of Funds: | | |
| Cap. expend., net | $30,300,000 | $41,470,000 |
| Dividends paid | 24,900,000 | 21,910,000 |
| Incr. in invest. | 7,500,000 | 6,740,000 |
| Incr. in res., etc. | | 6,320,000 |
| L. t. debt retired | 1,500,000 | |
| Total | $64,200,000 | $76,440,000 |
| Work cap. incr. | $1,800,000 | $44,910,000 |

### Record of Earnings, years ended Dec. 31 (in $):

| Year | Net Sales | Cost and Expenses | Operating Profit | Oth. Inc. & Ded. (Net) | Inc. Bef. Taxes | Income Taxes | Net Income | Common Dividends | Com. Shs. Outstand. | Earn. Per Com. Sh. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 96,288,081 | 93,946,286 | 2,341,795 | 942,989 | 3,284,784 | 987,791 | 2,296,994 | 1,224,585 | 1,224,585 | 1.55 |
| | 93,588,390 | 89,672,123 | 3,916,267 | 945,168 | 4,861,435 | 1,996,188 | 2,865,247 | 1,530,731 | 1,224,585 | 2.01 |
| | 196,342,214 | 189,487,569 | 6,854,645 | 1,863,003 | 8,717,648 | 3,618,938 | 5,098,710 | 2,449,170 | 1,224,585 | 3.84 |
| | 279,321,984 | 272,890,195 | 6,431,789 | 3,668,572 | 10,100,361 | 4,497,903 | 5,602,458 | 2,449,179 | 1,224,585 | 4.25 |
| | 312,068,360 | 306,447,343 | 5,621,017 | 2,942,150 | 8,563,167 | 2,989,009 | 5,574,158 | 2,449,170 | 1,224,585 | 4.22 |
| | 368,066,118 | 358,444,628 | 9,621,490 | 4,326,798 | 13,948,288 | 5,912,198 | 8,036,090 | 10,782,359 | 1,285,814 | 5.94 |
| | 419,163,327 | 406,046,175 | 13,117,152 | 6,069,721 | 19,186,873 | 8,404,514 | 10,782,359 | ⑫3,857,442 | 1,350,104 | 7.70 |
| | 452,684,407 | 445,990,522 | 6,693,885 | 8,191,037 | 14,884,922 | 4,894,091 | 9,990,831 | ⑭4,044,880 | 2,830,676 | 3.40 |
| | 493,422,374 | 489,427,278 | 3,995,096 | 10,615,492 | 14,610,588 | 4,573,357 | 10,037,231 | ⑭4,246,241 | 2,977,242 | 3.26 |
| | 519,743,199 | 513,254,440 | 6,488,759 | 9,298,332 | 15,787,091 | 4,960,576 | 10,826,515 | ⑮5,235,807 | 3,157,763 | 3.32 |
| | 660,222,850 | 646,495,600 | 13,727,250 | 13,358,916 | 27,086,166 | 7,276,472 | 19,809,694 | ⑲9,555,792 | 3,353,891 | 5.81 |
| | 667,280,733 | 655,169,607 | 12,111,126 | 19,039,802 | 31,150,928 | 7,291,798 | 23,859,130 | ⑪11,797,829 | 7,087,183 | 3.32 |
| | 577,150,581 | 547,118,018 | 30,032,563 | 7,892,600 | 37,925,163 | 10,030,405 | 27,894,758 | 16,983,940 | 14,153,448 | 1.95 |
| | 534,264,944 | 510,181,660 | 24,083,284 | 1,713,768 | 25,797,052 | 7,547,292 | 18,249,760 | 16,990,255 | 14,165,769 | 1.27 |

⑪Also paid stock dividends: 1950, $2,143,015; 1951, $2,893,050; 1952, $3,374,525; 1953, $2,834,860; 1954, $4,809,056; 1955, $8,943,326; 1956, $8,621,802.

### COMPARATIVE CONSOLIDATED BALANCE SHEET, AS OF DEC. 31
(Taken from reports filed with Securities and Exchange Commission)

| ASSETS | 1964 | 1963 | 1962 | 1961 | 1960 | 1959 | 1958 |
|---|---|---|---|---|---|---|---|
| & Govt. securities | $53,693,625 | $58,232,117 | $10,724,542 | $7,934,947 | $9,958,454 | $8,012,870 | $8,748,687 |
| her investments | 14,088,278 | 23,054,250 | 19,136,128 | 12,122,617 | 43,777,046 | 37,686,226 | 15,499,899 |
| investments | 51,455,413 | 42,733,782 | 46,165,348 | 42,308,401 | 28,003,319 | 2,225,441 | 5,799,471 |
| accounts receivable | 56,444,049 | 50,309,568 | 41,779,676 | 38,629,353 | 33,363,911 | 34,657,388 | 25,061,732 |
| vances against ores, etc. | ⑤ | ⑤ | ⑤ | ⑤ | | 2,017,208 | 3,877,822 | 1,899,880 |
| ventories | 68,754,818 | 60,341,534 | 64,506,826 | 60,476,908 | 61,595,948 | 69,793,476 | 61,887,374 |
| paid expenses | 2,082,207 | 6,559,706 | 7,098,992 | 4,574,831 | 1,473,933 | 1,580,318 | 1,086,097 |
| Total current assets | $246,518,390 | $241,230,955 | $189,411,512 | $166,046,057 | $180,189,819 | $157,833,541 | $119,983,080 |
| odesian Selection Trust stock | | | | | 13,493,415 | 26,537,698 | 13,493,415 |
| her investments | 61,326,648 | 53,765,808 | 47,030,309 | 44,816,883 | | 27,245,152 | 34,665,659 |
| ixed assets | 276,214,503 | 251,654,677 | 210,964,747 | 177,751,444 | 178,483,652 | 174,243,430 | 166,327,429 |
| Depreciation & depl. reserve | 129,646,325 | 119,360,264 | 105,418,639 | 87,319,807 | 95,324,925 | 91,867,255 | 83,629,178 |
| Net fixed assets | 146,646,325 | 132,294,413 | 105,546,108 | 90,431,637 | 83,158,727 | 82,375,175 | 82,698,251 |
| erred receivables, etc. | 15,283,994 | 14,070,131 | 6,047,749 | 5,988,560 | 6,935,715 | 4,111,413 | 5,299,561 |
| Total | $469,775,357 | $441,361,307 | $348,035,678 | $307,283,137 | $310,315,374 | $285,059,696 | $256,139,966 |