# EXHIBIT 10

MECHANICS' INSTITUTE

# 1974
## VOL. 1
## A–I

# MOODY'S®

## INDUSTRIAL MANUAL

ROBERT H. MESSNER, *Publisher*
HENRY PORRECA, *Ass't Publisher*

ROBERT P. HANSON, *Editor-in-Chief*

*Editorial Board*

ROBERT W. BURKE           ERWIN W. KAUFMAN
KENNETH W. CLIFFORD       HOWARD G. KIEDAISCH
BRIAN T. COFFEY           JOSEPH B. LEIGH
RICHARD B. DAVIS          JOSEPH J. NESTO
ALFRED G. ELLINGHAM       FRANK R. PLATAROTE
ALBERT C. ESOKAIT         MICHAEL A. RABBIA
           FOUAD F. SHAFIK



MOODY'S INVESTORS SERVICE, INC.
99 CHURCH STREET, NEW YORK, N. Y. 10007  (212) 267-8800

SEE FOLLOWING PAGE FOR COMPLETE LIST OF OFFICES

Copyright © 1974 by
MOODY'S INVESTORS SERVICE, INC. New York
All rights reserved.

MECHANICS' INSTITUTE

$1 par shares split 2-for-1, June 24, 1948 and Sept. 11, 1956; changed to 80 cents June 25, 1959, by 5-for-4 split; 80 cents par shares split 5-for-4 June 21, 1964 and May 6, 1966; 2-for-1 June 25, 1969.

**VOTING RIGHTS**—Has one vote per sh., non-cumulative, with restrictions.

**PREEMPTIVE RIGHTS**—None.

**DIVIDENDS PAID**:
(On $1 shs. after 2-for-1 split in 1948):
| 1949 | 0.50 | 1950 | 0.62½ | 1951-52 | 1.50 |
| 1953 | 1.00 | 1954 | 0.25 | [1]1955 | 1.00 |
| 1956 | [1]1.15 | | | | |

(On $1 shs. after 2-for-1 split in 1956):
| [1]1956 | 0.25 | [1]1957-58 | 1.00 | [1]1959 | 0.50 |

(On 80 cent shs. after 5-for-4 split in 1959):
| [1]1959 | 0.50 | [1]1960-66 | 0.50 | | |

(On 80 cent shs. after 5-for-4 split in 1966):
| [1]1966 | 0.50 | [1]1967-68 | 1.00 | [1]1969 | 0.50 |

(On 80 cent shs. after 5-for-4 split in 1969):
| [1]1969 | 0.40 | [1]1970-73 | 0.80 | [2]1974 | 0.40 |

[1]Also stock dividends: 1955, 6%; 1956, before split, 6%; 1956, after split, 2%; 1957 and 1958, 8%; 1959, before split, 2%; 1959, after split, 1%; 1960-63, 4%; 1964, 3%; 1965, 4%; 1966, before split 1%; after split, 2%; 1967-68, 4%; 1969, before split, 1%; after split 2%; 1970, 4%; 1971, 2%; 1972, 2%; 1973, 2%; Mar. 25, 1974, 2%.

[2]On Jan. 19, 1973 paid 0.25 of a sh. of Louisiana Pacific Corp. for each Co. sh. Fractions bought at $30.75 a sh.

[3]To June 25, also paid 2% stk. div.

**DIVIDEND RESTRICTIONS**—See term loan above.

**TRANSFER AGENTS & REGISTRARS**—First National City Bank, New York; Bank of America, N.T. & S.A., San Francisco.

**LISTED**—On NYSE (Symbol: GP). Unlisted trading on Boston, Pacific, Midwest, Detroit, Cincinnati, and PBW Stock Exchanges.

# AMAX INC.

## CAPITAL STRUCTURE

### LONG TERM DEBT

| Issue | Rating | Amount Outstanding[1] | Times Charges Earned 1973 | 1972 | Interest Dates | Call Price | Price Range 1973 | 1972 |
|---|---|---|---|---|---|---|---|---|
| 1. S. F. deb. 8½s, 1996 | Baa | $50,000,000 | | | M&S 1 | [3]107 | 107½-100 | 106½-103½ |
| 2. 7½% notes, 1978 | Baa | 50,000,000 | | | M&S 1 | [4]100 | 102¾- 96 | 103¼-101 |
| 3. Senior debt | ---- | 114,060,000 | | | ---- | ---- | ---- | ---- |
| 4. AMAX Internat'l Cap. s.f. deb. 8¾s, '86 | ---- | 11,180,000 | | | Apr. 1 | [3]100⅝ | ---- | ---- |
| 5. AMAX Interna'l Cap. s.f. deb. 8¾s, A, '86 | ---- | 18,640,000 | 6.55 | 5.31 | Apr. 1 | [3]---- | ---- | ---- |
| 6. AMAX Internat'l Cap. 8% notes, '76 | ---- | 18,000,000 | | | Apr. 1 | [5]---- | ---- | ---- |
| 7. AMAX Holdings, Inc. s.f. deb. 6¼s, '82 | ---- | 18,360,000 | | | June 1 | ---- | ---- | ---- |
| 8. Guar. subsidiary debt | ---- | 18,900,000 | | | | | | |
| 9. Other subsidiary debt | ---- | 17,310,000 | | | | ---- | ---- | ---- |
| 10. Subord. deb. 8s, 1986 | Ba | 74,230,000 | | | J&J 1 | [3]108 | 92⅝- 91⅛ | [2]97½- 84 |
| 11. Other subord. debt | ---- | 50,000,000 | | | | ---- | ---- | ---- |

