# EXHIBIT 11

**1993**

**VOL. 1**

**A-I**

**COVERING NEW YORK & AMERICAN STOCK EXCHANGES**

# MOODY'S®

# INDUSTRIAL MANUAL

DANNY A. ZOTTOLI, JR., *Publisher*
HOWARD G. KIEDAISCH, *Managing Director*
FRANK R. PLATAROTE, *Director—Data Collection*
JOSEPH J. NESTO, *Director—Financial Information Services*

ROBERT P. HANSON, *Editor-in-Chief*

JOHN J. IERACI, *Associate Director*

*Editorial Staff*

| | |
|---|---|
| TONY BURKE | THOMAS J. McDONALD |
| MARYROSE CAROSIA | WILLIAM H. ROGERS |
| ANGELICA R. CARROLL | MARTIN SCHULMAN |
| GEORGE EBNETH, JR. | EARL STEPHENS |
| ERIK FINE | CHARLOT VOLNY |
| PETER J. HEALY | JOANNE WALLACE |
| ANDREW KALINSKI | THOMAS M. WECERA |
| CAROL MANGIN | MARK L. ZWIEBACK |

*Business Analysts*

| | | |
|---|---|---|
| CINDY L. BROWN | SUSAN H. GRAMER | R. FIELDING LOWE, JR |
| THOMAS D. CAMPER, JR. | JAMES E. HARRIS, III | JANEA D. MATCHETT |
| RICHARD K. DEE, JR. | SHEDRICK D. KIRKPATRICK | ANDREW MOSS |
| KATHRYN GOINS |  | STEVEN R. WILSON |

## Moody's Investors Service

**DB** a company of
The Dun & Bradstreet Corporation

SEE FOLLOWING PAGE FOR COMPLETE LIST OF OFFICES

Copyright © 1993 by
MOODY'S INVESTORS SERVICE, INC. New York
All rights reserved.

Co. indirect ownership and control of a joint venture which holds 100% of a gold development project in Alaska known as the Fort Knox property. The purchase cost approximates $115,000,000.

**Business:** Co. is engaged in the mining and processing of gold and silver ore and in the exploration for, and acquisition and development of, gold-bearing and silver-bearing properties, principally in North and South America.

**Properties:** Co.'s corporate facilities are located in Golden, Col. Co. owns Sleeper mine in Humboldt County, Nevada and Wind Mountain mine in Washoe County, Nevada. Co. also has interest in mines in Waihi, New Zealand; Lassen County, Cal.; Fairbanks, Alaska; Chile; and Lancaster County, S.C.

### Subsidiaries
Amax Gold (Canada) Ltd.
Nevada Gold Mining, Inc.
Amax Holdings New Zealand Ltd.
Lassen Gold Mining, Inc.
Amax Precious Metals, Inc.

### Officers
A. Born, Chmn.
T.J. Haddon, Pres. & C.E.O.
M.K. Kaiser, V.P. & C.F.O.
H.B. Carson, V.P.
R.B. Esser, V.P.
M.A. Lettes, V.P.
N.K. Muncaster, V.P.
A.F. Pooler, V.P.
D.C. Ewigleben, V.P.
P.J. Hemschoot, Jr., V.P., Sec. & General Couns.
P.L. Saxton, V.P. & Contr.

### Directors
A. Born
T.J. Haddon
E. Mosbacher, Jr.
R.L. Wood
P.E. Drack
P.W. MacAvoy
V.F. Taylor, Jr.

**Auditors:** Coopers & Lybrand.
**Annual Meeting:** In May.
**Counsel:** Paul J. Hemschoot Jr.
**Shareholder Relations:** Gina Wilson, Manager, Investor Rel.. Tel.: (303) 273-0623.
**No. of Stockholders:** Dec. 31, 1992, 650.
**No. of Employees:** Dec. 31, 1992, 727.
**Address:** 350 Indiana St., Golden, CO 80401-5081. Tel.: (303) 273-0600. Fax: (303) 273-0703.

