# EXHIBIT 12

# BEST'S INSURANCE REPORTS®

Property/Casualty
United States & Canada

## 2006 Edition
## Volume I
United States
A - J

Best's Ratings and Reports
are as of publication date July 24, 2006

For Current Ratings and Reports access *www.ambest.com*

Published Continuously Since 1900



*The Insurance Information Source*
**A.M. BEST COMPANY**
Oldwick, New Jersey 08858 USA • (908) 439-2200 • Fax: (908) 439-3296
www.ambest.com

|  | —Profitability— | | | —Leverage— | | | —Liquidity— | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2001 | ... | 8.0 | ... | 4.9 | ... | 0.0 | 999.9 | 321.2 |
| 2002 | ... | 6.7 | ... | 5.5 | ... | 0.0 | 999.9 | 999.9 |
| 2003 | ... | 6.1 | ... | 1.7 | ... | 0.0 | 999.9 | 999.9 |
| 2004 | ... | 6.1 | ... | 0.0 | ... | 0.0 | 999.9 | 573.2 |
| 2005 | ... | 5.9 | ... | 2.5 | ... | 0.0 | 999.9 | 246.9 |
| 5-Yr | ... | 6.5 | 0.0 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Private Passenger Auto & Homeowners Composite.

## BUSINESS REVIEW

The company was previously a member of the American States Pool, whose other members were merged with the Safeco Insurance Pool. The company is not writing new business and its share previous share of the pool has been transferred to another subsidiary.

### 2005 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | —Premiums Written— | | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
|  | Direct | Net |  |  |  |
| Priv Pass Auto Liab | 7,804 | ... | ... | ... | ... |
| Auto Physical | 5,133 | ... | ... | ... | ... |
| Homeowners | 918 | ... | ... | ... | ... |
| All Other | 21 | ... | ... | ... | ... |
| Totals | 13,876 | ... | ... | ... | ... |

**Major 2005 Direct Premium Writings by State ($000):** Illinois, $12,453 (89.7%); Virginia, $1,208 (8.7%); Ohio, $214 (1.5%).

### CAPITAL GENERATION ANALYSIS ($000)

| | —Source of Surplus Growth— | | | | | |
|---|---|---|---|---|---|---|
| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
| 2001 | 1,834 | -379 | ... | -169 | 1,285 | 5.2 |
| 2002 | 1,792 | 106 | ... | 2,429 | 4,327 | 16.7 |
| 2003 | 1,803 | 142 | -3,000 | -112 | -1,167 | -3.9 |
| 2004 | 1,677 | 68 | -2,800 | -272 | -1,327 | -4.6 |
| 2005 | 1,575 | -41 | ... | 730 | 2,264 | 8.2 |
| 5-Yr | 8,681 | -105 | -5,800 | 2,606 | 5,382 | ... |

## HISTORY

This company was incorporated under the laws of Illinois on March 9, 1970 and began business eleven days later.

Paid-up capital is $3,000,000, which consists of 2,500,000 shares of capital stock at a par value of $1.20 per share. The company has 2,500,000 authorized shares.

## MANAGEMENT

On November 13, 1991, 100% ownership of the Insurance Company of Illinois was acquired by American States Insurance Company from its parent, Lincoln National Corporation. The latter had acquired direct ownership in December 1975 from a subsidiary, Chicago Title and Trust Company, which had acquired the shares in January 1975 from Institutional Financial Corporation (Delaware), Chicago, Illinois, a holding company.

**Officers:** President and Chief Executive Officer, Paula G. Rosput Reynolds; Executive Vice President, Dale E. Lauer; Senior Vice Presidents, John Ammendola, Eleanor S. Bernard, Teresa J. Dalenta, Willard M. Hendry, Charles F. Horne, Jr., Michael H. Hughes, Richard B. Kelly, Gregory A. Tacchetti, Robert C. Taylor; Secretary, Stephanie G. Daley-Watson; Treasurer, Neal A. Fuller.

**Directors:** Stephen J. Haszto, Jeffrey J. Jarka, Paul Kajanoff, Bruno G. Para.

## REGULATORY

An examination of the financial condition was made as of December 31, 2000 by the Insurance Department of Illinois. The 2005 annual independent audit of the company was conducted by Ernst & Young, LLP. The annual statement of actuarial opinion is provided by Teresa J. Dalenta, Sr. Vice President and Chief Actuary.

