# EXHIBIT 13

# BEST'S INSURANCE REPORTS®

Property/Casualty
United States & Canada

## 2006 Edition
## Volume I
United States
A - J

Best's Ratings and Reports
are as of publication date July 24, 2006

For Current Ratings and Reports access *www.ambest.com*

Published Continuously Since 1900



*The Insurance Information Source*
**A.M. BEST COMPANY**
Oldwick, New Jersey 08858 USA • (908) 439-2200 • Fax: (908) 439-3296
www.ambest.com

**CENTURY INDEMNITY COMPANY**

### LIABILITIES & SURPLUS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| LAE reserves | 3,840 | 4,162 | 37.0 | 29.9 |
| Unearned premiums | 574 | 4,703 | 5.5 | 33.8 |
| Other liabilities | 1,527 | 1,671 | 14.7 | 12.0 |
| Total liabilities | 5,941 | 10,535 | 57.2 | 75.7 |
| Capital & assigned surplus | 4,900 | 4,900 | 47.2 | 35.2 |
| Unassigned surplus | -464 | -1,511 | -4.5 | -10.9 |
| Total policyholders' surplus | 4,436 | 3,389 | 42.8 | 24.3 |
| Total liabilities & surplus | 10,377 | 13,924 | 100.0 | 100.0 |

### SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/05 |
|---|---|---|---|
| Premiums earned | 5,267 | Premiums collected | 2,277 |
| Losses incurred | 2,092 | Benefit & loss related pmts | 2,346 |
| LAE incurred | 764 | | |
| Undrw expenses incurred | 1,432 | LAE & undrw expenses paid | 2,348 |
| Net undrw income | 591 | Investment income | 596 |
| Realized capital gains | -9 | | |
| Income taxes incurred | 229 | Income taxes pd (recov) | 185 |
| Net income | 1,332 | Net oper cash flow | -2,005 |

---

ACE INA Group
**CENTURY INDEMNITY COMPANY**
**1601 Chestnut Street, Philadelphia, PA 19103**
Mail: P.O. Box 41484, Philadelphia, PA 19101-1484
Web: www.ace-ina.com

Tel: 215-640-1000           Fax: 215-640-5592
AMB#: 04047                  NAIC#: 20710
FEIN#: 06-6105395

### BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the property/casualty members of Brandywine Group, which operate under a group structure, each group member is assigned a Best's Rating of B- (Fair). The company is assigned the Financial Size Category of Class VIII, which is the Financial Size Category of the group. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE

For a detailed discussion of the rating rationale, refer to the report of Brandywine Group.

**Best's Rating: B- gu**                     **Implication: Negative**

### FIVE YEAR RATING HISTORY
Rating as of July 24, 2006: B- gu

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 07/22/05 | B- gu | 06/10/03 | B+ g |
| 01/06/05 | B- gu | 03/14/02 | B+ g |
| 06/22/04 | B+ g | 01/16/01 | B+ g |

### KEY FINANCIAL INDICATORS ($000)

| | | Statutory Data | | | |
|---|---|---|---|---|---|
| | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policyholders' Surplus |
| 2001 | | 454 | -523 | -6,639 | -9,973 | 957,289 | 150,561 |
| 2002 | | 247 | -181 | 25,611 | 24,196 | 1,054,381 | 25,000 |
| 2003 | | 509 | 164 | -30,731 | -4,176 | 642,986 | 25,000 |
| 2004 | | 206 | -206 | -282,904 | -282,778 | 845,129 | 25,000 |
| 2005 | | 32 | 2,794 | -72,746 | -74,609 | 986,564 | 25,000 |

| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
|---|---|---|---|---|---|---|---|---|
| 2001 | -99.9 | 5.4 | 999.9 | 11.9 | ... | 5.2 | 121.9 | 57.0 |
| 2002 | -99.9 | 5.8 | -99.9 | 95.1 | ... | 30.9 | 136.6 | 34.6 |
| 2003 | 999.9 | 3.6 | -99.9 | 1.4 | 0.0 | 13.9 | 185.3 | 52.5 |
| 2004 | -99.9 | 6.9 | 999.9 | 400.6 | ... | 27.4 | 122.6 | 126.6 |
| 2005 | 999.9 | 1.8 | -99.9 | 0.9 | 0.1 | 33.6 | 117.4 | 53.8 |
| 5-Yr | 999.9 | 4.8 | -99.9 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Property Composite.

