# EXHIBIT 14

# BEST'S
# INSURANCE REPORTS®

Property/Casualty
United States & Canada

## 2006 Edition
## Volume II

United States
K - Z
Canada

Best's Ratings and Reports
are as of publication date July 24, 2006

For Current Ratings and Reports access *www.ambest.com*

Published Continuously Since 1900



The Insurance Information Source
**A.M. BEST COMPANY**
Oldwick, New Jersey 08858 USA • (908) 439-2200 • Fax: (908) 439-3296
www.ambest.com

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

### SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/05 |
|---|---|---|---|
| Premiums earned | ... | Premiums collected | -3,114 |
| Undrw expenses incurred | ... | LAE & undrw expenses paid | -184 |
| Net investment income | 265 | Investment income | 293 |
| Other income/expense | -91 | Other income/expense | -91 |
| Realized capital gains | 18 | | |
| Income taxes incurred | 8 | Income taxes pd (recov) | 12 |
| Net income | 184 | Net oper cash flow | -2,740 |

◆

**American International Group Inc**
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**
Harrisburg, PA
70 Pine Street, New York, NY 10270
Web: www.aig.com

Tel: 212-770-7000
AMB#: 02351
FEIN#: 25-0687550
NAIC#: 19445

### BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the members of American International Group, which operate under a business pooling arrangement, each pool member is assigned a Best's Rating of A+ (Superior). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the pool. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE

For a detailed discussion of the rating rationale, refer to the report of American International Group.

**Best's Rating: A+ p**                                              **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 24, 2006: A+ p

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/13/06 | A+ p | 06/24/03 | A++p |
| 05/04/05 | A+ pu | 02/04/03 | A++p |
| 03/15/05 | A++pu | 09/17/02 | A++p |
| 06/29/04 | A++p | 09/27/01 | A++p |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2001 | 4,073,668 | 2,895,773 | 165,206 | 170,842 | 15,927,846 | 6,410,712 |
| 2002 | 4,745,988 | 4,640,252 | -284,188 | 595,110 | 16,458,602 | 5,885,057 |
| 2003 | 5,727,403 | 6,113,824 | 528,522 | 292,374 | 20,810,822 | 6,899,256 |
| 2004 | 6,361,956 | 7,029,299 | 382,335 | 326,390 | 25,702,189 | 7,376,822 |
| 2005 | 5,588,284 | 7,086,979 | -20,692 | 131,915 | 28,761,725 | 8,120,164 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2001 | 106.2 | 3.2 | 5.8 | 43.8 | 0.5 | 1.9 | 173.9 | 104.9 |
| 2002 | 114.3 | 4.1 | -7.2 | 32.0 | 0.8 | 2.5 | 161.4 | 114.8 |
| 2003 | 96.8 | 4.0 | 9.8 | 26.7 | 0.9 | 2.8 | 153.8 | 159.1 |
| 2004 | 105.9 | 4.9 | 5.8 | 28.9 | 1.0 | 3.3 | 142.9 | 316.1 |
| 2005 | 110.0 | 3.8 | -0.3 | 29.7 | 0.9 | 3.3 | 140.7 | 123.6 |
| 5-Yr | 106.4 | 4.1 | 3.0 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

### BUSINESS REVIEW

For a detailed discussion of business review, refer to the report of American International Group.

**Affiliations:** Inland Marine Underwriters Association, Insurance Services Office, National Automobile Theft Bureau, National Council on Compensation Insurance, Surety Association of America.

### 2005 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| | Premiums Written | | % of Total | Pure Loss | Loss & LAE |
|---|---|---|---|---|---|
| Product Line | Direct | Net | NPW | Ratio | Res. |
| Workers' Comp | 475,029 | 2,365,243 | 33.4 | 64.0 | 3,400,199 |
| Oth Liab Cl-Made | 1,821,910 | 1,389,492 | 19.6 | 69.7 | 2,640,156 |
| Oth Liab Occur | 1,421,256 | 781,559 | 11.0 | 101.1 | 3,281,327 |
| Priv Pass Auto Liab | 72,830 | 511,098 | 7.2 | 99.5 | 353,169 |
| Group A & H | 563,298 | 362,664 | 5.1 | 38.6 | 97,108 |
| Comm'l Auto Liab | 228,519 | 342,497 | 4.8 | 58.0 | 378,787 |
| Auto Physical | 49,449 | 275,041 | 3.9 | 51.4 | 31,219 |
| Aircraft | 181,553 | 238,811 | 3.4 | 28.1 | 227,166 |
| Com'l MultiPeril | 101,536 | 163,050 | 2.3 | 33.6 | 163,060 |
| Inland Marine | 244,713 | 102,346 | 1.4 | 175.2 | 165,263 |
| Fidelity | 213,193 | 79,708 | 1.1 | 61.6 | 107,193 |
| All Other | 214,999 | 475,470 | 6.7 | 133.7 | 941,646 |
| Totals | 5,588,284 | 7,086,979 | 100.0 | 74.0 | 11,786,292 |

