1  Gretchen A. Ramos, No. 198689
   Vance A. Woodward, No. 231730
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:      415.989.5900
   Facsimile:      415.989.0932
5  Email:          gramos@cbmlaw.com
                   vwoodward@cbmlaw.com
6
7  Attorneys for The Continental Insurance Company

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | HOMESTAKE LEAD COMPANY OF MISSOURI, | No. C-07-2634-EMC |
12 | Plaintiff, | **[PROPOSED] ORDER RE CONTINENTAL'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY** |
13 | v. | |
14 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY, | Date:           August 15, 2007
Time:           10:30 a.m.
Judge:
Magistrate Judge:  Edward M. Chen
Location        Courtroom C, 15th Floor
                450 Golden Gate Avenue
                San Francisco, California |
15 | Defendants. | Complaint Filed:  May 17, 2007
Trial Date:       None |

21      Before the Court is the motion of The Continental Insurance Company
22 ("Continental") to dismiss or, in the alternative, to stay the present action.
23      Having considered the briefs and other papers submitted in support of and in
24 opposition to the motion, and good cause appearing therefor,
25      IT IS HEREBY ORDERED:
26      Continental's motion is GRANTED.  The present action is DISMISSED.
27      [OR]
28

Continental's motion is GRANTED. The present action is STAYED pending the resolution of the action styled *The Continental Insurance Company v. Cyprus Amax Minerals Company*, case no. 0101260/07, filed January 26, 2007 in New York state court (the "New York action"). Defendant The Continental Insurance Company shall file in this court (1) quarterly reports on the status of the New York action, with the first report to be filed January 1, 2008, and (2) a copy of every order or opinion issued in the New York action.

_____, 2007.

_____
Judge, U.S. District Court for the Northern District of California