Gretchen A. Ramos, No. 198689
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:       415.989.5900
Facsimile:        415.989.0932
Email:              gramos@cbmlaw.com
                        vwoodward@cbmlaw.com

Attorneys for The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and THE CONTINENTAL INSURANCE COMPANY,<br><br>            Defendant. | No. C-07-2634-EMC<br><br>**CONTINENTAL'S LR 3–16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:<br>Magistrate Judge:  Edward M. Chen<br><br>Complaint Filed:   May 17, 2007<br>Trial Date:            None |

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to LR 3–16, defendant The Continental Insurance Company ("Continental") certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

Continental Insurance Company is not publicly traded.  All of Continental Insurance Company's common stock is owned by CNA Financial Corporation, which has issued shares to the public.  Loews Corporation owns the majority of stock of CNA Financial Corporation and is

1  publicly traded. No other corporation owns more than 10% of the stock of CNA Financial
2  Corporation.
3  Dated: June 14, 2007

CARROLL, BURDICK & McDONOUGH LLP

By     /s/ Vance A. Woodward
      Gretchen A. Ramos
      Vance A. Woodward
Attorneys for
The Continental Insurance Company
