**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JAMIE VELS, SB# 156469
E-Mail: vels@lbbslaw.com
RENE I. GAMBOA, SB# 136166
E-Mail: gamboa@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C07 2634 EMC<br><br>**STIPULATION EXTENDING TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**<br><br>Judge:     Magistrate Judge Edward M. Chen<br>Dept.:     Courtroom C<br><br>Action Filed:    May 17, 2007<br>Trial Date:     No Trial Set |

1.  WHEREAS on May 17, 2007 Homestake Lead Company of Missouri ("Homestake") filed a complaint entitled *Homestake Lead Company of Missouri v. National Union Fire Insurance Company of Pittsburgh, PA, and The Continental Insurance Company*, Case No. C 07 2634 in the United States District Court for the Northern District of California ("Complaint");

2.  WHEREAS Homestake served the Complaint upon National Union Fire Insurance Company of Pittsburgh, PA ("National Union") on May 18, 2007 through National Union's authorized agent for service of process;

3.  WHEREAS National Union's responsive pleading was originally due on June 7, 2007;

---
4836-8095-3601.1                        -1-
STIPULATION EXTENDING TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING

1  4. WHEREAS National Union needed additional time from June 7, 2007 to prepare a
2  responsive pleading;
3  5. WHEREAS Homestake and National Union's counsel discussed, in good faith, an
4  extension of time for National Union to file a responsive pleading;
5  6. WHEREAS Homestake has granted National Union an extension of time to file a
6  responsive pleading up to, and including, June 22, 2007; and
7  7. WHEREAS the extension of time to June 22, 2007 does not affect any of the
8  deadlines ordered by the Court so far in this action.
9  THEREFORE, Homestake and National Union, acting by and through their attorneys of
10 record, agree and stipulate that National Union will have up to, and including, June 22, 2007 to file
11 a responsive pleading to the Complaint.
12
13 Dated: June 15, 2007        THELEN REID BROWN RAYSMAN & STEINER LLP
14
15
16                             By: _____
                                   JOHN CHATOWSKI
17                                 Attorneys for Plaintiff
                                   HOMESTAKE LEAD COMPANY OF MISSOURI
18
19 Dated: June 14, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP
20
21
22                             By: _____
                                   JAMIE VELS
23                                 RENÉ I. GAMBOA
                                   Attorneys for Defendant
24                                 NATIONAL UNION FIRE INSURANCE COMPANY
                                   OF PITTSBURGH, PA
25
26
27
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4836-8095-3601.1                    -2-
STIPULATION EXTENDING TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING