**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JAMIE VELS, SB# 156469
E-Mail: vels@lbbslaw.com
RENÉ I. GAMBOA, SB# 136166
E-Mail: gamboa@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | CASE NO. C07 2634 EMC<br><br>**STIPULATION EXTENDING TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING** ; ORDER<br><br>Judge:　　Magistrate Judge Edward M. Chen<br>Dept.:　　Courtroom C<br><br>Action Filed:　　May 17, 2007<br>Trial Date:　　No Trial Set |

　　　　1.　　WHEREAS on May 17, 2007 Homestake Lead Company of Missouri ("Homestake") filed a complaint entitled *Homestake Lead Company of Missouri v. National Union Fire Insurance Company of Pittsburgh, PA, and The Continental Insurance Company*, Case No. C 07 2634 in the United States District Court for the Northern District of California ("Complaint");

　　　　2.　　WHEREAS Homestake served the Complaint upon National Union Fire Insurance Company of Pittsburgh, PA ("National Union") on May 18, 2007 through National Union's authorized agent for service of process;

　　　　3.　　WHEREAS National Union's responsive pleading was originally due on June 7, 2007;

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4.    WHEREAS National Union needed additional time from June 7, 2007 to prepare a responsive pleading;

5.    WHEREAS Homestake and National Union's counsel discussed, in good faith, an extension of time for National Union to file a responsive pleading;

6.    WHEREAS Homestake has granted National Union an extension of time to file a responsive pleading up to, and including, June 22, 2007; and

7.    WHEREAS the extension of time to June 22, 2007 does not affect any of the deadlines ordered by the Court so far in this action.

THEREFORE, Homestake and National Union, acting by and through their attorneys of record, agree and stipulate that National Union will have up to, and including, June 22, 2007 to file a responsive pleading to the Complaint.

Dated: June 15, 2007            THELEN REID BROWN RAYSMAN & STEINER LLP


By: _____
    JOHN CHATOWSKI
    Attorneys for Plaintiff
    HOMESTAKE LEAD COMPANY OF MISSOURI


Dated: June 14, 2007            LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
    JAMIE VELS
    RENÉ I. GAMBOA
    Attorneys for Defendant
    NATIONAL UNION FIRE INSURANCE COMPANY
    OF PITTSBURGH, PA

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Court

IT IS SO ORDERED
Judge Edward M. Chen

4836-8095-3601.1                        -2-
STIPULATION EXTENDING TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580