LEWIS BRISBOIS BISGAARD & SMITH LLP
JAMIE VELS, SB# 156469
E-Mail: vels@lbbslaw.com
RENÉ I. GAMBOA, SB# 136166
E-Mail: gamboa@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C07 2634 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[N.D.Cal. Local Rule 3-16]**<br><br>Judge:   Magistrate Judge Edward M. Chen<br>Dept.:   Courtroom C<br><br>Action Filed:   May 17, 2007<br>Trial Date:   No Trial Set |

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") submits the following Certification of Interested Entities or Persons pursuant to Northern District of California Local Rule 3-16:

The identities of persons, associations, firms, partnerships, corporations and other entities known by the parties to have (1) a financial interest in the subject matter at issue or in a party to this action, or (2) any other kind of interest that could be substantially affected by the outcome of this action, are:

    a.    Plaintiff Homestake Lead Company of Missouri ("Homestake") and its affiliated entities and employees;

    b.    Homestake's counsel of record, Thelen Reid Brown Raysman & Steiner, LLP and attorneys and employees associated with that firm;

    c.    Homestake Mining Company of California (equitable owner of plaintiff Homestake Lead Company of Missouri);

    d.    Barrick (HMC) Mining Company (equitable owner of Homestake Mining Company of California);

    e.    Barrick Holding Company (equitable owner of Barrick (HMC) Mining Company);

    f.    ABX Financeco, Inc. (equitable owner of Barrick Holding Company);

    g.    Barrick Gold Corporation (euiqtable owner of ABX Financeco, Inc.);

    h.    Defendant National Union and its affiliated entities and employees;

    i.    National Union's counsel of record, Lewis Brisbois Bisgaard & Smith, LLP, and attorneys associated with that firm;

    j.    Defendant The Continental Insurance Company ("Continental") and its affiliated entities and employees; and

    k.    Continental's counsel of record, Carroll, Burdick & McDonough LLP and attorneys associated with that firm.

Dated: June ___, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
JAMIE VELS
RENÉ I. GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA