UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI, | Case No. C07-2634 EMC |
| Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE, et al., | |
| Defendants. | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

undersigned party in the above-captioned civil matter hereby voluntarily consents to have a

United States Magistrate Judge conduct any and all further proceedings in the case,

including trial, and order the entry of a final judgment. Appeal from the judgment shall be

taken directly to the United States Court of Appeals for the Ninth Circuit.


Dated: ___June 27, 2007___          ___/s/ Vance A. Woodward___
                                     Signature

                                                 The Continental Insurance
                                     Counsel for: _____ Company
                                     (Name of party or indicate "pro se")