1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  HOMESTAKE LEAD COMPANY OF                No. C 07-2634-EMC
    MISSOURI,
12          Plaintiff(s),
                                             **CONSENT TO PROCEED BEFORE A**
13     v.                                    **UNITED STATES MAGISTRATE JUDGE**

14  NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA and
15  THE CONTINENTAL INSURANCE
    COMPANY.
16
17          Defendant(s).
    _____/
18
19      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

20      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in

21  the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

22  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

23  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

24  Appeals for the Ninth Circuit.

25

26  Dated: June 29, 2007                          _John A Christl_____
                                                  Signature
27
                                                  Counsel for PLAINTIFF_____
28                                                (Name or party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com