**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JAMIE VELS, SB# 156469
E-Mail: vels@lbbslaw.com
RENÉ I. GAMBOA, SB# 136166
E-Mail: gamboa@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C07 2634 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 29, 2007      By: _____
JAMIE VELS
RENÉ I. GAMBOA
Counsel for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA