UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al.,<br><br>    Defendants._____/ | No. C07-2634 EMC<br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **DEFENDANT CONTINENTAL INSURANCE'S MOTION TO DISMISS** set for August 15, 2007 at 10:30 a.m. has been rescheduled to **August 22, 2007 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Opposition shall be filed by August 1, 2007. Reply shall be filed by August 8, 2007.

YOU ARE FURTHER NOTIFIED THAT the **Case Management Conference** set for August 22, 2007 at 1:30 p.m. has been reset for **August 22, 2007 at 10:30 a.m.** A Joint Case Management Conference Statement shall be filed by August 15, 2007.

Dated: July 2, 2007                     FOR THE COURT,
                                         Richard W. Wieking, Clerk


                                         by: _____
                                             Betty Fong
                                             Courtroom Deputy