Gretchen A. Ramos, No. 198689
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:     415.989.5900
Facsimile:     415.989.0932
Email:          gramos@cbmlaw.com
                vwoodward@cbmlaw.com

Attorneys for The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>               Plaintiff,<br><br>     v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>               Defendants. | No. C-07-2634-EMC<br><br>**DEFENDANT CONTINENTAL INSURANCE COMPANY'S NOTICE OF APPEARANCE**<br><br>Complaint Filed:  May 17, 2007<br>Trial Date:         None set |

PLEASE TAKE NOTICE THAT Gretchen A. Ramos of Carroll Burdick & McDonough LLP hereby enters her appearance for and on behalf of The Continental Insurance Company, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon her at the following address:  Gretchen A. Ramos (State Bar No. 198689) admitted to practice before the Northern District of California.  (gramos@cbmlaw.com)

Dated:  August 1, 2007                    CARROLL, BURDICK & McDONOUGH LLP


By _____
                    Gretchen A. Ramos
        Attorney for The Continental Insurance Company