UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOMESTAKE LEAD COMPANY OF
MISSOURI,
        Plaintiff(s),

v.

NATIONAL UNION FIRE INS. CO. OF
PITTSBURGH,. PA, et al.
        Defendant(s).

Case No. C 07-02634 EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 27 July 2007

Dated: 7/31/07

*Douglas J. Morrissey*
for Continental Insurance Co.
[Party]

[signature]
[Counsel]