DAVEN G. LOWHURST (State Bar No. 124723)
dglowhurst@thelen.com
JOHN A. CHATOWSKI (State Bar No. 174471)
jachatowski@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Telephone: 415-371-1200
Facsimile: 415-371-1211

Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>    Defendants. | CASE NO. C-07-2634-EMC<br><br>**DECLARATION OF KATHLEEN BALDERSTON IN SUPPORT OF PLAINTIFF HOMESTAKE LEAD COMPANY OF MISSOURI'S OPPOSITION TO DEFENDANT CONTINENTAL INSURANCE COMPANY'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**<br><br>Date of Hearing: August 22, 2007<br>Time:            10:30 a.m.<br>Judge:           Magistrate Edward M. Chen<br>                 Courtroom C, 15th Floor |

SF #1310558 v2

DECL. OF KATHLEEN BALDERSTON IN SUPPORT OF HOMESTAKE LEAD COMPANY OF MISSOURI'S OPPOSITION TO DEFENDANT CONTINENTAL INSURANCE COMPANY'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY

I, Kathleen Balderston, declare:

1. I am a partner in the firm of Thelen Reid Brown Raysman & Steiner LLP (formerly Thelen Reid & Priest LLP), counsel of record for Homestake Lead Company of Missouri ("Homestake") in the New York action filed by Continental Insurance Company ("CNA"). Except as otherwise indicated, the following is based on my own personal knowledge, and if called upon to testify thereto, I could and would do so competently.

2. Upon information and belief, the New York summons and complaint was filed in the Supreme Court of New York, New York County on January 26, 2007. Homestake was not served with a copy of the summons and complaint until April 20, 2007. Between May 21, 2007 and June 15, 2007, all defendants in the New York action served answers. On June 26, 2007, CNA served a reply to the counterclaim of defendant Hartford Accident & Indemnity Company.

3. Other than the service and filing of pleadings by the parties, the New York action has not commenced in any substantive manner. None of the parties to the action have served any discovery upon any other party. The action has, however, been assigned and reassigned to three different Justices since June.

4. On June 6, 2007, CNA served and filed a motion for admission *pro hac vice* of Gretchen Ramos, a member of the San Francisco law firm of Carroll, Burdick & McDonough LLP and a member of the California Bar. To my knowledge, this motion has not yet been acted upon by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of July, 2007, at San Francisco, California.

                                                    /s/ Kathleen Balderston
                                                    Kathleen Balderston

1  GENERAL ORDER 45 CERTIFICATION

2  I, Daven G. Lowhurst, hereby attest pursuant to N.D. Cal. General Order No. 45 that the

3  concurrence to the filing of this document has been obtained from each signatory hereto.

4  Executed this 1st day of August, 2007, at San Francisco, California.

    /s/ Daven G. Lowhusrt
    DAVEN G. LOWHURST
    Attorneys for Plaintiff
    HOMESTAKE LEAD COMPANY OF MISSOURI