1  DAVEN G. LOWHURST (State Bar No. 124723)
   dglowhurst@thelen.com
2  JOHN A. CHATOWSKI (State Bar No. 174471)
   jachatowski@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
4  101 Second Street, Suite 1800
   San Francisco, CA  94105-3601
5  Telephone:  415-371-1200
   Facsimile:  415-371-1211
6
7  Attorneys for Plaintiff
   HOMESTAKE LEAD COMPANY OF MISSOURI
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  HOMESTAKE LEAD COMPANY OF MISSOURI,<br>13<br>14        Plaintiff,<br>15  v.<br>16  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and<br>17  THE CONTINENTAL INSURANCE COMPANY,<br>18<br>19        Defendants. | CASE NO.  C-07-2634-EMC<br><br>**[PROPOSED] ORDER DENYING DEFENDANT CONTINENTAL INSURANCE COMPANY'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**<br><br>Date of Hearing:   August 22, 2007<br>Time:              10:30 a.m.<br>Judge:             Magistrate Edward M. Chen<br>                   Courtroom C, 15th Floor |

20
21
22
23
24
25
26
27
28

1   On August 22, 2007, Defendant The Continental Insurance Company ("Continental")
2   brought on for hearing its Motion to Dismiss or, in the Alternative, to Stay.  After considering the
3   papers submitted by the parties, and after hearing the arguments of counsel, the Court hereby
4   DENIES Continental's motion.
5   IT IS SO ORDERED.

6

7   Dated: _____          _____
                                           The Honorable Edward M. Chen
8                                          United States Magistrate Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28