# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Homestake Lead Company of Missouri

                Plaintiff(s),

                v.

National Union Fire Insurance Company
of Pittsburgh, PA, and The Continental ▪
                Defendant(s).
_____ /

Case No. C-07-2634-EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/31/2007

Dated: 7/31/07

[Party]  Counsel

[Counsel]