1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   JAMIE VELS, SB# 156469
2  E-Mail: vels@lbbslaw.com
   RENÉ I. GAMBOA, SB# 136166
3  E-Mail: gamboa@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE COMPANY
7  OF PITTSBURGH, PA

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 HOMESTAKE LEAD COMPANY OF        ) CASE NO. C07 2634 EMC
   MISSOURI,                        )
12                                  )
              Plaintiff,            ) STIPULATION AND [PROPOSED] ORDER
13                                  ) SELECTING ADR PROCESS
         v.                         )
14                                  )
   NATIONAL UNION FIRE INSURANCE    )
15 COMPANY OF PITTSBURGH, PA, and THE )
   CONTINENTAL INSURANCE COMPANY,   )
16                                  )
              Defendants.           )
17 _____ )

18

19      Counsel report that they have met and conferred regarding ADR and have reached the

20 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21 The parties agree to participate in the following ADR process:

22      **Court Processes:**

23      ☐    Non-binding arbitration (ADR L.R. 4)
        ☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)
24      ☐    Mediation (ADR L.R. 6)

25      (*Note: Parties who believe that an early settlement conference with a Magistrate Judge is
        appreciably more likely to meet their needs than any other form of ADR must participate in
26      an ADR phone conference and may not file this form. They must instead file a Notice for
        Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5*)

27

28 //

**Private Process:**

☒ Private ADR (please identify process and provider)

The parties have agreed to mediation and are in the process of choosing a private mediator.

The parties agree to hold the ADR session by

☐ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ Other requested deadline: The parties are attempting to choose a mediator and the scheduling of the mediation will depend, in part, on the mediator's availability. Consequently, the parties choose a deadline of October 2007, with the understanding that the deadline is subject to the mediator's schedule. The parties will submit an updated Stipulation and [Proposed] Order once a date for the mediation is actually set.

Dated: August 1, 2007          CARROLL, BURDICK & MCDONOUGH LLP


By: /s/ *Vamce A Woodward*
    VANCE A. WOODWARD
    Attorneys for Defendant
    CONTINENTAL INSURANCE COMPANY


Dated: August 1, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ *René I. Gamboa*
    JAMIE VELS
    RENÉ I. GAMBOA
    Attorneys for Defendant
    NATIONAL UNION FIRE INSURANCE COMPANY
    OF PITTSBURGH, PA

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ☐ other

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580