1  Gretchen A. Ramos, No. 198689
   Alan P. Jacobus, No. 206954
2  Vance A. Woodward, No. 231730
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, California  94104
   Telephone:      415.989.5900
5  Facsimile:      415.989.0932
   Email:          gramos@cbmlaw.com
6                  ajacobus@cbmlaw.com
                   vwoodward@cbmlaw.com
7
   Attorneys for Defendant The Continental Insurance Company
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  HOMESTAKE LEAD COMPANY OF            No. C-07-2634-EMC
    MISSOURI,
13                                        **DEFENDANT CONTINENTAL INSURANCE
                                          COMPANY'S NOTICE OF ADDITIONAL
14             Plaintiff,                 APPEARANCE**

15        versus                          Complaint Filed:   May 17, 2007
                                          Trial Date:        None set
16  NATIONAL UNION FIRE INSURANCE         Judge:             Hon. Edward M. Chen
    COMPANY OF PITTSBURGH, PA, and
17  THE CONTINENTAL INSURANCE
    COMPANY,
18
               Defendants.
19

20        PLEASE TAKE NOTICE THAT, pursuant to United States District Court for the

21  Northern District of California General Order 45.IV.C., Alan P. Jacobus of Carroll Burdick &

22  McDonough LLP hereby enters his appearance for and on behalf of The Continental Insurance

23  Company, and requests that all notices given or required to be given in this case and all papers

24  served or required to be served in this case, be given to and served upon him at the following

25  address:

26              **CARROLL, BURDICK & McDONOUGH LLP**
                44 Montgomery Street, Suite 400
27              San Francisco, California 94104
                Telephone:  415.989.5900
28              Facsimile:  415.989.0932
                Email:      ajacobus@cbmlaw.com

1         Alan P. Jacobus (California State Bar No. 206954) is admitted to practice before the

2    United States District Court for the Northern District of California.

3    Dated: August 2, 2007,                 CARROLL, BURDICK & McDONOUGH LLP

4

5                        By   /s/ Alan P. Jacobus

6                        Attorney for Defendant The Continental Insurance
                    Company[1]

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45., so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.

CBM-IPG\SF366283.1         -2-