1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JAMIE VELS, SB# 156469
2  E-Mail: vels@lbbslaw.com
   RENÉ I. GAMBOA, SB# 136166
3  E-Mail: gamboa@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE COMPANY
7  OF PITTSBURGH, PA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | HOMESTAKE LEAD COMPANY OF          ) CASE NO. C07 2634 EMC
   | MISSOURI,                          )
12 |                                    )
   |         Plaintiff,                 ) STIPULATION AND [PROPOSED]
13 |                                    ) ORDER SELECTING ADR PROCESS
   |    v.                              )
14 |                                    )
   | NATIONAL UNION FIRE INSURANCE      )
15 | COMPANY OF PITTSBURGH, PA, and THE )
   | CONTINENTAL INSURANCE COMPANY,     )
16 |                                    )
   |         Defendants.                )
17 |_____)

18

19     Counsel report that they have met and conferred regarding ADR and have reached the

20 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21 The parties agree to participate in the following ADR process:

22     **Court Processes:**

23     ☐   Non-binding arbitration (ADR L.R. 4)
       ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)
24     ☐   Mediation (ADR L.R. 6)

25     (*Note: Parties who believe that an early settlement conference with a Magistrate Judge is
       appreciably more likely to meet their needs than any other form of ADR must participate in
26     an ADR phone conference and may not file this form. They must instead file a Notice for
       Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5*)

27

28 //

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**Private Process:**

☒ Private ADR (please identify process and provider)

The parties have agreed to mediation and are in the process of choosing a private mediator.

The parties agree to hold the ADR session by

☐ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ Other requested deadline: The parties are attempting to choose a mediator and the scheduling of the mediation will depend, in part, on the mediator's availability. Consequently, the parties choose a deadline of October 2007, with the understanding that the deadline is subject to the mediator's schedule. The parties will submit an updated Stipulation and [Proposed] Order once a date for the mediation is actually set.

Dated: ~~July~~ August 1, 2007    THELEN REID BROWN RAYSMAN & STEINER LLP


By: __/s/ Daven G. Lowhurst__
DAVEN GERALD LOWHURST
JOHN A. CHATOWSKI
Attorneys for Defendant
HOMESTAKE LEAD COMPANY OF MISSOURI


Dated: July ___, 2007    CARROLL, BURDICK & MCDONOUGH LLP


By: _____
GRETCHEN A. RAMOS
VANCE A. WOODWARD
Attorneys for Defendant
CONTINENTAL INSURANCE COMPANY


Dated: July ___, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
JAMIE VELS
RENÉ I. GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ☒ other   October 31, 2007

IT IS SO ORDERED

Dated: August 6, 2007

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen