|   |   |
|---|---|
| 1 | Gretchen A. Ramos, No. 198689 |
|   | Alan P. Jacobus, No. 206954 |
| 2 | Vance A. Woodward, No. 231730 |
|   | **CARROLL, BURDICK & McDONOUGH LLP** |
| 3 | Attorneys at Law |
|   | 44 Montgomery Street, Suite 400 |
| 4 | San Francisco, California  94104 |
|   | Telephone:    415.989.5900 |
| 5 | Facsimile:     415.989.0932 |
|   | Email:           gramos@cbmlaw.com |
| 6 |                       ajacobus@cbmlaw.com |
|   |                       vwoodward@cbmlaw.com |

Attorneys for Defendant The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HOMESTAKE LEAD COMPANY OF MISSOURI, | No. C-07-2634-EMC |
|---|---|
| Plaintiff, | **THE CONTINENTAL INSURANCE COMPANY'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| versus |   |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY, | Complaint Filed:   May 17, 2007<br>Trial Date:             None set<br>Judge:                    Hon. Edward M. Chen |
| Defendants. |   |

The Continental Insurance Company ("Continental") submits this Notice of Pendency of Other Action or Proceeding as required by L.R. 3–13.

**I.   SUMMARY OF OTHER ACTION**

The action pending before this court involves "all or a material part of the same subject matter and all or substantially all of the same parties as another action which is pending" in New York state court. That other matter is entitled, *The Continental Insurance Company v. Cyprus Amax Minerals Company*, index no. 0101260/07, filed on January 26, 2007 in the Supreme Court of the State of New York, New York County (the "New York action").

Continental filed the New York action against Homestake Lead Company of Missouri ("Homestake"), National Union Fire Insurance Company of Pittsburgh, Pa. and other parties to

obtain rulings upon *inter alia* the rights and obligations of the parties under certain insurance policies including all the policies in issue in this action. The insurance coverage issues arise out of property damage and bodily injury claims brought against Homestake and others in connection with their Missouri lead mining and milling activities.

## II. RELATIONSHIP OF THE NEW YORK ACTION TO THE PRESENT ACTION

As has been briefed by the parties, in connection with Continental's motion to dismiss or stay these proceedings, set for hearing on August 22, 2007, Continental contends that the New York action and the present action are related insofar as they raise insurance coverage issues (1) regarding the same policyholder (2) under the same insurance policies (3) in respect of the same underlying bodily injury and property damage claims.

In accordance with L.R. 3-13(b)(3)(C), Continental therefore requests that the relief it seeks in its motion—CONTINENTAL'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY—should be granted.

Dated: August 8, 2007.

**CARROLL, BURDICK & McDONOUGH LLP**

By: /s/ Vance A. Woodward
Attorney for Defendant The Continental Insurance Company[1]

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45., so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.