<div style="margin-left:2em">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>      Plaintiff,<br><br>   v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al.,<br><br>      Defendants.<br>_____/ | No. C07-2634 EMC<br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the hearing on **DEFENDANT CONTINENTAL INSURANCE'S MOTION TO DISMISS** set for August 22, 2007 at 10:30 a.m. is reset for **September 26, 2007 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition and reply have already been filed.

    PLEASE FURTHER NOTIFIED THAT the **CASE MANAGEMENT CONFERENCE** set for August 22, 2007 at 10:30 a.m. is also reset for **September 26, 2007 at 10:30 a.m.** A **joint** case management conference statement is due September 19, 2007.

Dated: August 8, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Betty Fong
     Courtroom Deputy