1  DAVEN G. LOWHURST (State Bar No. 124723)
   dglowhurst@thelen.com
2  JOHN A. CHATOWSKI (State Bar No. 174471)
   jachatowski@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3601
   Telephone:  415-371-1200
5  Facsimile:  415-371-1211

6  Attorneys for Plaintiff
   HOMESTAKE LEAD COMPANY OF MISSOURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO.  C-07-2634-EMC<br><br>**STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE; (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS; AND (3) MEDIATION CUT-OFF DATE AND PROPOSED ORDER THEREON** |
|---|---|

SF #1333346 v1

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and defendant Continental Insurance Company ("CNA") that the following hearing dates and cut-off date be continued as follows:

1. Case Management Conference from September 26, 2007 to November 14, 2007 at 10:30 a.m. The parties' Case Management Conference Statement shall be due November 7, 2007.

2. Hearing on CNA's Motion to Dismiss from September 26, 2007 to November 14, 2007 at 10:30 a.m.

3. Mediation cut-off date from October 31, 2006 to November 7, 2007, so that the parties may participate in a mediation that has been scheduled for November 2, 2007.

Dated: September 7, 2007        THELEN REID BROWN RAYSMAN & STEINER LLP

By    */s/ John A. Chatowski*
      JOHN A. CHATOWSKI
      Attorneys for Plaintiff
      HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: September 7, 2007        THELEN REID BROWN RAYSMAN & STEINER LLP

By    */s/ Rene Gamboa*
      RENE GAMBOA
      Attorneys for Defendant
      NATIONAL UNION FIRE INSURANCE
      COMPANY OF PITTSBURGH, PA

Dated: September 7, 2007        CARROLL, BURDICK & McDONOUGH LLP

By    */s/ Alan Jacobus*
      ALAN JACOBUS
      Attorneys for Defendant
      CONTINENTAL INSURANCE COMPANY

GENERAL ORDER 45 CERTIFICATION

I, John A. Chatowski, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 7th day of September, 2007, at San Francisco, California.

          /s/ *John A. Chatowski*
          JOHN A. CHATOWSKI
          Attorneys for Plaintiff
          HOMESTAKE LEAD COMPANY OF MISSOURI

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on CNA's Motion to dismiss is continued to November 14, 2007 at 10:30 a.m. The parties' Case Management Conference Statement shall be due November 7, 2007.

2. The mediation cut-off date is extended to November 7, 2007.

DATED: _____, 2007      _____
                                          United States District/Magistrate Judge