DAVEN G. LOWHURST (State Bar No. 124723)
dglowhurst@thelen.com
JOHN A. CHATOWSKI (State Bar No. 174471)
jachatowski@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Telephone: 415-371-1200
Facsimile: 415-371-1211

Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C-07-2634-EMC<br><br>**STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE; (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS; AND (3) MEDIATION CUT-OFF DATE AND PROPOSED ORDER THEREON** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and defendant Continental Insurance Company ("CNA") that the following hearing dates and cut-off date be continued as follows:

1. Case Management Conference from September 26, 2007 to November 14, 2007 at 10:30 a.m. The parties' Case Management Conference Statement shall be due November 7, 2007.

2. Hearing on CNA's Motion to Dismiss from September 26, 2007 to November 14, 2007 at 10:30 a.m.

3. Mediation cut-off date from October 31, 2006 to November 7, 2007, so that the parties may participate in a mediation that has been scheduled for November 2, 2007.

Dated: September 7, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By *[/s/ John A. Chatowski]*
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: September 7, 2007

THELEN REID BROWN RAYSMAN & STEINER LLP

By *[/s/ Rene Gamboa]*
RENE GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: September 7, 2007

CARROLL, BURDICK & McDONOUGH LLP

By *[/s/ Alan Jacobus]*
ALAN JACOBUS
Attorneys for Defendant
CONTINENTAL INSURANCE COMPANY

GENERAL ORDER 45 CERTIFICATION

I, John A. Chatowski, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 7th day of September, 2007, at San Francisco, California.

/s/ *John A. Chatowski*
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on CNA's Motion to dismiss is continued to November 14, 2007 at 10:30 a.m. The parties' Case Management Conference Statement shall be due November 7, 2007.

2. The mediation cut-off date is extended to November 7, 2007.

DATED: Sept. 11, 2007

United States ~~District~~/Magistrate Judge