Gretchen A. Ramos, No. 198689
Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:         gramos@cbmlaw.com
                  ajacobus@cbmlaw.com
                  vwoodward@cbmlaw.com

Attorneys for Defendant The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE; (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS; AND (3) MEDIATION CUT-OFF DATE AND PROPOSED ORDER THEREON<br><br>Complaint Filed:  May 17, 2007<br>Trial Date:          None set<br>Judge:                Hon. Edward M. Chen |

-1-

**Stipulation To Continue (1) Case Management Conference; (2) Hearing On Defendant Continental's Motion To Dismiss; and
(3) Mediation Cut-Off Date And Proposed Order Thereon—No. C-07-2634-EMC**

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and defendant The Continental Insurance Company ("Continental") that the following hearing dates and cut-off date be continued as follows:

1. Case Management Conference from November 14, 2007 to February 6, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due January 30, 2008.

2. Hearing on Continental's Motion to Dismiss from November 14, 2007 to February 6, 2008 at 10:30 a.m.

3. Mediation cut-off date from November 7, 2007 to January 30, 2008, so that the parties may participate in a follow-up mediation.

Dated: November 6, 2007        THELEN REID BROWN RAYSMAN & STEINER LLP

By _____/s/ John A. Chatowski_____
    JOHN A. CHATOWSKI
    Attorneys for Plaintiff
    HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: November 6, 2007        LEWIS BRISBOIS BISGAARD & SMITH

By _____/s/ Jamie Vels_____
    JAMIE VELS
    RENE GAMBOA
    Attorneys for Defendant
    NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA

Dated: November 6, 2007        CARROLL, BURDICK & McDONOUGH LLP

By _____/s/ Vance A. Woodward_____
    ALAN JACOBUS
    VANCE A. WOODWARD
    Attorneys for Defendant
    THE CONTINENTAL INSURANCE COMPANY

-2-

Stipulation To Continue (1) Case Management Conference; (2) Hearing On Defendant Continental's Motion To Dismiss; and (3) Mediation Cut-Off Date And Proposed Order Thereon—No. C-07-2634-EMC

GENERAL ORDER 45 CERTIFICATION

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 6th day of November, 2007, at San Francisco, California.


     /s/ *Vance A. Woodward*
     VANCE A. WOODWARD
     Attorney for Defendant
     THE CONTINENTAL INSURANCE COMPANY[1]


**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1.    The Case Management Conference and hearing on Continental's Motion to Dismiss is continued to February 6, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due January 30, 2008.

2.    The mediation cut-off date is extended to January 30, 2008.


DATED: _____, 2007  _____
                                                     United States District/Magistrate Judge

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45., so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.

-3-

**Stipulation To Continue (1) Case Management Conference; (2) Hearing On Defendant Continental's Motion To Dismiss; and (3) Mediation Cut-Off Date And Proposed Order Thereon—No. C-07-2634-EMC**