1  Gretchen A. Ramos, No. 198689
   Alan P. Jacobus, No. 206954
2  Vance A. Woodward, No. 231730
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, California  94104
   Telephone:      415.989.5900
5  Facsimile:      415.989.0932
   Email:          gramos@cbmlaw.com
6                  ajacobus@cbmlaw.com
                   vwoodward@cbmlaw.com
7
   Attorneys for Defendant The Continental Insurance Company
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  HOMESTAKE LEAD COMPANY OF           No. C-07-2634-EMC
    MISSOURI,
13                                      STIPULATION TO CONTINUE (1) CASE
                 Plaintiff,             MANAGEMENT CONFERENCE;
14                                      (2) HEARING ON DEFENDANT
        versus                          CONTINENTAL'S MOTION TO
15                                      DISMISS; AND (3) MEDIATION CUT-
    NATIONAL UNION FIRE INSURANCE       OFF DATE AND PROPOSED ORDER
16  COMPANY OF PITTSBURGH, PA, and      THEREON   ; ORDER
    THE CONTINENTAL INSURANCE
17  COMPANY,                            Complaint Filed:   May 17, 2007
                                        Trial Date:        None set
18               Defendants.            Judge:             Hon. Edward M. Chen

19

20

21

22

23

24

25

26

27

28

-1-

**Stipulation To Continue (1) Case Management Conference; (2) Hearing On Defendant Continental's Motion To Dismiss; and (3) Mediation Cut-Off Date And Proposed Order Thereon—No. C-07-2634-EMC**

1

### STIPULATION

2

    IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY

3

REQUESTED, by and between plaintiff Homestake Lead Company of Missouri ("Homestake"),

4

defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and

5

defendant The Continental Insurance Company ("Continental") that the following hearing dates

6

and cut-off date be continued as follows:

7

    1.    Case Management Conference from November 14, 2007 to February 6, 2008 at

8

10:30 a.m.  The parties' Case Management Conference Statement shall be due January 30, 2008.

9

    2.    Hearing on Continental's Motion to Dismiss from November 14, 2007 to

10

February 6, 2008 at 10:30 a.m.

11

    3.    Mediation cut-off date from November 7, 2007 to January 30, 2008, so that the

12

parties may participate in a follow-up mediation.

13

Dated:  November 6, 2007          THELEN REID BROWN RAYSMAN & STEINER LLP

14

15

                                  By _____/s/ John A. Chatowski_____
16                                    JOHN A. CHATOWSKI
                                      Attorneys for Plaintiff
17                                    HOMESTAKE LEAD COMPANY OF MISSOURI

18

Dated:  November 6, 2007          LEWIS BRISBOIS BISGAARD & SMITH

19

20                                By _____/s/ Jamie Vels_____
                                      JAMIE VELS
21                                    RENE GAMBOA
                                      Attorneys for Defendant
22                                    NATIONAL UNION FIRE INSURANCE
                                      COMPANY OF PITTSBURGH, PA

23

24

Dated:  November 6, 2007          CARROLL, BURDICK & McDONOUGH LLP

25

                                  By _____/s/ Vance A. Woodward_____
26                                    ALAN JACOBUS
                                      VANCE A. WOODWARD
27                                    Attorneys for Defendant
                                      THE CONTINENTAL INSURANCE COMPANY

28

1

GENERAL ORDER 45 CERTIFICATION

2

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the

3

concurrence to the filing of this document has been obtained from each signatory hereto.

4

Executed this 6th day of November, 2007, at San Francisco, California.

5

6

_/s/ Vance A. Woodward_
VANCE A. WOODWARD
Attorney for Defendant

7

THE CONTINENTAL INSURANCE COMPANY[1]

8

9

**ORDER**

10

11

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

12

1.    The Case Management Conference and hearing on Continental's Motion to Dismiss

is continued to February 6, 2008 at 10:30 a.m.   The parties' Case Management Conference

13

Statement shall be due January 30, 2008.

14

2.    The mediation cut-off date is extended to January 30, 2008.

15

16

17

DATED: _____November 7___, 2007   _____

18

United [                     ] dge

19

IT IS SO ORDERED

Judge Edward M. Chen

20

21

22

23

24

25

26

27

---

28

[1] This document has been filed and served pursuant to United States District Court for the
Northern District of California General Order 45., so no certificate of service is required.  Civil
L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.

Stipulation To Continue (1) Case Management Conference; (2) Hearing On Defendant Continental's Motion To Dismiss; and
(3) Mediation Cut-Off Date And Proposed Order Thereon—No. C-07-2634-EMC