Gretchen A. Ramos, No. 198689
Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California  94104
Telephone:     415.989.5900
Facsimile:     415.989.0932
Email:         gramos@cbmlaw.com
               ajacobus@cbmlaw.com
               vwoodward@cbmlaw.com

Attorneys for Defendant The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE; (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS; AND (3) MEDIATION CUT-OFF DATE AND PROPOSED ORDER THEREON<br><br>Complaint Filed:  May 17, 2007<br>Trial Date:       None set<br>Judge:            Hon. Edward M. Chen |

-1-

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and defendant The Continental Insurance Company ("Continental") that the following hearing dates and cut-off date be continued as follows:

1. Case Management Conference from February 6, 2008, to March 12, 2008, at 3:00 p.m. The parties' Case Management Conference Statement shall be due March 5, 2008.

2. Hearing on Continental's Motion to Dismiss from February 6, 2008, to March 12, 2008, at 3:00 p.m.

3. Mediation cut-off date from January 30, 2008, to March 5, 2008, so that the parties may participate in a follow-up mediation scheduled for February 27, 2008.

Dated: December 20, 2007    THELEN REID BROWN RAYSMAN & STEINER LLP

By ___/s/ John A. Chatowski___
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: December 20, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By ___/s/ Jamie Vels___
JAMIE VELS
RENE GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Dated: December 20, 2007    CARROLL, BURDICK & McDONOUGH LLP

By ___/s/ Vance A. Woodward___
GRETCHEN A. RAMOS
ALAN P. JACOBUS
VANCE A. WOODWARD
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

## GENERAL ORDER 45 CERTIFICATION

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 20th day of December, 2007, at San Francisco, California.

   /s/ *Vance A. Woodward*
   VANCE A. WOODWARD
   Attorney for Defendant
   THE CONTINENTAL INSURANCE COMPANY[1]

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on Continental's Motion to Dismiss is continued to March 12, 2008 at 3:00 p.m. The parties' Case Management Conference Statement shall be due March 5, 2008.

2. The mediation cut-off date is extended to March 5, 2008.

DATED: _____   _____
   United States District/Magistrate Judge

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.