UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>         Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al.,<br><br>         Defendants.<br>_____/ | No. C07-2634 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **DEFENDANT CONTINENTAL INSURANCE'S MOTION TO DISMISS** set for March 12, 2008 at 3:00 p.m. is reset for **March 19, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by February 27, 2008.  Reply shall be filed by March 5, 2008.

PLEASE FURTHER NOTIFIED THAT the **CASE MANAGEMENT CONFERENCE** set for March 12, 2008 at 3:00 p.m. is also reset for **March 19, 2008 at 10:30 a.m.**  A **joint** case management conference statement is due March 12, 2008.

Dated: February 11, 2008                                            FOR THE COURT,
                                                                                      Richard W. Wieking, Clerk


                                                                           by:   _____
                                                                                       Betty Fong
                                                                                       Courtroom Deputy