1  DAVEN G. LOWHURST (State Bar No. 124723)
    dglowhurst@thelen.com
2  JOHN A. CHATOWSKI (State Bar No. 174471)
    jachatowski@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
    101 Second Street, Suite 1800
4  San Francisco, CA 94105-3601
    Telephone: 415-371-1200
5  Facsimile: 415-371-1211

6  Attorneys for Plaintiff
    HOMESTAKE LEAD COMPANY OF MISSOURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOMESTAKE LEAD COMPANY OF MISSOURI, | CASE NO. C-07-2634-EMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [PROPOSED] ORDER THEREON** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY, | |
| Defendants. | |

SF #1436859 v1

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant Continental Insurance Company ("Continental") participated in a mediation. The parties reached a tentative settlement, which they expect to be finalized and payment to Homestake to be made by March 31, 2008. The parties expect to file the dismissal the first week of April, 2008.

THEREFORE, the parties respectfully request that the following hearing dates be continued as follows, with the expectation that the hearings will be taken off calendar once the dismissal is filed:

1. Case Management Conference from March 19, 2008 to April 23, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due April 16, 2008.

2. Hearing on Continental's Motion to Dismiss from March 19, 2008 to April 23, 2008 at 10:30 a.m.

Dated: March 4, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

By       */s/ John A. Chatowski*
         JOHN A. CHATOWSKI
         Attorneys for Plaintiff
         HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: March 4, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

By       */s/ Rene Gamboa*
         RENE GAMBOA
         Attorneys for Defendant
         NATIONAL UNION FIRE INSURANCE
         COMPANY OF PITTSBURGH, PA

Dated: March 4, 2008        CARROLL, BURDICK & McDONOUGH LLP

By       */s/ Alan Jacobus*
         ALAN JACOBUS
         Attorneys for Defendant
         CONTINENTAL INSURANCE COMPANY

GENERAL ORDER 45 CERTIFICATION

I, John A. Chatowski, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 4th day of March, 2008, at San Francisco, California.

                /s/ *John A. Chatowski*
                JOHN A. CHATOWSKI
                Attorneys for Plaintiff
                HOMESTAKE LEAD COMPANY OF MISSOURI

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on Continental's Motion to dismiss is continued to April 23, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due April 16, 2008.

DATED: _____, 2008    _____
                                      United States District/Magistrate Judge