1  DAVEN G. LOWHURST (State Bar No. 124723)
   dglowhurst@thelen.com
2  JOHN A. CHATOWSKI (State Bar No. 174471)
   jachatowski@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA   94105-3601
   Telephone:  415-371-1200
5  Facsimile:  415-371-1211

6  Attorneys for Plaintiff
   HOMESTAKE LEAD COMPANY OF MISSOURI

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  HOMESTAKE LEAD COMPANY OF         CASE NO.  C-07-2634-EMC
    MISSOURI,
11                                    **STIPULATION TO CONTINUE (1) CASE
         Plaintiff,                   MANGEMENT CONFERENCE AND
12                                    (2) HEARING ON DEFENDANT
    v.                                CONTINENTAL'S MOTION TO DISMISS
13                                    AND [P~~ROPOS~~ED] ORDER THEREON**
    NATIONAL UNION FIRE INSURANCE
14  COMPANY OF PITTSBURGH, PA, and
    THE CONTINENTAL INSURANCE
15  COMPANY,

         Defendants.

SF #1436859 v1

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant Continental Insurance Company ("Continental") participated in a mediation. The parties reached a tentative settlement, which they expect to be finalized and payment to Homestake to be made by March 31, 2008. The parties expect to file the dismissal the first week of April, 2008.

THEREFORE, the parties respectfully request that the following hearing dates be continued as follows, with the expectation that the hearings will be taken off calendar once the dismissal is filed:

1. Case Management Conference from March 19, 2008 to April 23, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due April 16, 2008.

2. Hearing on Continental's Motion to Dismiss from March 19, 2008 to April 23, 2008 at 10:30 a.m.

Dated: March 4, 2008            THELEN REID BROWN RAYSMAN & STEINER LLP

                                By      */s/ John A. Chatowski*
                                    JOHN A. CHATOWSKI
                                    Attorneys for Plaintiff
                                    HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: March 4, 2008            THELEN REID BROWN RAYSMAN & STEINER LLP

                                By      */s/ Rene Gamboa*
                                    RENE GAMBOA
                                    Attorneys for Defendant
                                    NATIONAL UNION FIRE INSURANCE
                                    COMPANY OF PITTSBURGH, PA

Dated: March 4, 2008            CARROLL, BURDICK & McDONOUGH LLP

                                By      */s/ Alan Jacobus*
                                    ALAN JACOBUS
                                    Attorneys for Defendant
                                    CONTINENTAL INSURANCE COMPANY

## GENERAL ORDER 45 CERTIFICATION

I, John A. Chatowski, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 4th day of March, 2008, at San Francisco, California.

      /s/ *John A. Chatowski*
      JOHN A. CHATOWSKI
      Attorneys for Plaintiff
      HOMESTAKE LEAD COMPANY OF MISSOURI

## **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on Continental's Motion to dismiss is continued to April 23, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due April 16, 2008.

DATED: __March 5__, 2008     _____

      United States Magistrate Judge