Gretchen A. Ramos, No. 198689
Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:     415.989.5900
Facsimile:      415.989.0932
Email:           gramos@cbmlaw.com
                    ajacobus@cbmlaw.com
                    vwoodward@cbmlaw.com

Attorneys for Defendant The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>**STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [P~~ROPO~~SED] ORDER THEREON**<br><br>Complaint Filed:   May 17, 2007<br>Trial Date:           None set<br>Judge:                 Hon. Edward M. Chen |

**<u>STIPULATION</u>**

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant Continental Insurance Company ("Continental") participated in a mediation. The parties reached a tentative settlement, and are continuing to negotiate the details of the draft settlement agreement. The parties expect to finalize the settlement agreement by May 1, 2008 and to file a dismissal of this action by mid-May 2008.

THEREFORE, the parties respectfully request that the following hearing dates be continued as follows, with the expectation that the hearings will be taken off calendar once the dismissal is filed:

1. Case Management Conference from April 23, 2008 to May 28, 2008 at 3:00 p.m. The parties' Case Management Conference Statement shall be due May 21, 2008.

2. Hearing on Continental's Motion to Dismiss from April 23, 2008 to May 28, 2008 at 3:00 p.m.

Dated: April 4, 2008       CARROLL, BURDICK & McDONOUGH LLP

By  /s/ Alan Jacobus
ALAN JACOBUS
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

Dated: April 4, 2008       THELEN REID BROWN RAYSMAN & STEINER LLP

By  /s/ John A. Chatowski
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: April 4, 2008       LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Rene Gamboa
RENE GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# GENERAL ORDER 45 CERTIFICATION[1]

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 4th day of April, 2008, at San Francisco, California.

By     */s/  Vance A. Woodward*
VANCE A. WOODWARD
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on Continental's Motion to dismiss is continued to May 28, 2008 at 3:00 p.m.  The parties' Case Management Conference Statement shall be due May 21, 2008.

DATED: __April 4____, 2008     _____
United States District/Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required.  Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.

CBM-IPG\SF399717.1     -3-

**STIPULATION OF CONTINUANCE—07-CV-2634-EMC**