Gretchen A. Ramos, No. 198689
Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: gramos@cbmlaw.com
ajacobus@cbmlaw.com
vwoodward@cbmlaw.com

Attorneys for Defendant The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>**STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [~~PROPOSED~~] ORDER THEREON**<br><br>Complaint Filed: May 17, 2007<br>Trial Date: None set<br>Judge: Hon. Edward M. Chen |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant Continental Insurance Company ("Continental") participated in a mediation. The parties reached a tentative settlement, have exchanged draft settlement agreements, and are continuing to negotiate the details of the settlement. The parties expect to finalize the settlement agreement by June 1, 2008 and to file a dismissal of this action by mid-June 2008.

THEREFORE, the parties respectfully request that the following hearing dates be continued as follows, with the expectation that the hearings will be taken off calendar once the dismissal is filed:

    1. Case Management Conference from May 28, 2008 to June 25, 2008 at 1:30 p.m. The parties' Case Management Conference Statement shall be due June 18, 2008.

    2. Hearing on Continental's Motion to Dismiss from May 28, 2008 to June 25, 2008 at 1:30 p.m.

Dated: May 15, 2008    CARROLL, BURDICK & McDONOUGH LLP

By   /s/ Alan Jacobus
ALAN JACOBUS
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

Dated: May 15, 2008    THELEN REID BROWN RAYSMAN & STEINER LLP

By   /s/ John A. Chatowski
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: May 15, 2008    LEWIS BRISBOIS BISGAARD & SMITH LLP

By   /s/ Rene Gamboa
RENE GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**GENERAL ORDER 45 CERTIFICATION**[1]

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 15th day of May, 2008, at San Francisco, California.

By _____/s/ Vance A. Woodward_____
VANCE A. WOODWARD
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on Continental's Motion to dismiss is continued to June 25, 2008 at 1:30 p.m. [handwritten: 10:30 a.m.]  The parties' Case Management Conference Statement shall be due June 18, 2008.

DATED: ___May 20___, 2008



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
United States District Judge

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required.  Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.

*Homestake Lead Company of Missouri v. National Union Fire Insurance Company of Pittsburgh, PA, et al.*
USDC, Northern District of California, Action No. C-07-2634 EMC

## PROOF OF SERVICE

I declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On May 15, 2008, I served the enclosed:

**STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [PROPOSED] ORDER THEREON**

on the following interested party(s) in said cause.

**SEE ATTACHED LIST**

**VIA MAIL**

☐ By enclosing a true and correct copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection in the offices of Carroll, Burdick & McDonough LLP in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/ documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on this same day.

**VIA FACSIMILE**

☐ By transmitting via facsimile the correspondence/document(s) listed above from fax number 415.989.0932, to the fax number(s) set forth above during the ordinary course of business on this date before 5:00 p.m. I am readily familiar with the Firm's practice for collection and processing of correspondence/ document(s) via facsimile transmission(s). The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

**VIA OVERNIGHT DELIVERY**

☐ By enclosing a true and correct copy thereof in a sealed envelope(s), addressed as above, and placing for collection by overnight mail delivery service. I am readily familiar with the Firm's practice for collection and processing of correspondence/ documents for overnight delivery , and any correspondence/document(s) placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail delivery service to receive correspondence/documents(s), with delivery fees paid or provided for, this same day, for delivery on the following business day.

**VIA HAND DELIVERY**

☐ By enclosing a true and correct copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on this day by courier service following ordinary business practices.

**VIA ELECTRONIC MAIL**

☒ By causing a true and correct copy thereof to be sent via electronic mail on the parties on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 15, 2008, at San Francisco, California.

*[signature]*
Sherri Sangmaster

1
2
3
4
5
6

| Daven G. Lowhurst<br>John A. Chatowski<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3601<br>Tel    (415) 371-1200<br>Fax   (415) 371-1211<br>dglowhurst@thelen.com<br>jachatowski@thelen.com | *Attorneys for Plaintiff*<br>*Homestake Lead Company Of*<br>*Missouri* |
|---|---|

7
8
9
10
11

| Jamie Vels<br>Rene I. Gamboa<br>Lewis Brisbois Bisgaard & Smith LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Tel    (415) 362-2580<br>Fax   (415) 434-0882<br>vels@lbbslaw.com<br>gamboa@lbbslaw.com | *Attorneys for Defendant*<br>*National Union Fire Insurance*<br>*Company Of Pittsburgh, Pa.* |
|---|---|

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28