```
1  Gretchen A. Ramos, No. 198689
   Alan P. Jacobus, No. 206954
2  Vance A. Woodward, No. 231730
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, California 94104
   Telephone:    415.989.5900
5  Facsimile:    415.989.0932
   Email:        gramos@cbmlaw.com
6                ajacobus@cbmlaw.com
                 vwoodward@cbmlaw.com
7
   Attorneys for Defendant The Continental Insurance Company
8
```

**CARROLL, BURDICK & McDONOUGH LLP**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>**STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: May 17, 2007<br>Trial Date: None set<br>Judge: Hon. Edward M. Chen |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant Continental Insurance Company ("Continental") participated in a mediation. The parties reached a tentative settlement, have exchanged draft settlement agreements, and are continuing to negotiate the details of the settlement. The parties expect to finalize the settlement agreement by July 1, 2008 and to file a dismissal of this action by mid-July 2008.

THEREFORE, the parties respectfully request that the following hearing dates be continued as follows, with the expectation that the hearings will be taken off calendar once the dismissal is filed:

1. Case Management Conference from June 25, 2008 to August 6, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due July 30, 2008.

2. Hearing on Continental's Motion to Dismiss from June 25, 2008 to August 6, 2008 at 10:30 a.m.

Dated: June 10, 2008                    CARROLL, BURDICK & McDONOUGH LLP

By ___/s/ Alan Jacobus___
ALAN JACOBUS
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

Dated: June 10, 2008                    THELEN REID BROWN RAYSMAN & STEINER LLP

By ___/s/ John A. Chatowski___
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: June 10, 2008                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By ___/s/ Rene Gamboa___
RENE GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**GENERAL ORDER 45 CERTIFICATION**[1]

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 10th day of June, 2008, at San Francisco, California.

By     */s/ Vance A. Woodward*
VANCE A. WOODWARD
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on Continental's Motion to Dismiss is continued to August 6, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due July 30, 2008.

DATED: _____, 2008

_____
United States District/Magistrate Judge

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.