1  Gretchen A. Ramos, No. 198689
   Alan P. Jacobus, No. 206954
2  Vance A. Woodward, No. 231730
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, California 94104
   Telephone:     415.989.5900
5  Facsimile:     415.989.0932
   Email:         gramos@cbmlaw.com
6                 ajacobus@cbmlaw.com
                  vwoodward@cbmlaw.com
7
   Attorneys for Defendant The Continental Insurance Company
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12 | HOMESTAKE LEAD COMPANY OF MISSOURI, | No. C-07-2634-EMC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [PROPOSED] ORDER THEREON** |
| versus | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and THE CONTINENTAL INSURANCE COMPANY, | Complaint Filed: May 17, 2007<br>Trial Date: None set<br>Judge: Hon. Edward M. Chen |
| Defendants. | |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant The Continental Insurance Company ("Continental") participated in a mediation. The parties reached a tentative settlement, have exchanged draft settlement agreements, and are continuing to negotiate the details of the settlement. The parties expect to finalize the settlement agreement by September 5, 2008 and to file a dismissal of this action by September 8, 2008.

THEREFORE, the parties respectfully request the following hearing dates be continued as follows, with the expectation the hearings will be taken off calendar once the dismissal is filed:

1. Case Management Conference from August 6, 2008 to September 10, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due September 3, 2008.

2. Hearing on Continental's Motion to Dismiss from August 6, 2008 to September 10, 2008 at 10:30 a.m.

Dated: July 22, 2008               CARROLL, BURDICK & McDONOUGH LLP

By  /s/ Alan Jacobus
ALAN JACOBUS
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

Dated: July 22, 2008               THELEN REID BROWN RAYSMAN & STEINER LLP

By  /s/ John A. Chatowski
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: July 22, 2008               LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Rene Gamboa
RENE GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**GENERAL ORDER 45 CERTIFICATION**[1]

I, Alan P. Jacobus, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 22nd day of July, 2008, at San Francisco, California.

By  /s/ Alan P. Jacobus
ALAN P. JACOBUS
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on Continental's Motion to Dismiss is continued to September 10, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due September 3, 2008.

DATED: July 22, 2008                    _____
                                         United States District/Magistrate Judge

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.

CBM-IPG\SF412035.1                -3-
**STIPULATION OF CONTINUANCE—07-CV-2634-EMC**