```
Gretchen A. Ramos, No. 198689
Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
```
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:        gramos@cbmlaw.com
              ajacobus@cbmlaw.com
              vwoodward@cbmlaw.com

Attorneys for Defendant The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>**STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed:  May 17, 2007<br>Trial Date:       None set<br>Judge:            Hon. Edward M. Chen |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant The Continental Insurance Company ("Continental") participated in a mediation. The parties reached a tentative settlement, have exchanged draft settlement agreements, and are continuing to negotiate the details of the settlement. The parties have also scheduled a mediation for September 5, 2008, regarding related issues. The parties expect to finalize the settlement agreement in mid September 2008 and to file a dismissal of this action shortly thereafter.

THEREFORE, the parties respectfully request the following hearing dates be continued as follows, with the expectation the hearings will be taken off calendar once the dismissal is filed:

1. Case Management Conference from September 10, 2008 to October 8, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due October 1, 2008.

2. Hearing on Continental's Motion to Dismiss from September 10, 2008 to October 8, 2008 at 10:30 a.m.

Dated: August 21, 2008     CARROLL, BURDICK & McDONOUGH LLP

By  /s/ Alan Jacobus
ALAN JACOBUS
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

Dated: August 21, 2008     THELEN REID BROWN RAYSMAN & STEINER LLP

By  /s/ John A. Chatowski
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: August 21, 2008     LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Rene Gamboa
RENE GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

### GENERAL ORDER 45 CERTIFICATION[1]

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 21st day of August, 2008, at San Francisco, California.

By   /s/ Vance A. Woodward
VANCE A. WOODWARD
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

### ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1.  The Case Management Conference and hearing on Continental's Motion to Dismiss is continued to October 8, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due October 1, 2008.

DATED: _____, 2008      _____
United States District/Magistrate Judge

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.