```
Gretchen A. Ramos, No. 198689
Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
```
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:       gramos@cbmlaw.com
             ajacobus@cbmlaw.com
             vwoodward@cbmlaw.com

Attorneys for Defendant The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>**STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [P~~ROPO~~SED] ORDER THEREON**<br><br>Complaint Filed:  May 17, 2007<br>Trial Date:       None set<br>Judge:            Hon. Edward M. Chen |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008 and September 5, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant The Continental Insurance Company ("Continental") participated in a mediation. At the September 5 mediation, the parties reached a settlement in principle regarding all matters at issue in this litigation. The parties are currently drafting settlement agreements and expect to have settlements finalized by the beginning of November 2008 and to file a dismissal of this action shortly thereafter.

THEREFORE, the parties respectfully request the following hearing dates be continued as follows, with the expectation the hearings will be taken off calendar once the dismissal is filed:

1. Case Management Conference from October 8, 2008 to November 19, 2008, at 10:30 a.m. The parties' Case Management Conference Statement shall be due November 12, 2008.

2. Hearing on Continental's Motion to Dismiss from to October 8, 2008 to November 19, 2008, at 10:30 a.m.

Dated: September 23, 2008        CARROLL, BURDICK & McDONOUGH LLP

By _____/s/ Alan Jacobus_____
ALAN JACOBUS
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

Dated: September 23, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

By _____/s/ John A. Chatowski_____
JOHN A. CHATOWSKI
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

Dated: September 23, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____/s/ Rene Gamboa_____
RENE GAMBOA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# GENERAL ORDER 45 CERTIFICATION[1]

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 23rd day of September, 2008, at San Francisco, California.

By     /s/ Vance A. Woodward
VANCE A. WOODWARD
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference and hearing on Continental's Motion to Dismiss is continued to November 19, 2008 at 10:30 a.m. The parties' Case Management Conference Statement shall be due November 12, 2008.

DATED: ___Sept. 24___, 2008      _____
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.