1  Gretchen A. Ramos, No. 198689
   Alan P. Jacobus, No. 206954
2  Vance A. Woodward, No. 231730
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, California  94104
   Telephone:       415.989.5900
5  Facsimile:       415.989.0932
   Email:           gramos@cbmlaw.com
6                   ajacobus@cbmlaw.com
                    vwoodward@cbmlaw.com
7
   Attorneys for Defendant The Continental Insurance Company
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  HOMESTAKE LEAD COMPANY OF MISSOURI, | No. C-07-2634-EMC |
| 13                    Plaintiff, | **STIPULATION TO CONTINUE (1) CASE MANAGEMENT CONFERENCE AND (2) HEARING ON DEFENDANT CONTINENTAL'S MOTION TO DISMISS AND [PROPOSED] ORDER THEREON** |
| 14               versus | |
| 15  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and THE CONTINENTAL INSURANCE COMPANY, | |
| 16 | Complaint Filed:   May 17, 2007 |
| 17                    Defendants. | Trial Date:        None set |
| 18 | Judge:             Hon. Edward M. Chen |

19                            **STIPULATION**

20      IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

21      On February 27, 2008 and September 5, 2008, plaintiff Homestake Lead Company of

22  Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA

23  ("National Union"), and defendant The Continental Insurance Company ("Continental")

24  participated in a mediation.  At the September 5 mediation, the parties reached a settlement in

25  principle regarding all matters at issue in this litigation.  The parties are currently drafting

26  settlement agreements and expect to have settlements finalized by the beginning of December

27  2008 and to file a dismissal of this action shortly thereafter.

28

CBM-IPG\SF424152.1                         -1-
                     STIPULATION OF CONTINUANCE—07-CV-2634-EMC

1    THEREFORE, the parties respectfully request the following hearing dates be

2    continued as follows, with the expectation the hearings will be taken off calendar once the

3    dismissal is filed:

4        1.    Case Management Conference from November 19, 2008, at 10:30 a.m., to

5    January 14, 2009, at 2:30 p.m.  The parties' Case Management Conference Statement shall be due

6    January 7, 2009.

7        2.    Hearing on Continental's Motion to Dismiss to be taken off calendar because

8    Continental withdrew the motion without prejudice to re-file it.  (Docket #54.)

9    Dated:  November 4, 2008          CARROLL, BURDICK & McDONOUGH LLP

10

11   By _____/s/  Alan Jacobus_____
     ALAN JACOBUS
     Attorneys for Defendant
12   THE CONTINENTAL INSURANCE COMPANY

13   Dated:  November 4, 2008          THELEN REID BROWN RAYSMAN & STEINER LLP

14

15   By _____/s/  John A. Chatowski_____
     JOHN A. CHATOWSKI
16   Attorneys for Plaintiff
     HOMESTAKE LEAD COMPANY OF MISSOURI

17

18   Dated:  November 4, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

19

20   By _____/s/  Rene Gamboa_____
     RENE GAMBOA
     Attorneys for Defendant
21   NATIONAL UNION FIRE INSURANCE
     COMPANY OF PITTSBURGH, PA

22

23

24

25

26

27

28

**GENERAL ORDER 45 CERTIFICATION**[1]

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 4th day of November, 2008, at San Francisco, California.

By _____ /s/ Vance A. Woodward _____

VANCE A. WOODWARD
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1.  The Case Management Conference is continued to January 14, 2009, at 2:30 (1:30) p.m. The parties' Case Management Conference Statement shall be due January 7, 2009.

2.  The hearing on Continental's Motion to Dismiss is taken off calendar.

DATED: _____ Nov. 7 _____, 2008

_____
United States District/Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.

CBM-IPG\SF424152.1

-3-

STIPULATION OF CONTINUANCE—07-CV-2634-EMC