### CAPITAL STOCK

| Issue | Par Value | Amount Outstanding | Earned per Sh. 1973 | 1972 | Divs. per Sh. 1973 | 1972 | Call Price | Price Range 1973 | 1972 |
|---|---|---|---|---|---|---|---|---|---|
| 1. Conv. preferred series A | $1 | 1,772,797 shs. | $59.30 | $84.12 | $5.25 | $5.25 | ---- | 126 - 86 | 97 - 84 |
| 2. Common | $1 | [9]23,773,167 shs. | [9]4.03 | [9]2.62 | 1.475 | 1.40 | ---- | 51¼- 29 | 33⅞- 27 |

[1]Excluding current portion. [2]Bid prices. [3]Subject to change; see text. [4]Beginning Sept. 1, 1977. [5]See text. [9]Based on average shs. as reported by Co. for other computations per share earnings, see Statistical Record, below.

## HISTORY

Incorporated in New York, June 17, 1887 as American Metal Co., Ltd. Name changed to American Metal Climax, Inc. on merger of Climax Molybdenum Co. in 1957. Present name adopted July 1, 1974.

In 1920 absorbed business of L. Vogelstein & Co., Inc.

In 1947, acquired interest in Tsumeb Corp. Ltd. a S. W. African corporation. Direct and indirect interests: 30%.

In Aug., 1948, formed Southwest Potash Corp. (100% owned) (now AMAX Chemical Corp.)

In 1954, acquired 21.25% interest in Bikita Minerals (Private) Ltd., which owns a lithium-beryllium property in Rhodesia.

At end of 1954 formed Heath Steele Mines Ltd. (100% owned) which has a 75% interest in mining properties in New Brunswick, Canada. AMAX has a 20% interest in Copper Range Co.

On Dec. 30, 1957, merged Climax Molybdenum Co., 3 common shares issued for each Climax share.

Early in 1961 acquired interest in Canada Tungsten Mining Corp., Ltd.; subsequently increased interest to 41%. Total cost, $1,740,-000.

In 1962 formed Amax Petroleum Corp., subsidiary to engage in oil and gas production and exploration in U. S. and Canada. Subsidiary then, in Jan. 1963, acquired for $7,000,000 cash and oil production payment oil and gas properties of Trigood Oil Co., Goodstein Oil & Gas Co., Chappel Oil Co., Boston-Wyoming Oil Co. and related properties.

In 1967 and 1968, sold bulk of oil and gas properties in U. S. and Canada but continues participation in North Sea exploration. Amax Petroleum participates with 30% and 20.9% respectively in two groups holding oil and gas exploration licenses for North Sea acres, the first group for 680,000 surface acres of the U. K. and the other 490,000 acres of the Netherlands.

On Aug. 31, 1962 merged Kawneer Co., Niles, Mich. manufacturer of architectural aluminum products and appliance parts by exchange of one 4¼% convertible preferred share for each 3 shares, and Apex Smelting Co., Chicago, by exchange of one 4¼% convertible preferred share for each 2.22 shares. Both now operate as subsidiaries. These preferred shares were all converted or redeemed by Sept. 1969.

Also in Feb. 1963 formed Kawneer G.m.b.H., Germany subsidiary to manufacture aluminum doors, windows, store fronts and wall systems at factory acquired in Rheydt, Germany. In Mar. 1967, changed name to Amax Aluminium GmbH.

In May 1963 acquired assets of Hunter Engineering Co., Riverside, Cal. for about $14,-700,000, equivalent to $9 per Hunter share. Hunter manufactures aluminum sheet and other aluminum products sold in 1970.

In Jan. 1966 acquired Johnston Foil Co., St. Louis, producer of aluminum, tin and lead foil. Now operates as Amax Aluminum Foil Products Div.

In 1968, acquired Minworth Metals Ltd. which operates one plant in the United Kingdom for the production of ferromolybdenum and other ferroalloys.

On Oct. 31, 1969 merged Ayrshire Collieries Corp. (now Amax Coal Co.) by exchange of one share of series A convertible preferred stock for each of 790,891 Ayrshire common shares.

In July 1970, acquired remaining outstanding interest in Mackamax Aluminum Ltd., England. In Dec., 1972, changed name to Kawneer U. K. Ltd.

On Nov. 30, 1971 merged AMAX International Capital Corp. (wholly-owned subsidiary) into Company.

In Apr., 1972, acquired a minority interest in Australian Consolidated Minerals N.L., an Australian exploration co.

On July 31, 1972, merged Amax Holdings, Inc. (wholly-owned subsidiary) into Company.

In July 1973 acquired Banner Mining Co. and Tintic Standard Mining Co. for about $85,000,000 in pfd. stk.

**Joint Ventures**: In mid 1960's, Company organized a joint venture to mine iron ore at Mt. Newman in Western Australia. Company retained a 25% participation in the venture (See "Mining" Section under "Principal Plants & Properties," below).

In July 1973 under a partnership agreement with Anaconda Co., Co. will invest $93,000,000 in Twin Buttes copper mine development over the next 3 years. In addition, Co. and Anaconda will each contribute about $30,000,000 to build a plant to process oxide ore. Another $20,000,000 is to be contributed by each partner for equipment to develop Twin Buttes. Each company also will pay $7,500,000 to expand the sulphide ore concentrator there to 40,000 tons a day from 30,000. Production from the venture, to be called Anamax Mining Co., will be divided equally between Anaconda and Co., with each company marketing its share separately.