### Consolidated Income Account, years ended Dec. 31 ($000):

| | 1992 | 1991 | 1990 |
|---|---|---|---|
| Sales | 99,700 | 128,200 | 149,800 |
| Costs applic to sales | 52,800 | 57,500 | 53,100 |
| Deprec & depletion | 21,800 | 24,700 | 26,000 |
| Sell, gen & admin exps | 8,500 | 8,000 | 7,600 |
| Tot costs & oper exps | 83,100 | 90,200 | 86,700 |
| Gross oper margin | 16,600 | 38,000 | 63,100 |
| Exploration exps, net | dr2,200 | 14,000 | 9,400 |
| Eq in loss of Canamax Resour Inc | ...... | ...... | dr5,000 |
| Write down of Canamax Resour Inc | ...... | ...... | 12,600 |
| Earnings from opers | 18,800 | 24,000 | 36,100 |
| Interest exp & other | 2,400 | 400 | 800 |
| Interest income | 1,600 | 1,700 | 1,600 |
| Earn bef inc taxes | 18,000 | 25,300 | 36,900 |
| Income taxes | 5,000 | 8,700 | 11,700 |
| Ben fr tax sharing agree | ...... | cr4,600 | cr3,100 |
| Earn bef acctg chgs | 13,000 | 21,200 | 28,300 |
| Cum effect of acctg chgs | dr1,500 | ...... | ...... |
| Net earnings | 11,500 | 21,200 | 28,300 |
| Previous retain earn | 126,900 | 110,200 | 86,700 |
| Div reinvest plan | 3,100 | ...... | ...... |
| Dividends | 2,800 | 4,800 | 4,800 |
| Retained earnings | 132,200 | 126,600 | 110,200 |
| **Earn com sh:** | | | |
| Primary: | | | |
| Cont oper | $0.18 | $0.35 | $0.47 |
| Acctg change | d$0.02 | ...... | ...... |
| Net income | $0.16 | $0.35 | $0.47 |
| **Common shares (000):** | | | |
| Year-end | 74,499 | 59,996 | 59,995 |
| Average | 73,695 | 59,995 | 59,995 |

### Consolidated Balance Sheet, as of Dec. 31 ($000):

| Assets | 1992 | 1991 |
|---|---|---|
| Cash & equivalents | 23,700 | 19,500 |
| Note receiv from Amax | ...... | 15,400 |
| Inventories | 15,100 | 9,900 |
| Prepaid exps & other assets | 8,300 | 6,900 |
| Current assets | 47,100 | 41,700 |
| Prop, plant & equip, net | 429,800 | 146,100 |
| Deferred acquisition costs | 400 | 7,600 |
| Other assets | 300 | 2,900 |
| Total assets | 477,600 | 198,300 |
| **Liabilities:** | | |
| Accts payable, trade | 6,700 | 9,600 |
| Accts pay; affiliates | 1,000 | 1,700 |
| Accrued & other curr liabil | 16,300 | 13,000 |
| Reclamation reserve, curr port | 2,000 | 1,400 |
| Curr portion of lg tm debt | 10,900 | ...... |
| Short-term debt | 10,000 | 2,500 |
| Current liabilities | 46,900 | 28,200 |
| Lg tm debt & unearned rev | 103,100 | 24,100 |
| Reclamation reserve, noncurr port | 2,300 | 1,200 |
| Other non-current liabil | 8,000 | 2,800 |
| Total liabilities | 160,300 | 56,300 |
| Deferred taxes | 60,100 | 5,700 |
| Common stock | [2]700 | [2]600 |
| Paid-in capital | 125,500 | 9,900 |
| Retained earnings | 132,200 | 126,600 |
| Cum translation adj | dr1,100 | dr700 |
| Com stk in treas, at cost | [3]dr100 | [3]dr100 |
| Total shholders' equity | 257,200 | 136,300 |
| Total liabil & stk eq | 477,600 | 198,300 |
| Net current assets | 200 | 13,500 |
| Book value | $3.45 | $2.15 |

[1]Including restricted cash: 1991 $6,100 [2]Par value: $.01; Authorized shares: 1992 200,000,000; 1991 100,000,000 [3]Shares: 1992 4,500; 1991 4,500

**Long Term Debt:** Outstg. Dec. 31, 1992, $122,400,000 (including current portion of $20,900,000) comprised of:
(1) $67,500,000 Lassen Gold Mining, Inc.
(2) $44,900,000 Campania Minera Amax Guanaco.
(3) $10,000,000 Amax Gold Inc.