**Territory:** The company is licensed in the District of Columbia, AZ, CA, CO, DE, IL, IN, IA, KS, MD, MI, MO, NE, NV, OH, SD, VA and WI.

## REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of Safeco Insurance Companies.

---

### BALANCE SHEET
### ADMITTED ASSETS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| Bonds | 26,603 | 26,834 | 86.1 | 96.1 |
| Preferred stock | 332 | 396 | 1.1 | 1.4 |
| Other non-affil inv asset | ... | 4 | ... | 0.0 |
| Total invested assets | 26,935 | 27,234 | 87.1 | 97.5 |
| Accrued interest | 319 | 364 | 1.0 | 1.3 |
| All other assets | 3,657 | 338 | 11.8 | 1.2 |
| Total assets | 30,912 | 27,936 | 100.0 | 100.0 |

### LIABILITIES & SURPLUS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| All other liabilities | 982 | 270 | 3.2 | 1.0 |
| Total liabilities | 982 | 270 | 3.2 | 1.0 |
| Capital & assigned surplus | 6,000 | 6,000 | 19.4 | 21.5 |
| Unassigned surplus | 23,930 | 21,666 | 77.4 | 77.6 |
| Total policyholders' surplus | 29,930 | 27,666 | 96.8 | 99.0 |
| Total liabilities & surplus | 30,912 | 27,936 | 100.0 | 100.0 |

### SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/05 |
|---|---|---|---|
| Premiums earned | ... | Premiums collected | 982 |
| Losses incurred | ... | Benefit & loss related pmts | 597 |
| Undrw expenses incurred | ... | LAE & undrw expenses paid | 0 |
| Net investment income | 1,575 | Investment income | 1,630 |
| Realized capital gains | -41 |  |  |
| Income taxes incurred | -731 | Income taxes pd (recov) | 461 |
| Net income | 2,265 | Net oper cash flow | 1,554 |

---

**ACE INA Group**
**INSURANCE COMPANY OF NORTH AMERICA**
436 Walnut Street, Philadelphia, PA 19106
Web: www.ace-ina.com

Tel: 215-640-1000  Fax: 215-640-5592
AMB#: 02259  NAIC#: 22713
FEIN#: 23-0723970

### BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the members of ACE American Pool, which operate under a business pooling arrangement, each pool member is assigned a Best's Rating of A+ (Superior). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the pool. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE

For a detailed discussion of the rating rationale, refer to the report of ACE American Pool.

**Best's Rating: A+ p**  **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 24, 2006: A+ p

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 08/16/05 | A+ p | 06/10/03 | A p |
| 01/06/05 | A p | 03/14/02 | A p |
| 06/22/04 | A p | 01/16/01 | A p |

### KEY FINANCIAL INDICATORS ($000)

|  | —Statutory Data— | | | | | |
|---|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policyholders' Surplus |
| 2001 | 387,560 | 74,768 | 7,725 | 14,235 | 274,325 | 61,856 |
| 2002 | 359,892 | 108,021 | -10,296 | -14,327 | 286,545 | 38,134 |
| 2003 | 224,173 | 141,212 | 11,007 | 10,203 | 317,766 | 53,008 |
| 2004 | 121,129 | 187,526 | 10,808 | 16,912 | 508,398 | 68,285 |
| 2005 | 106,837 | 194,886 | 20,854 | 17,151 | 510,984 | 87,238 |

To view a company's complete BEST'S COMPANY REPORT, refer to BEST'S INSURANCE REPORTS on CD-ROM, or go online at www.ambest.com/bir

2163

## INSURANCE COMPANY OF THE AMERICAS

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2001 | 102.3 | 5.8 | 11.1 | 20.7 | 1.2 | 4.6 | 129.1 | 111.6 |
| 2002 | 105.1 | 4.6 | -11.9 | 20.8 | 2.8 | 9.3 | 115.4 | 142.9 |
| 2003 | 94.9 | 3.4 | 8.3 | 20.0 | 2.7 | 7.7 | 120.0 | 125.6 |
| 2004 | 93.6 | 4.1 | 6.2 | 58.6 | 2.7 | 9.2 | 115.5 | 106.4 |
| 2005 | 95.5 | 4.4 | 10.4 | 16.6 | 2.2 | 7.1 | 120.6 | 216.6 |
| 5-Yr | 97.0 | 4.4 | 6.0 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

### BUSINESS REVIEW

For a detailed discussion of business review, refer to the report of ACE American Pool.