### BUSINESS REVIEW

For a detailed discussion of business review, refer to the report of Brandywine Group.

### 2005 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Oth Liab Occur | ... | 3,244 | 116.1 | 999.9 | 1,081,296 |
| Workers' Comp | 28 | 28 | 1.0 | 999.9 | 395,660 |
| Auto Physical | 2 | ... | ... | ... | 0 |
| Comm'l Auto Liab | 2 | ... | ... | ... | 1,778 |
| All Other | ... | -478 | -17.1 | 999.9 | 368,004 |
| Totals | 32 | 2,794 | 100.0 | 999.9 | 1,846,738 |

**Major 2005 Direct Premium Writings by State ($000):** Louisiana, $29 (88.6%); Massachusetts, $4 (12.2%); Illinois, $0 (-0.8%).

### CAPITAL GENERATION ANALYSIS ($000)

| | Source of Surplus Growth | | | | |
|---|---|---|---|---|---|
| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
| 2001 | -6,639 | 1,491 | ... | -17,814 | -22,962 | -13.2 |
| 2002 | 25,611 | 29,380 | 57,000 | -237,552 | -125,561 | -83.4 |
| 2003 | -30,731 | 46,532 | ... | -15,801 | ... | ... |
| 2004 | -282,904 | -26,270 | 100,000 | 209,174 | ... | ... |
| 2005 | -72,746 | 42,797 | ... | 29,949 | ... | ... |
| 5-Yr | -367,408 | 93,929 | 157,000 | -32,044 | -148,523 | ... |

### HISTORY

This company, incorporated on July 2, 1963 as the Connecticut General Fire and Casualty Insurance Company under the laws of Connecticut, began business on July 3, 1968. The present title was adopted on July 18, 1968. On February 12, 1996, the company absorbed by merger CIGNA Specialty Insurance Company. The company redomesticated from Connecticut to Pennsylvania on August 8, 1995.  Capital paid-up of $4,250,000 consists of 500,000 shares at $8.50 par value each. All authorized shares are outstanding.

### MANAGEMENT

All of the outstanding capital stock is owned by Brandywine Holdings Corporation, a subsidiary of INA Financial Corporation. The latter is owned by INA Corporation which, since July 2, 1999, has been directly or indirectly owned by ACE Limited, which through its various subsidiaries, provides a broad range of insurance and reinsurance products to insureds in the US and almost 50 other countries.

**Officers:** President, Christopher J. Eskeland; Chief Financial Officer, Connie F. Yost; Secretary, Fan Kwok; Treasurer, Thomas M. Redman.

**Directors:** Christoher J. Eskeland, Mark H. MacQueen, Shelby L. Mattioli, Chandrakant C. Patel, Thomas M. Redman, Thomas J. Wamser, Connie F. Yost.

### REGULATORY

An examination of the financial condition was made as of December 31, 2004 by the Insurance Department of Pennsylvania. An evaluation of reserves for unpaid losses and loss adjustment expenses was made for the CIGNA consolidated companies as of December 31, 1996 by Price Waterhouse. The 2005 annual independent audit of the company was conducted by PricewaterhouseCoopers, LLP. The annual statement of actuarial opinion is provided by Paul G. O'Connell, FCAS, MAAA, Executive Vice President and Chief Actuary, ACE INA.