**Major 2005 Direct Premium Writings by State ($000):** California, $842,702 (15.1%); New York, $461,746 (8.3%); Florida, $313,723 (5.6%); Texas, $260,198 (4.7%); Pennsylvania, $247,380 (4.4%); 47 other jurisdictions, $2,866,886 (51.3%); Aggregate Alien, $595,649 (10.7%).

### CAPITALIZATION

For a detailed discussion of capitalization, refer to the report of American International Group.

### CAPITAL GENERATION ANALYSIS ($000)

Source of Surplus Growth

| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 2001 | 165,206 | 449,313 | -443,189 | 32,699 | 204,029 | 3.3 |
| 2002 | -284,188 | -275,016 | -123,436 | 156,985 | -525,656 | -8.2 |
| 2003 | 528,522 | 646,890 | -216,204 | 54,991 | 1,014,199 | 17.2 |
| 2004 | 382,335 | 642,920 | -63,416 | -484,273 | 477,566 | 6.9 |
| 2005 | -20,692 | 742,375 | 102,080 | -80,420 | 743,343 | 10.1 |
| 5-Yr | 771,183 | 2,206,483 | -744,166 | -320,018 | 1,913,481 | ... |

### HISTORY

The company as incorporated on February 14, 1901 under the laws of Pennsylvania.
Paid-in capital is $4,478,750, consisting of 895,750 shares of capital stock at a par value of $5 per share. The company has 1,000,000 shares authorized.

### MANAGEMENT

All of the outstanding shares of the company are held by American International Group, Inc.

**Officers:** Chairman of the Board, Kristian P. Moor; President and Chief Executive Officer, John W. Keogh; Executive Vice President and Chief Operating Officer, Gregory J. Flood; Senior Vice President and Treasurer, Robert S. Schimek; Senior Vice President and Actuary, Frank H. Douglas, Jr.; Senior Vice President and General Counsel, Kenneth V. Harkins; Senior Vice Presidents, John Benedetto, Christopher V. Blum, Charles H. Dangelo, Neil A. Faulkner, Heather Fox, Irwin H. Goldfarb, Brian Inselberg, Paul Lavelle, Peter J. McKenna, Scott A. Meyer, John A. Rudolf, Charles R. Schader, Michael W. Smith, Nicholas C. Walsh, Mark T. Willis, Douglas M. Worman; Vice President and Comptroller, Richard T. Pisano; Vice Presidents, Carl E. Chamberlain, John G. Colona, Daniel F. Conway, Kenneth B. Cornell, Hans Karl-Erik Danielsson, Agustin Formoso, Jr., Vincent P. Forte, Lucy A. Galioto, Louis P. Iglesias, Russell M. Johnston, Win J. Neuger, James J. Rowland, Richard Ruggiano, Robert E. Staples, Nicholas S. Tyler; Secretary, Elizabeth M. Tuck.

**Directors:** Merton B. Aidinoff, Steven J. Bensinger, Charles H. Dangelo, David L. Herzog, John W. Keogh, Robert E. Lewis, Kristian P. Moor, Win J. Neuger, Ernest T. Patrikis, Robert M. Sandler, Robert S. Schimek, Nicholas S. Tyler, Nicholas C. Walsh.

### REGULATORY

An examination of the financial condition is being made as of December 31, 2005 by the Insurance Department of Pennsylvania. Also participating are zonal regions represented by the Insurance Departments of California, Delaware and Mississippi. The 2005 annual independent audit of the company was conducted by PricewaterhouseCoopers, LLP. The annual statement of actuarial opinion is provided by Robert Meyer, FCAS, MAAA, Milliman, Inc.