In Mar. 1974, Co. enlarged its natural resources production capacity at Twin Buttes, Ariz., where it is an equal partner with Anaconda Co. in the Anamax Mining Co., an expansion program which will expand the annual production of copper from 75,000 tons to 130,000 tons over a 3-year period.

In Mar. 1974, a joint venture consisting of Co., Combustion Equipment Associates, Inc., and SCA Services, Inc., received a contract from Conn. Resource Recovery Authority (CRRA) to design, construct, manage and market recovered products of full scaled resource recovery facility in city of Berlin, Conn. Facility, expected to be operational in mid-1976, will process municipal solid waste into 4 products: fuel for electric power generation to be sold to Wallingford's Pierce Power Station to burn as its prime fuel; 80,000 tons per year of iron and steel; 40,000 tons per year of glass; 4,000 tons per year of aluminum; and the remaining residue will be less than 5% of incoming waste. Cost of design and construction will be paid for by bonds issued by CRRA.

**Proposed Joint Venture**: Co. has agreed in principle to join Kawasaki Steel Corp., Nissho-Iwai Co., C. Itoh & Co., Marubeni Corp., Tomen Co. and Liberian International American Corp., to develop the Wologisi Iron Ore mine in Siberia.

**Zambian Properties Reorganization**: On Aug. 6, 1970 shareholders of Roan Selection Trust Ltd., a Zambian company in which Company had a 42.3% interest, were asked to approve the sale to the Zambian Government of 51% of the copper mining operations of the RST Group in Zambia, retroactive to Jan. 1, 1970, shareholders simultaneously approved reduction of capital of Roan Selection whereby it became a wholly owned subsidiary—(reorganized as RST International, Inc. of Company by cancellation of all sr. Roan other than those owned by Co. and issuance to holders thereof, in aggregate, of (1) $6,347,000 cash, (2) $[illegible] original principal amount of 6% Guaranteed Dollar Bonds due 1978 of Zambian instrumentality (see Zambia (Republic of) in Moody's Municipal and Government Manual), which acquired 51% of Roan Consolidated Mines Ltd. (RCM) (iii) 16¾% of the shares of RCM, (iv) approximately 17.8% of the shares of Botswanna RST Ltd. (see Moody's OTC Industrial Manual), and (v) $76,167,000 principal amount of 8% subordinated debentures due 1986 of Company to which were attached warrants entitling the holders to acquire an aggregate of 761,-666 shares of common stock of Company at an initial exercise price of $47.50 per share.

**Roan Consolidated Mines Ltd.**: Former copper mining operations of Roan Selection Trust are now combined in a single company, Roan Consolidated Mines Ltd. (see alphabetical index) in which Company has a 20% shareholding through RST International, Inc. (see alphabetical index). Majority (51%) in RCM is held by Mindeco, Ltd., an instrumentality of Government of Zambia. Remaining minority shares in RCM are held by public (16.75%) and Zambia Copper Investments Limited, an affiliate of the Anglo-American group (12.25%).

RST International, Inc. has contracts for 10 years (subject to earlier termination on the happening of certain events), effective Jan. 1, 1970, to manage mines, to act as exclusive sales agent, and to perform other services for RCM.

On Aug. 31, 1973 President of Republic of Zambia announced that the management and consulting and sales agency arrangements would be terminated.

He also announced a number of changes should be made in agreements and arrangements relating to RCM arising out of the 1970 acquisition described above. Among changes stated were: RCM should itself provide all management and technical services now being provided by RST, Inc., a new copper marketing co. wholly-owned by the Gov. of Zambia should be established; a number of changes should be made in management structure of RCM; Zambian Gov. Bonds issued in connection with 51% acquisition should be redeemed; tax and exchange control advantages granted to RCM and its shareholders while Bonds are outstanding should be eliminated. Zambian Gov. Bonds have been redeemed, and on Oct. 1, 1973 Co. received full payment for its Bonds of approx. $28.9 million, including accrued interest. Negotiations are underway with a Zambian governmental committee, appointed by President of Zambia, with regard to foregoing changes, including future of Co.'s sales and management arrangements with RCM. Co. is not yet able to assess effect on it of decisions announced by President Kaunda.

**Litigation**: On Nov. 25, 1970, after trial of class action brought against Company and

RST by an RST shareholder, a United States District Court held that terms of reduction of capital of RST were unfair to shareholders of RST other than Company. The Court ordered Company to offer to such shareholders opportunity to acquire pro rata share in RST International, Inc., upon their returning, if they desire to accept such offer, securities and cash issued to them pursuant to reduction of capital. On Jan. 15, 1971, the Court, on plaintiff's motion, amended and supplemented its prior order to impose on Company, among other things, expenses of RST reduction of capital and litigation in an amount to be determined by Court; and to provide for supplementary proceedings as to form of relief, including possible assessment of damages or reorganization of RST International prior to offer of its shares to non-Company shareholders of RST.

The appeal from this decision was argued before Third Circuit Court of Appeals on Apr. 20, 1971. On Mar. 31, 1972 the Appeals Court handed down its opinion, unanimously reversing conclusion of District Court that terms under which AMAX acquired public interest in RST were unfair. The Appeals Court also reversed unanimously lower court decision that damages could be assessed against AMAX and that AMAX had breached a fiduciary duty to former RST shareholders.