Construction and development of the Hayden Hill Mine was financed in part through a multi-option financing agreement with a syndicate of banks under which Lassen Gold Mining, Inc., a wholly-owned subsidiary of Co. that owns Hayden Hill, borrowed $67,500,000 in the form of cash advances, all of which were outstg. under this financing at Dec. 31, 1992. The total outstg. $67,500,000 under this financing can be converted into gold ounces (not to exceed 180,000 ounces), silver ounces (not to exceed 2,250,000 ounces) and/or cash, the sum of which cannot exceed the total commitment amount of $67,500,000. The final maturity date for the facility is Dec. 31, 1997, with repayments commencing June 30, 1993. The final maturity date and commencement of amortization can be extended for an additional 3-year period upon Lassen Gold meeting certain ore reserve tests and satisfying certain other conditions. Interest on cash advances, payable quarterly, is currently based on LIBOR plus 0.45%.

In Apr. 1992, Amax Guanaco, a 90% owned Chilean subsidiary of Co. that owns the Guanaco project, drew down $27,200,000 of short-term bridge financing loans from local Chilean banks to finance the acquisition of the Guanaco project and to provide initial working capital. Amax Guanaco also assumed approx. $10,700,000 in debt to a Chilean governmental development agency in connection with the acquisition of the project. Of the $37,900,000 of outstg. debt, $25,900,000 is collateralized by standby letters of credit, $7,500,000 is collateralized by Co.'s 90% interest in Amax Guanaco and a guarantee from Co. and the remaining $4,500,000 of outstg. debt is collateralized by a guarantee from Co. Additionally, the issuers of the standby letters of credit hold as collateral Co.'s 90% interest in Amax Guanaco and guarantees from Co.

In July 1992, Co. finalized a $7,000,000 one year operating line of credit for Amax Guanaco with a Chilean bank. As of Dec. 31, 1992, Amax Guanaco had drawn the full $7,000,000 under this line of credit.

Co. is currently negotiating an agreement with various financial institutions which is expected to result in refinancing the outstg. short-term acquisition bridge loans and operating line of credit, totalling $34,200,000, on a long-term basis. At Dec. 31, 1992 these loans were classified as long-term in Co.'s Dec. 31, 1992 statement of financial position based on Co.'s intention to maintain this debt for a period beyond Dec. 31, 1993, together with Amax's commitment to provide Co. with long-term financing to satisfy this $34.2 million debt obligation as required.

The $10,700,000 of assumed Chilean indebtedness matures on Aug. 31, 1996, with semi-annual payments commencing on Aug. 31, 1993. The annualized interest rate for the Chilean loans of $44,900,000 was 8.4% for the year ended Dec. 31, 1992.

During 1992, Co. borrowed 29,600 gold ounces at an annualized interest rate of 4.1% which were sold for $10,000,000. Of these ounces, 15,000 ounces are scheduled to be repaid in June 1993 and 14,600 ounces are scheduled to be repaid in July 1993.

In Feb. 1993, Co. borrowed an additional 30,303 gold ounces and 15,129 gold ounces at an annualized interest rate of 3.95% and 4.17%, respectively, which were sold for $10,000,000 and $5,000,000 respectively. These ounces are scheduled to be repaid in Feb. and Aug. 1994, respectively.

**Capital Stock:** Amax Gold Inc. common; par $0.01:
AUTHORIZED — 200,000,000 shs.
OUTSTANDING — Dec. 31, 1992, 74,499,319 shs.; in treas, 4,500 shs.; reserved for options, 3,000,000 shs.; par $0.01:
$0.01 par shs. split 3-for-2 July 15, 1988.
AMAX Inc. owns 71% of outstg. shs.