### 2005 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Workers' Comp | 4,095 | 56,149 | 28.8 | 39.8 | 51,894 |
| Oth Liab Cl-Made | 3,850 | 30,495 | 15.6 | 57.0 | 34,738 |
| Oth Liab Occur | 7,173 | 24,053 | 12.3 | 80.7 | 67,022 |
| Allied Lines | 2,779 | 16,112 | 8.3 | 105.3 | 5,882 |
| Ocean Marine | 43,281 | 12,209 | 6.3 | 72.2 | 11,474 |
| Comm'l Auto Liab | -340 | 8,456 | 4.3 | 54.6 | 12,480 |
| Group A & H | 9,650 | 6,806 | 3.5 | 93.2 | 1,158 |
| Med Mal Cl-Made | ... | 6,292 | 3.2 | 57.5 | 5,859 |
| Com'l MultiPeril | 111 | 5,975 | 3.1 | 44.1 | 13,036 |
| Prod Liab Occur | 7,002 | 5,690 | 2.9 | 60.3 | 7,884 |
| Inland Marine | 9,377 | 5,553 | 2.8 | 46.7 | 1,273 |
| Fire | 2,960 | 1,558 | 0.8 | 291.7 | 4,169 |
| International | 10,787 | 0 | 0.0 | 355.5 | 342 |
| All Other | 6,110 | 15,537 | 8.0 | 68.6 | 41,524 |
| Totals | 106,837 | 194,886 | 100.0 | 63.2 | 258,734 |

**Major 2005 Direct Premium Writings by State ($000):** New York, $11,348 (10.6%); Florida, $11,155 (10.4%); California, $5,488 (5.1%); Massachusetts, $4,734 (4.4%); Texas, $2,835 (2.7%); 48 other jurisdictions, $26,708 (25.0%); Aggregate Alien, $44,569 (41.7%).

### CAPITAL GENERATION ANALYSIS ($000)

| | Source of Surplus Growth | | | | | |
|---|---|---|---|---|---|---|
| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
| 2001 | 7,725 | 4,109 | -65,000 | 6,398 | -46,767 | -43.1 |
| 2002 | -10,296 | -2,159 | -7,000 | -4,267 | -23,722 | -38.3 |
| 2003 | 11,007 | 1,795 | ... | 2,073 | 14,874 | 39.0 |
| 2004 | 10,808 | 6,820 | ... | -2,351 | 15,277 | 28.8 |
| 2005 | 20,854 | -990 | 20,000 | -20,911 | 18,953 | 27.8 |
| 5-Yr | 40,099 | 9,574 | -52,000 | -19,058 | -21,385 | ... |

### HISTORY

This company, the oldest capital stock insurer in the United States, commenced business in 1792. It was incorporated April 14, 1794 under the title The President and Directors of the Insurance Co. of North America. The present title was adopted in 1910.

Capital paid-up is $11,357,109. Authorized capital is comprised of 15,000,000 shares at a par value of $1 each, of which 11,357,109 shares are issued and outstanding.

### MANAGEMENT

All of the outstanding capital stock is owned by INA Holdings Corporation. The latter is owned by INA Financial Corporation, an intermediate holding company of INA Corporation, Philadelphia, Pa. Since July 2, 1999, INA Corporation has been directly or indirectly owned by ACE Limited, which through its various subsidiaries provides a broad range of insurance and reinsurance products to insureds in the US and almost 50 other countries.