**Territory:** The company is licensed in the District of Columbia and all states.

### REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of Brandywine Group.

## BALANCE SHEET
### ADMITTED ASSETS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---:|---:|---:|---:|
| Bonds | 358,865 | 120,112 | 36.4 | 14.2 |
| Common stock | 0 | 0 | 0.0 | 0.0 |
| Cash & short-term invest | 52,994 | 8,434 | 5.4 | 1.0 |
| Other non-affil inv asset | 213 | 100,162 | 0.0 | 11.9 |
| Investments in affiliates | 204,989 | 160,330 | 20.8 | 19.0 |
| Real estate, offices | ... | 18,509 | ... | 2.2 |
| Total invested assets | 617,061 | 407,547 | 62.5 | 48.2 |
| Accrued interest | 2,805 | 1,030 | 0.3 | 0.1 |
| All other assets | 366,698 | 436,552 | 37.2 | 51.7 |
| Total assets | 986,564 | 845,129 | 100.0 | 100.0 |

### LIABILITIES & SURPLUS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---:|---:|---:|---:|
| Loss & LAE reserves | 1,846,738 | 2,220,140 | 187.2 | 262.7 |
| Conditional reserve funds | 121,236 | 130,780 | 12.3 | 15.5 |
| All other liabilities | -1,006,410 | -1,530,791 | -99.9 | -99.9 |
| Total liabilities | 961,564 | 820,129 | 97.5 | 97.0 |
| Surplus notes | 100,000 | 100,000 | 10.1 | 11.8 |
| Capital & assigned surplus | 1,933,428 | 1,897,674 | 196.0 | 224.5 |
| Unassigned surplus | -2,008,428 | -1,972,674 | -99.9 | -99.9 |
| Total policyholders' surplus | 25,000 | 25,000 | 2.5 | 3.0 |
| Total liabilities & surplus | 986,564 | 845,129 | 100.0 | 100.0 |

### SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/05 |
|---|---:|---|---:|
| Premiums earned | 2,794 | Premiums collected | 2,794 |
| Losses incurred | 119,978 | Benefit & loss related pmts | 174,930 |
| LAE incurred | 70,688 |  |  |
| Undrw expenses incurred | 7,754 | LAE & undrw expenses paid | 54,789 |
| Net investment income | 9,045 | Investment income | 6,817 |
| Other income/expense | 113,835 | Other income/expense | 113,835 |
| Realized capital gains | -1,863 |  |  |
| Income taxes incurred | ... | Income taxes pd (recov) | -175 |
| Net income | -74,609 | Net oper cash flow | -106,097 |

◆

## CENTURY INSURANCE GROUP
465 Cleveland Avenue, Westerville, OH 43082
Web: www.procentury.com

Tel: 614-895-2000
AMB#: 18678

### BEST'S RATING
Based on our opinion of the group's Financial Strength, it is assigned a Best's Rating of A- (Excellent). The group's Financial Size Category is Class VIII. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING UNIT MEMBERS

Century Insurance Group (AMB# 18678):

| AMB# | COMPANY | RATING |  | POOL % |
|---|---|---|---|---:|
| 03780 | Century Surety Company | A- | p | 90.00 |
| 02180 | ProCentury Insurance Company | A- | p | 10.00 |

### RATING RATIONALE
**Rating Rationale:** This rating reflects the group's improved operating performance, adequate capitalization, and the financial flexibility provided by its publicly-traded parent, ProCentury Corporation. These positive factors are somewhat offset by the rapid growth in written premium experienced during recent years, marginal five-year average operating returns, the challenges associated with the ongoing emergence of construction defects claims and its negative impact on loss reserve development. Despite these attenuating factors, the rating outlook reflects the group's streamlined focus on targeted surplus lines business and the expectation that this sharpened focus will lead to stabilized operating results over the near term. The outlook also reflects lessened pressure to fund parent company debt obligations. However, this outlook is dependent on the minimization of future adverse reserve development and the ability to sustain a level of capitalization commensurate with the current rating.