**Territory:** The company is licensed in the District of Columbia, Guam, Puerto Rico and all states. Elsewhere it is represented by American International Underwriters. The company is also licensed in Greece, the Northern Marianas

2006 BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

To view a company's complete BEST'S COMPANY REPORT,
refer to BEST'S INSURANCE REPORTS on CD-ROM,
or go online at www.ambest.com/bir

2811

**NATIONAL UNITY INSURANCE COMPANY**

Islands, Panama, Hong-Kong, Uruguay (reinsurance only) and Mexico (reinsurance only).

### REINSURANCE PROGRAMS

The company has property catastrophe protection in excess of $390,000,000 excess of $50,000,000 retention. In addition, workers compensation protection is maintained for $470,000,000 excess of $2,500,000. Reinsurance arrangements are maintained with other member companies of American International Group, Inc., as well as with other domestic and foreign reinsurers.

Principal unaffiliated reinsurers currently are Western General Insurance Ltd.; UPS Re; Hannover Ruckversichrungs AG; Swiss Reinsurance America Corp.; and General Reinsurance Corp.

### BALANCE SHEET
#### ADMITTED ASSETS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| Bonds | 10,806,319 | 9,305,455 | 37.6 | 36.2 |
| Preferred stock | 10,150 | 9,870 | 0.0 | 0.0 |
| Common stock | 675,074 | 778,193 | 2.3 | 3.0 |
| Cash & short-term invest | 219,567 | 225,301 | 0.8 | 0.9 |
| Other non-affil inv asset | 1,425,398 | 1,072,196 | 5.0 | 4.2 |
| Investments in affiliates | 7,870,902 | 7,341,775 | 27.4 | 28.6 |
| Total invested assets | 21,007,409 | 18,732,790 | 73.0 | 72.9 |
| Premium balances | 2,195,252 | 1,377,897 | 7.6 | 5.4 |
| Accrued interest | 193,851 | 132,033 | 0.7 | 0.5 |
| All other assets | 5,365,213 | 5,459,468 | 18.7 | 21.2 |
| Total assets | 28,761,725 | 25,702,189 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| Loss & LAE reserves | 11,786,300 | 9,811,368 | 41.0 | 38.2 |
| Unearned premiums | 4,291,224 | 4,142,837 | 14.9 | 16.1 |
| Conditional reserve funds | 201,761 | 334,696 | 0.7 | 1.3 |
| All other liabilities | 4,362,277 | 4,036,467 | 15.2 | 15.7 |
| Total liabilities | 20,641,561 | 18,325,367 | 71.8 | 71.3 |
| Capital & assigned surplus | 2,770,461 | 2,584,851 | 9.6 | 10.1 |
| Unassigned surplus | 5,349,703 | 4,791,971 | 18.6 | 18.6 |
| Total policyholders' surplus | 8,120,164 | 7,376,822 | 28.2 | 28.7 |
| Total liabilities & surplus | 28,761,725 | 25,702,189 | 100.0 | 100.0 |

### SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/05 |
|---|---|---|---|
| Premiums earned | 7,035,963 | Premiums collected | 6,733,345 |
| Losses incurred | 5,207,675 | Benefit & loss related pmts | 3,931,978 |
| LAE incurred | 1,138,284 |  |  |
| Undrw expenses incurred | 1,401,165 | LAE & undrw expenses paid | 2,000,738 |
| Div to policyholders | 20 | Div to policyholders | 927 |
| Net investment income | 747,551 | Investment income | 720,255 |
| Other income/expense | -57,062 | Other income/expense | -57,062 |
| Realized capital gains | 44,691 |  |  |
| Income taxes incurred | -107,916 | Income taxes pd (recov) | 48,359 |
| Net income | 131,915 | Net oper cash flow | 1,414,536 |

---

**NATIONAL UNITY INSURANCE COMPANY**
15303 Huebner Road, Bldg. #1, San Antonio, TX 78248
Tel: 210-479-8886                    Fax: 210-479-8860
AMB#: 01902                          NAIC#: 19119
FEIN#: 74-2337371

### BEST'S RATING

Based on our opinion of the company's Financial Strength, it is assigned a Best's Rating of A- (Excellent). The company's Financial Size Category is Class IV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE

**Rating Rationale:** The rating reflects the company's sound capitalization, profitable operating performance and strong market knowledge. Partially offset by its elevated underwriting expense ratio, narrow product offering and geographic concentration.