Court affirmed, however, by a two-to-one vote, certain findings by District Court that explanatory statement issued by RST to its shareholders did not comply in certain respects with Section 10 of Securities Exchange Act of 1934. Accordingly, it let stand the District Court order only to extent that it directed that former RST shareholders be given an opportunity to participate in RST International, Inc., AMAX's subsidiary to which RST's remaining operations and assets were transferred. Further legal steps are now being considered.

In late April, 1972, Federal Appeals Court, Philadelphia, denied a petition by Co. asking for a rehearing of the decision that non-Amax shareholders of Roan Selection Trust Ltd. be allowed an equity participation in RST International, Inc.

On June 6, 1973 Company announced settlement of the litigation. The settlement was affirmed by the U. S. Court of Appeals for the third Circuit in Dec., 1973.

The settlement provides that AMAX will create a Settlement Fund of $6,500,000 plus certain interest. After payment from this fund of expenses and counsel fees to be determined by the Court, the Fund will be distributed to these members of the plaintiff class who held RST Limited ordinary shares or American Depositary Receipts of record as of the close of business on June 29, 1970.

It also provides that for the benefit of shareholders of record as of the close of business on June 29, 1970, AMAX shall reduce the exercise price of the AMAX Common Stock Purchase Warrants expiring October 1, 1977, to which Roan shareholders became entitled in 1970 as part of the Roan reorganization, from $47.50 to $42.50 per share of AMAX Common Stock.

### SUBSIDIARIES

At Dec. 31, 1973, owned 100% voting power (excepting as noted) in the following significant subsidiaries among others:

Name, place of incorporation and business:
Amax Exploration of Arizona, Inc. (Del.)
Amax Aluminum Co., Inc. (Del.)
  Amax Aluminum Co. of Maryland, Inc. (Del.)
Amax Aluminium GmbH, Germany
Amax Aluminum Extrusion Products, Inc., (Del.)
Amax Aluminum Mill Products, Inc. (Del.)
Amax Exploration (Australia), Inc. (Del.)
Amax Aluminum Europe Limited (England)
Amax Base Metals Research & Development, Inc. (Del.)
Amax Copper, Inc.
Amax Credit Corp. (Del.). Financing aluminum sales (100% owned, but not consolidated)
Amax Iron Ore Corp. (Del.)
Amax Lead & Zinc, Inc.
  Blackwell Zinc Co., Inc. (N. Y.)
Amax Lead Co. of Missouri (Del.)
  Missouri Lead Smelting Co. (Del.)
Amax Nickel Co. Inc. (Del.)
Apex Smelting Co., Inc., (Del.)
Amax Coal Co., (Del.)
Amax Overseas S.A., Luxembourg
Amax Potash Ltd. (Del.)
  Amax Exploration Inc. (Del.)
Amax Specialty Metals Corp. (Del.)
Amax Technical Services, Inc. (Del.)
Amax Uranium Corp. (Del.)
Amax Australian Ventures Limited (New So. Wales)
Amax Exploration Quebec Ltd. (Quebec)
Euramax Aluminium B.V. (Netherlands)
Kawneer Danmark A/S (Denmark)
Kawneer Svenska A. B. (Sweden)
Minworth Metals Holdings, Ltd. (Eng.)
  Minworth Metals, Ltd.
  Britannic Alloys Sales Ltd.
  Britannic Alloys, Ltd.
Societa per Azione Leghe e Metalli (Italy)
Amax Petroleum of Canada, Ltd.
Climax Molybdenum Co. of Michigan, Michigan. Produces metallic molybdenum, metal research and development.
Climax Molybdenum Co., Eng.
Climax Molybdenum Co., Switzerland
Climax Molybdenum Development Co. (Japan), Ltd., Japan; metal trading.
Climax Molybdenum Corp. of British Columbia Ltd. (Del.); mineral exploration
Amax Resource Recovery Systems, Inc. (Ohio)
  Gold Hill Mining & Milling Co. (Colo.)
Amax Mineral Sales Corp. (Del.)
  Amax Pacific Sales Corp. (Del.)
Amax Petroleum Corp. (Del.); manages oil and gas business.
  Amax Petroleum (U. K.) Ltd. (England)
  Amax Petroleum Norge A/S (Norway)
  Amax Petroleum of Norway, Inc. (Del.)
  Amax Petroleum (Australia), Inc.
Apex Smelting Co., Calif.; smelting of secondary aluminum.
Climax Molybdenum B.V. (Netherlands)
  Climax Molybdenum G.m.b.H., West Germany
  Climax Molybdenum, S.A., France
Heath Steele Mines Ltd., Canada
Kawneer Co., Inc. (Del.)
  Kawneer of the Americas Corp. (Del.)
  Kawneer International Ltd. (Del.)
    Alumex, S. A. de C.V. (Mexico)
  Kawneer U.K. Ltd. (Eng.)
Meadowlark Farms, Inc. (Ind.)
Nucom Corp. (Del.)
RST International Inc. (Del.)
  Nafico, S.A. (Luxembourg)
  RST (Fiji), Inc. (Del.)
  Contifinance S.A. (Luxembourg)
    Barringer Fiji Ltd. (Fiji) (60%)
  Mwinilunga (1970) Ltd. (Zambia) (53.8%)
  RST (Bermuda) Ltd.
  RST Estates Ltd. (Zambia)
    Kafue House Ltd. (Zambia) (50%)
  RST International Metals Ltd. (Eng.)
  Ametalco Ltd. (Eng.)
    Ametalco (Toronto) Ltd. (Canada)
    Ametalco Trading Ltd. (Eng.)
    Ametalco, Inc. (N. Y.)
      Ametco Shipping, Inc. (N. Y.)
    Ametalco G.m.b.H. (Germany)
    Ametalco S.A. (Switzerland)
    Ametalco (Vancouver) Ltd. (Canada)
  Amax Zambia, Inc. (Del.)
  RST Mines Services Ltd. (Zambia)
  RST Management Services, Ltd., (Zambia)
  Vainona Estates Ltd. (Rhodesia) (83.6%)
  Zambian Air Cargoes Ltd. (Zambia)
Northern Molybdenum Exploration Co. A/S (Denmark)
Hunter Aluminium Co. Ltd. (Eng.)
Amax Exploration of U. K., Inc. (Del.)
Amax Meadowlark Farms (Australia), Inc. (Del.)
Amax Nickel Extraction Co., Inc. (Del.)
Amax Nickel Refining Co., Inc. (Del.)
South Bend Screw Products Inc. (Ind.); manufactures metal products.
  Berrien Tool & Die Co. (Mich.); manufactures metal products.
Kawneer Co. Canada Ltd., Ont.; produces aluminum architectural products.
American Metal Co. of Tex. (Del.)
Amax Alumina Corp. (Del.)
Amax Aluminum Building Products, Inc. (Del.)
Amax Aluminum Caribe, Inc. (Del.)
  Amax of Guayama, Inc. (Del.)
  Amax of Puerto Rico, Inc. (Del.)
Amax Asia, Inc. (Del.)
  Amax Japan Co., Ltd. (Japan)
Amax Australia, Inc. (Del.)
Amax Bauxite Corp. (Del.)
  Mitchell River Station Pty. Ltd. (Aust.)
Amax Coal (Botswana), Inc. (Del.)
Amax Copper Mines, Inc. (Nev.)
  Colorado Consol. Mines Co. (Utah) (62.7)
  Sioux Mines Co. (Utah) (64.8)
  Copper Exploration Mining Co. (Utah)
  Eureka Lilly Consol. Mining Co. (Utah) (53.8%)
  Eureka Standard Consol. Mining Co. (Utah) (64.4%)
Amax Exploration of U. K., Inc. (Del.)
Amax Meadowlark Farms (Australia) Inc. (Del.)
Amax Nickel Co., Inc. (Del.)
Amax Nickel Extraction Co., Inc. (Del.)
Amax Nickel Refining Co., Inc. (Del.)
Amax of Canada, Inc. (Del.)
Amax Pacific Aluminum Corp. (Del.)
Amax Realty Corp. (Del.)
Amax Resources Inc. (Del.)
Amax Securities Inc. (Del.)
Amax Zinc Co., Inc. (Del.)
Ayrshire Collieries Corp. (Del.)
Bemax Realty Corp. (Del.)
Cemax Corp. (Del.)
Climax Molybdenum Co. (Del.)
Cork Street Corp. (Mich.)
Demax Corp. (Del.)
Fathom Management Corp. (Del.)
South Bend Screw Prod., Inc. (Ind.)
  Berrien Tool & Die Co. (Mich.)
Amax Aluminum S.A. (France)
Amax Finance N.V. (Neth. Ant.)
Amax Northwest Mining Co., Ltd. (Canada)
Caribex Ltd. (Canada)
Euramax Aluminum S.A. (France)
Hunter Aluminum Co. Ltd. (Eng.)
Kawneer Co. Canada, Ltd. (Can.)
Kawneer Installations Ltd. (Can.)
Kimberley Alumina Co., Pty., Ltd. (Aust.)
Kimberley Irrigation Pty., Ltd. (Aust.)
  Doongan Pastoral Co., Pty. Ltd. (Aust.)
M&M Transport, Inc. (Liberia)
Northern Molybdenum Exploration Co. A/S (Denmark)
**United States Metals Refining Co., New Jersey** —Copper smelting and refining.
Yankeetown Dock Corp. (60%) (Ind.)
Amax Carbon Products, Inc. (Del.)
Amax Chemical Corp. (Del.)
  Southwest Potash Corp. of Canada (Del.)
Rawmat Shipping Corp. (Liberia)
Amax Carbon Products of Canada, Ltd.
Amax Insurance Co., Ltd. (Bermuda) (100% owned but not consolidated)
RST Bermuda (Finance) Ltd. (Bermuda) (100% owned but not consolidated)

At Dec. 31, 1973, owned less than 100% voting power in the following subsidiaries and affiliates:

Name, place of incorporation and business:
Ponce Mining Co. Inc. (85%) (Puerto Rico); exploration.
Decatur Aluminum Co., Inc. ([1]50%) (Ala.)
Gibraltar Coal Corp. ([8]50%) (Ind.)
Intalco Reduction Corp. ([2]50%) (Del.)
Intalco Aluminum Corp. ([2]50%) (Del.)
Intalco Tolling Corp. ([2]50%) (Del.)
Arktisk Minekompagni A/S ([3]50%) Denmark
Penamax G.I.E. ([4]50%)
International Calciners, Inc. ([9]50%) Tex.
Amax-Homestake Lead Tollers ([7]50%) Mo.
Anamax Mining Co. ([6]50%)
[1]Remaining 50% owned by Fruehauf Corp.
[2]Remaining 50% owned by Howmet Corp. (25%) and Pechiney Aluminium Inc. (25).
[3]Remaining 50% owned by Nordisk Mineseskab A/S.
[4]Remaining 50% owned by Penarroya.
[5]Remaining 50% owned by individuals.
[6]Remaining 50% owned by Anaconda Co.
[7]Remaining 50% owned by Homestake Smelting Co.
[8]Remaining 50% owned by Peabody Coal Co.
[9]Remaining 50% owned by Crown Central Petroleum Corp.