**DIVIDENDS PAID —**
1987..........$0.04 1988..........$0.04
After 3-for-2 split:
1988..........0.04 1989-92..........0.08 [1]1993..........$0.04
[1]To June 11.

**VOTING RIGHTS** — Entitled to one vote per share with non-cumulative voting for directors. No preemptive rights.
**LISTED** — On NYSE (Symbol: AU). Also listed on Toronto Stock Exchange (Symbol: AXG).
**OFFERED** — (4,500,000 shs.) at $26.50 per sh. (proceeds to Co., $24.95 per sh.) on July 29, 1987 thru Merrill Lynch Capital Markets, The First Boston Corp., Salomon Brothers Inc, Shearson Lehman Brothers Inc. and associates.
**TRANSFER AGENTS & REGISTRARS** — Chemical Bank, New York, N.Y. and Montreal Trust Co., Toronto, Canada.

**PRICE RANGE —**

| | 1992 | 1991 | 1990 | 1989 | [1]1988 |
|---|---|---|---|---|---|
| High | 12½ | 15¾ | 20¼ | 19½ | 19 |
| Low | 7 | 7⅝ | 10⅛ | 11⅝ | 10⅛ | 11¾ |

[1]Adj. for 3-for-2 split.

---

## AMAX INC.

**History:** Incorporated in New York, June 17, 1887 as The American Metal Co., Ltd. Name changed to American Metal Climax, Inc. on merger of Climax Molybdenum Co. in 1957. Present name adopted July 1, 1974.

For acquisitions, etc., prior to 1980, see Moody's 1989 Industrial Manual.

On Apr. 10, 1980, merged Rosario Resources Corp. into a subsidiary. Rosario shareholders received 1.37615 shs. of Co. com. for each Rosario sh. Co. had previously acquired 37% of Rosario.

In July 1980, announced completion of purchase from Borden Inc. for $200,000,000 in cash and notes of Borden's phosphate mining and processing facilities.

In Nov. 1980, acquired NL Industries' magnesium production facilities on the Great Salt Lake in Utah for approximately $60,000,000.

In July, 1981 sold Canadian oil and gas exploration and production properties for $177,000,000 to Fairweather Gas Ltd.

In Feb. 1986, acquired Hemerdon Mining & Smelting (U.K.) Ltd. by exchanging approximately 300,000 shs. of Co. com. stk. for all outstanding shares of Hemerdon.

In 1986, sold its remaining interest in AMAX Chemical Corp. to FCS Energy Inc.

On Nov. 24, 1986, acquired the remaining 50% in Alumax Inc. not already owned.

In 1986, sold its interest in Buick Lead/Zinc Complex for $10,000,000.

In Mar. 1987, sold its interest in Australian Consolidate Minerals Ltd. for $168,000,000.

In July 1987, Co. sold 13% of its Amax Gold subsidiary for $127,000,000.

In Oct. 1987, Co. sold El Mochito mine and its related facilities in Honduras to American Pacific Holdings, a private investor group dealing in mines and metals. The transaction was completed after the Honduran congress approved changes in the mining laws.

In Dec. 1987, Co. sold its oil and gas interests in the Dutch North Sea for $57,000,000.

In, 1988, Co.'s Amax Oil and Gas Inc. acquired SPG Exploration Corp. for approx. $118,000,000.

In 1988 Co.'s Alumax Inc. sold a 25% interest in the Intalco & Eastalco facilities for $210,000,000.

In Feb. 1988, Climax Metals Co., a wholly owned subsidiary of Co., purchased 90% of the shares of Special Metals (Fabrication) Ltd., located at Brentwood, Essex, U.K., on Feb. 5. The shares were purchased from Expamet International, based in Ealing, U.K.

In July 1988, Co. announced the creation of a new wholly owned subsidiary, Amax Coal Industries Inc. to be responsible for and manage Co.'s coal and coal-related business interests.

On Aug. 31, 1988, Co. sold all capital stock of Amax Zinc. Co. for approx. $18,000,000.

On Aug. 31, 1988, Co.'s Amax Oil & Gas acquired oil and gas properties of Kaneb Energy Partners Ltd. and Kaneb Operating Co. Ltd. for $60,000,000.