**Officers:** Chairman of the Board, Brian E. Dowd; President, John J. Lupica; Executive Vice Presidents, David J. Brosnan, Dennis A. Crosby, Jr., William N. Curcio, Bruce L. Kessler, Paul Ramsey, Edward D. Zaccaria; Senior Vice Presidents, William P. Garrigan, Suresh Krishnan; Vice President, John P. Taylor; Secretary, George D. Mulligan; Treasurer, Francis W. McDonnell; Chief Actuary, Paul G. O'Connell.

**Directors:** David J. Brosnan, Dennis A. Crosby, Jr., William N. Curcio, Brian E. Dowd (Chairman), William P. Garrigan, Bruce L. Kessler, Suresh Krishnan, John J. Lupica, Francis W. McDonnell, Paul G. O'Connell, Paul Ramsey, Edward D. Zaccaria.

### REGULATORY

An examination of the financial condition was made as of December 31, 1999 by the Insurance Department of Pennsylvania. The 2005 independent audit of the company was conducted by PricewaterhouseCoopers, LLP. The annual statement of actuarial opinion is provided by Paul G. O'Connell, FCAS, MAAA, Executive Vice President and Chief Actuary, ACE INA.

**Territory:** The company is licensed in the District of Columbia, Guam, Puerto Rico and all states. It is also licensed in the Republic of Panama, Micronesia and twenty-six foreign countries, including Germany, Switzerland, Italy, Argentina, Jamaica, Singapore and Hong Kong.

### REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of ACE American Pool.

### BALANCE SHEET

#### ADMITTED ASSETS ($000)

| | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| Bonds | 252,521 | 252,632 | 49.4 | 49.7 |
| Preferred stock | 503 | 1,017 | 0.1 | 0.2 |
| Common stock | 1,104 | 1,090 | 0.2 | 0.2 |
| Cash & short-term invest | 24,561 | 40,273 | 4.8 | 7.9 |
| Other non-affil inv asset | 11,447 | 38,919 | 2.2 | 7.7 |
| Real estate, offices | 17,252 | ... | 3.4 | ... |
| Total invested assets | 307,389 | 333,932 | 60.2 | 65.7 |
| Premium balances | 51,487 | 56,910 | 10.1 | 11.2 |
| Accrued interest | 2,488 | 2,580 | 0.5 | 0.5 |
| All other assets | 149,620 | 114,976 | 29.3 | 22.6 |
| Total assets | 510,984 | 508,398 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

| | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| Loss & LAE reserves | 258,734 | 182,718 | 50.6 | 35.9 |
| Unearned premiums | 59,012 | 63,684 | 11.5 | 12.5 |
| All other liabilities | 106,000 | 193,712 | 20.7 | 38.1 |
| Total liabilities | 423,746 | 440,113 | 82.9 | 86.6 |
| Capital & assigned surplus | 281,526 | 261,526 | 55.1 | 51.4 |
| Unassigned surplus | -194,288 | -193,241 | -38.0 | -38.0 |
| Total policyholders' surplus | 87,238 | 68,285 | 17.1 | 13.4 |
| Total liabilities & surplus | 510,984 | 508,398 | 100.0 | 100.0 |

### SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/05 |
|---|---|---|---|
| Premiums earned | 200,696 | Premiums collected | 208,350 |
| Losses incurred | 126,777 | Benefit & loss related pmts | 37,757 |
| LAE incurred | 25,377 | | |
| Undrw expenses incurred | 38,316 | LAE & undrw expenses paid | 61,081 |
| Net investment income | 13,799 | Investment income | 14,405 |
| Other income/expense | -3,170 | Other income/expense | -3,170 |
| Realized capital gains | -957 | | |
| Income taxes incurred | 2,747 | Income taxes pd (recov) | 2,557 |
| Net income | 17,151 | Net oper cash flow | 118,188 |

---◆---

**Oriska Insurance Companies**
### INSURANCE COMPANY OF THE AMERICAS
Bradenton, FL
1310 Utica Street, Oriskany, NY 13424

Tel: 315-768-2726   Fax: 315-736-8731
AMB#: 03657   NAIC#: 33030
FEIN#: 59-1680233

### BEST'S RATING

The company is assigned the classification of NR-2 (Insufficient Size and/or Operating Experience) as the company does not currently meet the minimum size and/or operating experience requirements for a rating. Refer to the Preface for a complete explanation of Best's Rating system and procedure.