The group has experienced noticeably improved underwriting results the past couple of years that, along with increased investment income, to solid operating profit generation. The profitability of the core book of primarily casualty business has allowed the group to withstand impact of the severe hurricane activity that generated industry-wide losses in each of the past two years. Net income has been able to absorb unrealized losses and still generate organic appreciation, in addition to the benefit of contributed capital from company ProCentury Corporation. Shortly following ProCentury Corporation's initial public offering (IPO) in 2004, cash proceeds million were contributed to Century Surety with the remainder used to Class B shares and retire approximately $8.7 million of existing ProCentury. The enhanced earnings generation and capital contributions allowed capitalization to remain supportive of the current significant net premium growth and increased net liabilities, primarily to a growing level of loss reserves. Holding company financial interest coverage and cash coverage ratios are within acceptable parameters. Interest expense on remaining debt is approximately $1.5 million well below the group's net income in each of the last two calendar years. Best believes that the benefit of favorable pricing during the market and current earnings power from core small to medium sized and surplus lines businesses, make it reasonable to expect performance to remain relatively favorable over the near-term.

On the negative side, the group's return on revenue is below the composite. Furthermore, underwriting results continue to be impacted by prior year loss reserve development, specifically the emergence of construction defect (CD) related claims. Consider one of the primary issues facing the group at present is the degree of adverse development and its impact on underwriting and operating performance. Finally, near term growth plans, particularly in the general liability line of business, when market conditions are expected to continue softening, is also a concern.

**Best's Rating: A-**     **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 24, 2006: A-

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 04/19/06 | A- |  |  |

### KEY FINANCIAL INDICATORS ($000)

——Statutory Data——

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets |
|---|---:|---:|---:|---:|---:|
| 2001 | 78,757 | 72,429 | 3,122 | 3,466 | 217,559 |
| 2002 | 99,461 | 88,479 | 6,019 | 11,126 | 210,738 |
| 2003 | 151,556 | 127,009 | -2,677 | 803 | 256,958 |
| 2004 | 191,129 | 173,326 | 19,490 | 15,248 | 377,437 |
| 2005 | 212,952 | 189,518 | 14,613 | 7,912 | 401,807 |

——Profitability——    ——Leverage——    Liquidity

| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) |
|---|---:|---:|---:|---:|---:|---:|---:|
| 2001 | 107.0 | 3.8 | 4.5 | 9.2 | 1.1 | 3.5 | 143.2 |
| 2002 | 102.5 | 5.0 | 7.0 | 2.6 | 0.9 | 2.2 | 180.7 |
| 2003 | 98.7 | 3.6 | -2.5 | 18.4 | 1.3 | 2.9 | 163.0 |
| 2004 | 90.6 | 4.0 | 13.1 | 8.5 | 1.1 | 2.5 | 171.0 |
| 2005 | 98.7 | 4.2 | 8.2 | 36.9 | 1.6 | 3.9 | 143.4 |
| 5-Yr | 98.1 | 4.1 | 6.9 | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled through the AM Consolidation of statutory filings. Within several financial tables of this report, this group compared against the Professional Surplus Lines Writers.

### CORPORATE OVERVIEW
Century Surety Company (Century Surety) is the lead insurance carrier the Ohio based Century Insurance Group is also the primary operating insurance subsidiary of its owner, ProCentury Corporation (ProCentury), Westerville, Ohio-based specialty property and casualty insurance holding company. Through its two operating insurance subsidiaries Century Surety and ProCentury Insurance Company, Century Surety's wholly-owned subsidiary, ProCentury markets and underwrites general liability, commercial property, multi-peril insurance and garage liability for small and medium sized business.

ProCentury became a publicly traded entity through an Initial Public Offering (IPO) on April 26, 2004. In conjunction with the offering prior to its completion, ProCentury completed a transaction whereby corporation distributed all of the Class A and B shares of its former subsidiary Evergreen National to holders of its Class A shareholders in the form of a stock dividend. Evergreen National had previously purchased all of the of Continental Heritage that had been owned by Century Surety.