These positive rating factors are derived from the company's consistently favorable underwriting income and steady investment income that has resulted in pre-tax operating gains in each of the last five years. in addition, the company's five year average pre-tax returns on revenue and equity compare favorably to the professional non-standard automobile industry composite. The rating also considers the company's in-depth knowledge of the Mexican insurance market and relationship with local producers as policies are underwritten for Mexicans crossing over into the United States. Policies are generally low limit, short term offerings of liability coverage, which coupled with reinsurance utilization and restricted policy coverage, further supports the company's profitability.

Partially offsetting these positive factors is the company's elevated expense structure, which has somewhat offset its favorable loss experience. Expense ratios are typically high in this auto segment due to its dependence on agents for production. In addition, limited diversification and product offering exposes the company to local market and competition from other insurers. Despite the high expense ratio, combined ratio remains well below industry composite due to its favorable loss ratio.

**Best's Rating: A-**                                   **Outlook: Stable**

### FIVE YEAR RATING HISTORY
**Rating as of July 24, 2006: A-**

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/02/06 | A- | 04/04/03 | B++ |
| 05/17/05 | A- | 04/23/02 | B++ |
| 04/16/04 | A- |  |  |

### KEY FINANCIAL INDICATORS ($000)

| Period Ending | Statutory Data | | | | | |
|---|---|---|---|---|---|---|
|  | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policyholders' Surplus |
| 2001 | 8,282 | 6,862 | 2,060 | 1,209 | 10,779 | 4,688 |
| 2002 | 10,646 | 8,034 | 1,134 | 712 | 12,303 | 4,826 |
| 2003 | 14,054 | 9,070 | 2,522 | 1,817 | 13,842 | 6,580 |
| 2004 | 16,367 | 12,392 | 1,696 | 1,119 | 17,079 | 7,673 |
| 2005 | 17,088 | 15,858 | 2,763 | 1,924 | 20,238 | 9,180 |

| Period Ending | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
|  | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2001 | 74.7 | 5.2 | 32.5 | 5.1 | 1.5 | 2.8 | 177.0 | 141.8 |
| 2002 | 93.4 | 5.0 | 14.5 | 3.6 | 1.7 | 3.2 | 164.5 | 131.1 |
| 2003 | 82.4 | 4.7 | 27.4 | 8.1 | 1.4 | 2.5 | 190.6 | 115.2 |
| 2004 | 81.2 | 4.1 | 16.3 | 7.3 | 1.6 | 2.8 | 181.6 | 118.6 |
| 2005 | 85.0 | 3.9 | 17.5 | 5.6 | 1.7 | 2.9 | 183.0 | 133.5 |
| 5-Yr | 83.8 | 4.5 | 20.5 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Professional Non-standard Auto Writers.

### BUSINESS REVIEW

National Unity specializes in writing Mexican tourist automobile liability business, in response to legislation requiring Mexican tourists to carry such insurance. The company markets its product through approximately 80 General Agents located in Mexico and Texas, according to established underwriting guidelines which require the insured to be a resident of Mexico and maintain a valid Mexican drivers' license. The policy, only available to non-United States residents, protects insureds while traveling within the borders of the US and Canada, however, almost all of the policies written are for travel in Texas, California and Arizona. Coverage does not apply while the insured is in Mexico, although the policy may still be in effect. The company offers various policy terms of 1-30 days, 3-6 months, and 6-12 months. Approximately 70% of all policies issued are for 1-30 days, with the majority issued at basic minimum limits.

The company introduced a commercial automobile product during the later part of 1998. This product, is available to truckers traveling into the United States within a 50 mile radius from the Mexican border. Beyond 50 miles coverage is not in effect. The company's reinsurance treaty is based on an excess of loss treaty, retaining the first $150,000 of every risk. Additionally, trucks are required to stop at various inspection stations and check points along the border and pass safety tests before being allowed to enter the US. Claims for both the commercial and personal automobile lines are handled by outside adjusters under contract.

### 2005 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written | | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
|  | Direct | Net |  |  |  |
| Priv Pass Auto Liab | 11,763 | 11,631 | 73.3 | 19.2 | 4,179 |
| Comm'l Auto Liab | 5,324 | 4,227 | 26.7 | 50.9 | 2,680 |
| Totals | 17,088 | 15,858 | 100.0 | 28.0 | 6,859 |