### BUSINESS & PRODUCTS

Company divides its operations into five basic groups: Base Metals Group, Fuels and Chemicals Group, Molybdenum and Specialty Metals Group and International Group. Relative contribution by each group to net sales as follows:

|  | 1973 | 1972 |
|---|---|---|
| Aluminum | 28% | 36% |
| Basemetals | 40 | 29 |
| Fuels & chem. | 12 | 16 |
| Molyb. & spec. metals | 13 | 13 |
| Int'nat'l Grp. | 7 | 6 |
| Total | 100 | 100 |

The consolidated organization does a general business in producing, fabricating, treating and selling non-ferrous metals, mining, milling and concentrating molybdenum ore, selling molybdenum concentrates and processing concentrates.

The company mines molybdenum, lead, zinc, copper, coal, iron ore and potash. For other metals, the parent does most of the buying of ores, concentrates, bullion, etc., and its sells the refined product, as well as acting on sales agent for other companies and carrying on a trading business in raw materials and refined metals Subsidiary companies carry on mining operations. Subsidiaries also smelt and refine material purchased from others and material handled on toll basis for the account of outside companies and manufacture architectural aluminum products.

Industrial operations of subsidiaries and affiliates are principally in the United States, Canada, Australia and Zambia (Africa) but metal trading activities are practically worldwide.

The principal products are aluminum and aluminum products, fly ash, coke, copper, copper powder, lead, lead powder, zinc, silver, gold, iron powder, platinum, germanium, selenium, cadmium, bismuth, tellurium, arsenic and palladium, muriate of potash, molybdenum, ferro molybdenum, calcium molybdate, molybdenite concentrates (molybdenum sulphide), molybdenum trioxide. Also produces tungsten, pyrite, tin concentrates and monazite as by-products.

Through merger of Ayrshire Collieries Corp. engages in mining of bituminous coal Indiana, Illinois, Kentucky and Wyoming.

### PRINCIPAL PLANTS & PROPERTIES

#### Molybdenum

Mines, claims and water rights are located in Lake, Summit and Eagle Counties, Climax, Colorado. The mineral deposit consists mainly of low grade ore with fairly regular values distributed throughout a structure of large size and depth. The mine, crushing plants, concentrate plants, drying and packing

ing plants are fully equipped for handling of 42,300 tons of ore per day, including by-product recoveries of tungsten, tin and pyrite as well as molybdenum values. An open pit operation started in late 1973 at initial rate of 3,000 to 4,000 tons of ore per day. After 1980 the open pit production will be increased to about 25,000 tons of ore per day, in step with demand.

Urad Mine on Red Mountain at Clear Creek, Colo.; molybdenum property. Initial production started in 1967. This mine increased capacity of molybdenum contained in concentrate by 7,000,000 lbs. annually. Urad will close in late 1974 when mine's ore deposit is depleted.

The Henderson molybdenum deposit near Empire, Colo. is being developed at a cost of approximately $300,000,000 and is expected to produce about 50,000,000 lbs. of molybdenum contained in concentrate per year. Operations are expected to commence in early 1977, when demand is expected to warrant the extra production. Surface drilling and preliminary engineering studies indiciate proven and probable reserves in excess of 300,000,000 tons of commercial ore.

Miscellaneous properties include office buildings, water storage, reservoir and water lines.

Climax mine and related properties are operated by Amax Molybdenum and Specialty Metals Group of Amax, Inc.

In 1969 a new extractive metallurgical laboratory was opened at Golden, Colo.

Amax is rehabilitating and expanding its Port Nickel, La. refinery, and start-up is expected in 1974. When in full operation, plant will have a capacity in excess of 80,000,000 lbs. of nickel annually. Initial feed material for plant will be a nickel-copper matte from Bamangwato Concessions Ltd. in Botswana, Africa.

### Mines

RST International Inc., wholly-owned subsidiary, holds 20% interest in Roan Consolidated Mines Ltd. (see alphabetical index) which operates five copper mines with ancillary milling and smelting facilities in Republic of Zambia in central Africa.

A subsidiary, Heath Steele Mines Ltd., owns a 75% interest in a lead-zinc-copper mine in New Brunswick, Canada. Production is currently at a rate of 1,000,000 tons of ore per year and is expanding.

Amax Iron Ore Corp. (Del.), wholly-owned subsidiary, holds 25% interest in Mt. Newman iron ore project in Western Australia. Exploration began in 1963, has resulted in discovery of reserves of over one billion tons of high grade iron ore. Total ore potential has not been fully explored in the area. In 1967 final agreements were signed, financing arranged and construction begun. Initial production begain in 1969 to fill orders for 270 million tons of ore already contracted for by major Japanese and Australian steel companies. AMAX is responsible for world-wide iron ore market development outside Australia. Mt. Newman is currently being expanded to 35 million tons of ore annually. Plans to raise output to 40 million tons are being studied. Company partners in the venture include Australian, English and Japanese interests.