In Sept. 1989, Co. sold its magnesium production facilities on the Great Salt Lake, Utah for $62,000,000 in cash.

In Mar. 1989, Co.'s Amax Oil & Gas acquired from CXY Energy Inc. a further interest in 16 wells in the Roleta Field, Zapata County, Texas for $3,000,000.

In Dec. 1989, Co. announced that Amax Coal Industries, a wholly owned subsidiary, will acquire for $22,000,000 and other considerations Petrofina's 50% interest in Finamax Coal Company. Finamax is a joint venture consisting of three Appalachian coal mining operations and coal properties. Co. already owns 50% of the venture. On conclusion of the transaction, the Finamax venture will be disclosed.

In Dec. 1990, Amax Oil & Gas Inc., a subsidiary of Co., acquired Ladd Petroleum Corp., a unit of General Electric Co. for a purchase price of approx. $515,000,000 plus net working capital.

In Mar. 1991, Co.'s subsidiary, Amax Coal Industries Inc. acquired Cannelton Holding Co., a coal producer in Eastern U.S. markets, from The Algoma Steel Corp., Ltd. for approximately $100,000,000 and the assumption of approximately $20,000,000 of long-term debt.

In Feb. 1992, Co.'s Amax Potash Corp subsidiary was acquired by Horizon Gold Corp.

**Proposed Merger:** In May 1993, Co. and Cyprus Minerals Co. announced the intention to merge in order to create Cyprus-Amax. The company will be headquartered in Englewood, Col.

Prior to the merger, Co. will spin off its aluminum company, Alumax Inc., into a publicly-held independent company, distributing tax-free all

Alumax shs. to shareholders of Co. Also prior to the merger, Co. will distribute an approx. 28% interest in Amax Gold Inc. to shareholders of Co. Approx. 32% of Amax Gold is publicly-held at this time.

Under the terms of the agreement, which has been approved by the boards of both companies, Co.'s shs. will be exchanged for Cyprus shs. based on a ration of 0.5 Cyprus shs. for each share of Co., subject to an adjustment based on the trading price of Cyprus for the 20 business days prior to the closing of the merger, which could occur as early as the end of the third quarter.

If the trading price of Cyprus shs. during this period is $24 to $32 per sh., Cyprus will issue one-half share of Cyprus' common stock for each outstg. share of Co. If the average trading price of Cyprus shs. is above $32, Cyprus would issue shs. equivalent to $16 in value for each Co. share but not less than 0.4 Cyprus shs. If the average trading of Cyprus shs. during this period is less than $24 per share, Cyprus will have the option to effect the merger by issuing Cyprus shs. equivalent to $12 for each outstg. share of Co., and Co. will have the option to effect the merger by accepting one-half share of Cyprus for each outstg. share of Co.

In addition to the shs. Cyprus-Amax will assume about $1.2 billion of Co.'s current long-term obligations. The balance of the Co.'s debt will remain with Alumax. In the merger, two-thirds of the $350,000,000 of Co.'s preferred stock will be converted into a new class of Cyprus-Amax preferred having the same terms as the existing Co.'s preferred, and convertible into Cyprus-Amax shs. The remaining third will be converted into a new class of Alumax preferred having like terms and convertible into Alumax shs.

**Business:** Co. is a worldwide supplier of metals and energy, as well as a manufacturer and distributor of value-added, metals-related products and chemicals. Co.'s principal businesses are aluminum, coal, oil and natural gas and gold.

**Property:** Co. owns or has interest in properties as follows:

Aluminum — over 100 plants and facilities in 30 states, Canada and Western Europe.

Gold — Sleeper, Hayden Hill and Wind Mountain mines in Nevada and the Waihi mine in New Zealand.

Molybdenum — Henderson and Climax mines in Colorado; conversion facilities in Ia., Pa, U.K., Sweden and The Netherlands.

Coal — mines in Ill., Ind., Tenn., W.Va. and Wyo.

Natural Gas — interests in oil and gas properties and exploration rights in 31 states in the U.S. and three provinces of Canada.