Amax Aluminum Inc., a 50% owned subsisiary, continues studies for possible construction of a bauxite-alumina venture in Western Australia as part of an international consortium in which AMAX currently holds a major interest.

### Treatment Plants

A subsidiary, United States Metals Refining Co., owns at Carteret, N. J., smelting and refining plants with a monthly capacity of approximately 20,000 tons of refined copper including 13,000 tons of electrolytic copper, specialty alloys and metal powders, 2,000,000 ounces of silver, 80,000 ounces of gold, 30,000 pounds of selenium, in addition to other by-products.

Production of zinc was initiated in 1973 from a smelter rehabilitated by a subsidiary, Amax Zinc Co., in Sauget, Ill. Production of 84,000 tons of special high grade zinc is expected by 1975. Plant will also produce 1,-350,000 lbs. of cadmium and 150,000 tons of sulphuric acid per year.

A subsidiary, Amax Lead Co. of Missouri is 50% owner of, and operator of a lead mine-mill-smelter complex in southeastern Mo. The other 50% owner is the Homestake Mining Co. Annual capacity of refined lead is 140,000 tons, with half of the capacity used for smelting Amax-Homestake concentrates, and the other half committed to production of metal on toll for other companies. Sulphuric acid, a by-product, is produced at a rate of 50,000 tons per year.

Amax Molybdenum Group operates a plant at Langeloth, Pa., in which the molybdenite concentrates produced from Climax, Colo. mine are converted into the various products called for by the molybdenum trade and then shipped to American and foreign markets upon the order of the company. A new $5 million plant in Rotterdam, Holland to convert molybdenum concentrate to molybdenum products with annual capacity of 12 million lbs. of concentrate commenced operations in Apr. 1966. An ammonium molybdate plant started producing in late 1972 at Rotterdam conversion facilities to serve European metallurgical and chemical customers. Another $5 million ammonium molybdate plant is now being constructed in Ft. Madison, Iowa. Plans call for Ft. Madison to be a complete conversion plant within 5 years and at a cost of over $30 million.

The Amax Molybdenum Group also conducts metallurgical and chemical research on new applications for molybdenum at its Ann Arbor, Michigan Laboratory.

Amax Specialty Metals Corp. operates a plant at Coldwater, Mich., for production of arc-cast metallic molybdenum, molybdenum-base alloys and other combinations of refractory metals. At full capacity the plant will be capable of producing 1,300,000 pounds of forging billet annually. Amax Specialty Metals also operates a rolling mill at Cleveland, Ohio, a zirconium sponge plant at Parkersburg, W. Virginia, and a zirconium fabrication plant at Akron, N. Y.

Climax Uranium Company suspended mining and milling of uranium and vanadium ores at Grand Junction, Colo. in first half of 1970. AMAX uranium properties in Colo. and Utah were sold to Atlas Corp. early in 1973. However, AMAX continues to hold ore reserves in Wyo. and to explore for deposits for future development. AMAX continues to explore for additional uranium properties which could be developed when market conditions have improved.

Pyron Co., a unit of company, manufactures iron powders at Niagara Falls, N. Y. 1973 production exceeded 22 million lbs. of hydrogen reduced iron and steel powders.

A subsidiary, AMAX Chemical Corp. (formerly Southwest Potash Corp.), operates a potash mine near Carlsbad, N. M. Ore deposit is largely on government property leased to AMAX Potash Corp. on a royalty basis. Mill has capacity of 7,500 tons of ore per day and produces standard muriate of potash (KCL) for use in fertilizer industry. A potassium nitrate plant was completed in 1962 at Vicksburg, Miss., later sold.

Amax Aluminum Extrusion Products, Inc. operates plants at Hernando, Miss., St. Charles, Ill. and Plant City, Fla.

Apex Smelting Division has secondary aluminum smelters at Chicago, Cleveland and Long Beach, Cal.

Kawneer Division operates plants at Niles, Mich., Richmond, Cal., Atlanta, Ga., Carrollton, Ky., Harrisonburg, Va., and Bloomsburg, Pa. Subsidiaries plants at South Bend, Ind. and Toronto, Can. New plant at Visalia, Cal. began production in 1971.

Intalco Aluminum Corp. (50% owned) went into production in May 1966 at its aluminum reduction plant on 800-acre site near Bellingham, Wash. Plant production was 260,000 tons in 1972.

Amax Aluminum Mill Products division has plants at Riverside, Calif., Houston, Tex., Elkhart, and Evansville, Ind., Tulsa, Okla., Ocala, Fla., Marshfield, Wisc., Bloomsburg, Pa.,,Joliet, Ill., Decatur, Ala.

A new aluminum sheet rolling mill near Joliet, Ill. began production in 1968 and reached annual capacity of 100 million pounds of conventional aluminum sheet in 1970.

In association with American & Foreign Power Co., Inc. company built aluminum sheet products plant in Mexico which began production in 1966. Plant is wholly owned.

Amax Aluminum International completed construction of an extrusion and sheet plant in Netherlands during 1970. A second plant is located in West Germany.