**Subsidiaries**

(Wholly owned unless otherwise indicated)
Accredited Laboratories, Inc.
Alamo Resources Corp.
  Neptune Mining Company (37%)
  Servicios Mineros de Durango, S.A. de C.V. (Mexico)
  The Durango Corp.
Alumax, Inc.
  Alumax Aluminum Corporation
    Comercializadora Exal S.A. de C.V. (Mexico)
    Exal S.A. de C.V. (Mexico)
    I. de A. S.A. de C.V. (Mexico)
  Alumax Asia Ltd. (Hong Kong)
  Alumax Astechnology, Inc.
  Alumax of Australia Holdings Pty. Ltd. (New South Wales)
    Alumax of Australia Pty. Limited (New South Wales)
    Alumax Sales Pty. Limited (New South Wales)
  Alumax Becancour, Inc.
  Alumax Engineered Metal Processes, Inc.
  Alumax Europe B.V. (Netherlands)
    Alumax Aluminum B.V. (Netherlands)
    Alumax Molybdenum B.V. (Netherlands)
      Climax Molybdenum AB (Sweden)
        Climax Molybdenum Scaninavia AB (Sweden)
      Climax Molybdenum GmbH (Germany)
      Climax Molybdenum Sales GmbH (Austria)
      Climax Italia S.R.L. (Italy)
    Euramax Aluminum Extrusions B.V. (Netherlands)
    Euramax Coated Products B.V. (Netherlands)
      Kawneer Europe B.V. (Netherlands)
  Alumax Export Corp.
  Alumax Extrusions, Inc. (Delaware)
  Alumax Extrusions, Inc. (New York)
  Alumax Fabricated Products, Inc.
    Alumax Door Products, Inc.
  Alumax Foil Industrial Redevelopment Corp.
  Alumax Foils, Inc.
  Alumax Holdings Limited (England)
    Ametalco Ltd. (England)
      Amax Hemerdon Limited (England)
      Ametalco U.K. Ltd. (England)
      Ametalco GmbH (Germany)
      Ametalco S.A. (France)
      Ametalco Trading Ltd. (England)
    Climax Molybdenum U.K. Limited (England)
      Climax Special Metals Fabrications Ltd. (England)
      Climax Specialty Metals Europe Limited (England)
    Euramax Aluminum Limited (England)
      Ellbee Limited (England)
      Hemerdon Mining & Smelting (U.K.) Limited (England)
    Kawneer U.K. Limited (England)
  Alumax Inc.
  Alumax International Ltd. (England)
  Alumax Japan, Inc.
  Alumax of Maryland, Inc.
  Alumax Metal Specialty Products, Inc.
  Alumax Mill Products, Inc.
    Decatur Aluminum Company (50%)
  Alumax Primary Aluminum Corp.
  Alumax Quebec, Inc.
    Aluminerie de Becancour, Inc.
  Alumax Recycling Group, Inc.
    Metales Ligas Expeciales, S.A. de C.V. (Mexico) (49%)
  Alumax Remelt Corp.
  Alumax 6100 South Broadway Redevelopment Corp.
  Alumax of South Carolina, Inc.
    Mount Holly Plantation, Inc.
  Alumax Technical Services, Inc.
  Alumax Trading Corp.
  Alumax Warehouse Corp.
  Alumax of Washington, Inc.
  Alumet Corp.
Eastalco Aluminum Co.
Euramax Aluminum S.A. (France)
  UCP Iberica (Spain)
  UCP Societe Industrielle S.A. (France)
Hillyard Aluminum Recovery Corp.
Intalco Aluminum Co., Ltd. (Alberta)
Intalco Aluminum Corp.
Kawneer Aluminum GmbH (Germany)
Kawneer Company Canada Ltd. (Ontario)
  Kawneer Installations Limited (Ontario)
Kawneer Company, Inc.
  Brite Vue Glass Systems, Inc.
Kawneer France, Inc.
Kawneer France S.A. (France)
Kawneer Germany, Inc.
Lauralco Superieur, Inc.
  Canalco, Inc.
    Aluminerie Lauralco, Inc.
  Lauralco Quebec, Inc.
  Lauralco Trois - Rivieres, Inc.
Prime Metals, Inc.
Amax Aluminum Inc.
Amax Arizona, Inc. (60%)
Amax Asia, Inc.
  Amax Holdings Australia Ltd. (New South Wales)
  Amax Resources Australia Ltd. (New South Wales)
    Amax Pacific Energy Ltd. (New South Wales)
    Amax Pacific Management Ltd. (New South Wales)
    Amax Pacific Minerals & Metals Ltd. (New South Wales)
    Aztec Mining Co. Ltd. (New South Wales) (35%)
Amax Canada Development Ltd. (Canada)
Amax de Chile, Inc.
Amax Copper, Inc.
Amax Energy Inc.
  Amax Coal Industries Inc.
    Amax Coal Company
    Amax Coal Sales Co.
    Amax Coal West, Inc.