**1974 Capital Expenditures** estimated by Company at about $300,000,000 compared to $265,000,000 spent in 1973.

### MANAGEMENT

**Officers**
Ian MacGregor, Chmn. & Chief Exec. Officer
Jean Vuillequez, Vice-Chairman
D. J. Donahue, President
J. F. Frawley, Vice-Pres. & Gr. Exec.
John Towers, Vice-Pres. & Gr. Exec.
Pierre Gousseland, Vice-Pres. & Gr. Exec.
H. A. Sawyer, Jr. Senior Vice-Pres.
M. V. Alonzo, Vice-Pres. & Contr.
R. B. Crowl, Vice-President
M. B. Bayliss, Vice-President
W. J. Nolan, Jr., Vice-President
Arthur Reef, Vice-President
E. S. Miller, Vice-Pres. & Treas.
R. C. Sonnemann, Vice-President
J. D. Walcott, Vice-President
E. A. Weil, Vice-Pres. & Secretary

**Directors**
Ian MacGregor, New York
J. B. Aird, Toronto
A. C. Beatty, London
W. A. M. Burden, New York
D. J. Donahue, New York
J. P. Du Cane, London
Gabriel Hauge, New York
E. C. Wharton-Tigar, London
A. H. Dean, New York
[1]H. K. Hochschild, New York
[1]Walter Hochschild, New York
C. M. Loeb, Jr., New York
L. J. Plym, Niles, Mich.
G. W. Reed, New York
G. W. Ball
Jean Vuillequez
Pierre Gousseland
John Towers
[1]Honorary Chairman

**Auditors:** Coopers & Lybrand.
**General Counsel:** Sullivan & Cromwell, New York.
**Annual Meeting:** First Thursday in May.
**No. of Stockholders:** Dec. 31, 1973: Preferred, 2,458; common, 28,757.
**No. of Employees:** Dec. 31, 1973, 17,940.
**General Office:** 1270 Avenue of the Americas, New York, N. Y. 10020.

### STATISTICS

COMPARATIVE PRODUCTION STATISTICS, YEARS ENDED DEC. 31

| | 1973 | 1972 | 1971 | 1970 | 1969 | 1968 | 1967 |
|---|---|---|---|---|---|---|---|
| Copper (tons) | 222,300 | 190,000 | 182,000 | 215,000 | 225,000 | Not reported | Not reported |
| Coal (tons) | 16,619,000 | 16,347,000 | 12,520,000 | 16,347,000 | --- | --- | --- |
| Lead (tons) | 135,000 | 133,000 | 109,600 | 115,000 | 76,000 | --- | --- |
| Zinc (tons) | 64,000 | 77,000 | 85,000 | 81,000 | 90,000 | --- | --- |
| Silver (ozs.) | 22,700,000 | 21,000,000 | 20,000,000 | 40,000,000 | 50,000,000 | --- | --- |
| Gold (ozs.) | 820,000 | 900,000 | 1,000,000 | 1,000,000 | 1,000,000 | --- | --- |
| [1]Molybdenum (lbs.) | 56,200,000 | 60,000,000 | 61,000,000 | 67,000,000 | 60,000,000 | 60,000,000 | 58,000,000 |
| [2]Tungsten (lbs.) | 2,525,000 | 2,570,000 | 2,300,000 | 2,700,000 | 2,300,000 | 1,600,000 | 1,400,000 |

[1]Molybdenum contained in concentrate. [2]By-product tungsten contained in concentrate.
Note: Above figures for copper, lead, zinc, silver and gold comprise production of company's smelters and refineries, including products treated on toll for account of others, products of purchased materials and products of owned, partly owned, and leased mines.

### INCOME ACCOUNTS

COMPARATIVE CONSOLIDATED INCOME ACCOUNT YEARS ENDED DEC. 31
(Taken from reports filed with Securities and Exchange Commission)

| | [5][5]1973 | [9]1972 | 1971 | 1970 | [6]1969 | 1968 | 1967 |
|---|---|---|---|---|---|---|---|
| [8]Sales of refined metals, etc. | $1,336,750,000 | $876,400,000 | $756,924,000 | $840,715,000 | $753,488,000 | $570,594,277 | $478,260,467 |
| [2]Cost of sales | 995,190,000 | 643,150,000 | 587,498,000 | 654,314,000 | 591,241,000 | 471,100,542 | 383,390,960 |
| [3]General, adm. & other expenses | 153,670,000 | 127,110,000 | 109,952,000 | 107,422,000 | 89,605,000 | 43,463,995 | 37,277,510 |
| [1]Explor. & gen. research expenses | 42,560,000 | 18,320,000 | [1]----- | [1]----- | [1]----- | [1]----- | 13,297,042 |
| Operating profit | 145,330,000 | 87,820,000 | 59,474,000 | 78,979,000 | 72,642,000 | 56,029,740 | 44,294,955 |
| Dividends received | 14,180,000 | 8,030,000 | 5,503,000 | 22,548,000 | 22,229,000 | 20,054,374 | 18,986,836 |
| Interest income | 22,600,000 | 12,640,000 | 9,923,000 | 8,183,000 | 10,563,000 | 7,398,171 | 7,837,907 |
| [6]Eq. in earn. of RST International | --- | N/A | 12,812,000 | 20,302,000 | | | |
| Other income, net | dr5,630,000 | 3,320,000 | 4,064,000 | 3,797,000 | 1,888,000 | 2,454,146 | 1,068,926 |
| Total | 176,480,000 | 111,810,000 | 91,776,000 | 133,809,000 | 107,322,000 | 85,936,431 | 72,188,624 |
| Interest expense | 26,930,000 | 21,040,000 | 25,927,000 | 19,542,000 | 10,808,000 | 8,499,155 | 6,829,193 |
| Balance | 149,550,000 | 90,770,000 | 65,849,000 | 114,267,000 | 96,514,000 | 77,437,276 | 65,359,431 |