    Amax Land Company
    Ayrshire Land Co.
    Beech Coal Co.
    Cannelton Inc.
      Cannelton Land Company
      Dunn Coal & Dock Company
      Maple Meadow Mining Company
    Cannelton Industries, Inc.
    Cannelton Sales Company
    Meadowlark Inc.
    Roaring Creek Coal Co.
    Yankeetown Dock Corp. (60%)
  Amax Oil & Gas Inc.
    Amax Petroleum of Canada Inc.
      Amax Gas Gathering Inc.
    Amax Gas Marketing Inc.
      Beaver Pipeline Company
    Cattle Oaks Corp.
    LVO Data Systems, Inc.
    Peach Ridge Pipeline Inc.
Amax Exploration, Inc.
  Amsalar Inc.
    CM Salar Inc.
  Amax Exploration (Ireland), Inc.
  Amax Exploration of U.K., Inc.
Amax Gold (Canada) Ltd. (Ontario)
  Canamax Resources Inc. (Canada) (49%)
Amax Gold Inc. (68%)
  AGI Chile Credit Corp., Inc.
  Amax Gold (B.C.) Ltd. (British Columbia)
  Amax Gold Exploration, Inc.
    Amax Gold de Chile Limitada (Chile) (50%)
  Amax Gold Exploration Canada Ltd. (Canada)
  Amax Gold Foreign Sales Corp.
  Amax Gold Refugio, Inc.
  Amax Holdings New Zealand Ltd. (New Zealand)
    Amax Resources New Zealand Ltd. (New Zealand)
      Amax Gold Mines New Zealand Ltd. (New Zealand)
  Amax Precious Metals, Inc.
  Fairbanks Gold Ltd. (British Columbia) (96%)
    Melba Creek Mining Inc.
  Fairbanks Gold Mining, Inc.
  Guanaco Mining Company, Inc.
    Amax Gold de Chile Limitada (Chile) (50%)
    Compania Minera Amax Guanaco (Chile) (90%)
  Haile Mining Company Inc.
  Lancaster Mining Company Inc.
  Lassen Gold Mining, Inc.
  Luning Gold, Inc.
  Nevada Gold Mining, Inc.
  Wind Mountain Mining, Inc.
Amax Investments (France), Inc.
Amax Metals Recovery, Inc.
Amax Nickel Overseas Ventures, Inc.
Amax Realty Development Inc.
Amax Research & Development Inc.
Amax Resources Brazil, Inc.
Amax Specialty Coppers Corp.
Amax Specialty Metals (Canada) Ltd. (Canada)
  Ametalco (Toronto) Limited (Canada)
  Ametalco (Vancouver) Limited (Canada)
Amax Specialty Metals (Driver), Inc.
Amax Zinc (Newfoundland) Ltd.
American Metal Climax, Inc.
Ametalco Inc.
Ametalco Merchanting Ltd. (England)
Bandgap Technology Inc.
  Bandgap Chemical Corp.
  Bandgap Technology GmbH (Germany)
Blackwell Zinc Co., Inc.
Climax Canada Ltd. (Canada)
Climax Development (California) Inc.
Climax Metals Co.
  Amax Securities (Canada) Ltd. (Canada)
    Canada Tungsten Mining Corp. Ltd. (Canada) (56%)
  Climax Molybdenum Co.
    Climax Molybdenum Co. of Michigan
    Climax Molybdenum Asia Ltd. (Japan)
  Climax Performance Materials Corp.
    Molytech S.A. (France) (65%)
Climax Molybdenum France S.A.R.L. (France)
Gold Hill Mining and Milling Co.
Missouri Lead Smelting Co.
Mt. Emmons Mining Co.
  Silver Springs Ranch, Inc.
Rosario Mining of Nicaragua Inc.
Rosario Properties, Inc.
  Honduras-Rosario Mining Co.
Rosario Resources Corp.
The Fresnillo Co.
  Cia. Fresnillo, S.A. de C.V. (Mexico) (40%)
    Cia. Minera Sabinas, S.A. de C.V. (Mexico) (40%)
    Cia. Trans-Rio, S.A. de C.V. (Mexico) (37%)
  Cia. Fresnillo Exloraciones, S.A. de C.V. (Mexico) (40%)
  Cia Minera Cedros, S.A. de C.V. (Mexico) (13%)
  Cia Mineral La Reyna, S.A. de C.V. (Mexico) (40%)
  Cia Minera Las Torres, S.A. de C.V. (Mexico) (15%)
  Cia. Minera Santo Nino, S.A. de C.V. (Mexico) (40%)
  Fresnillo Servicios, S.A. de C.V. (Mexico) (40%)
  Minera Ceribichi, S.A. de C.V. (Mexico) (40%)
  Minera Proano, S.A. de C.V. (Mexico) (30%)
  Minera Sahural, S.A. de C.V. (Mexico) (40%)
  Negociacion Minera Santa Lucia, S.A. de C.V. (Mexico) (15%)
  La Encantada S.A. de C.V. (Mexico) (89%)
The Sombrerete Mining Co.
  Minera Mexicana Sombrerete, S.A. de C.V. (Mexico) (49%)
  Minera Victoria Eugenia, S.A. de C.V. (Mexico) (49%)
Zimapan, S.A. de C.V. (Mexico) (40%)

**Officers**

A. Born, Chmn. & C.E.O.
P.E. Drack, Pres. & C.O.O.
T.A. McKeever, Exec. V.P.
S.C. Knup, Sr. V.P. & C.F.O.
R.A. Kalaher, V.P. & Gen. Counsel
W.R. Wahl, V.P.
L.B. Frost, Treas.
C. Toder, Contr.
H.M. Feeney, Sec.

**Directors**

| | |
|---|---|
| A. Born | H. Brown |
| P.D. Marais, II | P.E. Drack |
| A.P. Gammie | A.M. Gray |
| J.C. Huntington, Jr. | T.G. Labrecque |
| W.L. Landau | P.W. MacAvoy |
| T.A. McKeever | G.B. Munroe |
| T.M. Solso | J.H. Stookey |
| J.D. Woods | |

**Auditors:** Coopers & Lybrand.

**Annual Meeting:** In May.

**Shareholder Relations:** Daniel Loh, Mgr. Inv. Relations. Tel.: (212) 856-6007.

**No. of Stockholders:** Dec. 31, 1992, 14,254 com.; 203, pfd.

**No. of Employees:** Dec. 31, 1992, 20,000 (approx.).

**Address:** 200 Park Ave., New York, NY 10166. **Tel.:** (212) 856-4200.

**Consolidated Income Account, years ended Dec. 31 ($000):**

| | 1992 | 1991 | 1990 |
|---|---|---|---|
| Sales | 3,697,800 | 3,771,600 | 3,787,500 |
| Costs applic to sales | 2,956,800 | 2,828,400 | 2,691,100 |
| Selling & general | 280,800 | 287,900 | 312,800 |
| Deprec & depletion | 322,800 | 318,900 | 237,300 |
| Taxes other than inc taxes | 96,500 | 99,600 | 92,700 |
| Exploration & research | 23,300 | 37,500 | 34,400 |