Gretchen A. Ramos, No. 198689
Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: gramos@cbmlaw.com
ajacobus@cbmlaw.com
vwoodward@cbmlaw.com

Attorneys for Defendant The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>**STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON**<br><br>Complaint Filed: May 17, 2007<br>Trial Date: None set<br>Judge: Hon. Edward M. Chen |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

On February 27, 2008 and September 5, 2008, plaintiff Homestake Lead Company of Missouri ("Homestake"), defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and defendant The Continental Insurance Company ("Continental") participated in a mediation. At the September 5 mediation, the parties reached a settlement in principle regarding all matters at issue in this litigation. The parties are currently drafting settlement agreements and expect to have settlements finalized by the end of February 2009 and to file a dismissal of this action shortly thereafter.

CBM-IPG\SF424152.3 -1-
STIPULATION OF CONTINUANCE—07-CV-2634-EMC

1  THEREFORE, the parties respectfully request the following conference dates be
2  continued as follows, with the expectation the conference will be taken off calendar once the
3  dismissal is filed:
4      1. Case Management Conference from February 25, 2009, at 1:30 p.m., to March
5  25, 2009, at 1:30 p.m. The parties' Case Management Conference Statement shall be due March
6  18, 2009.

7  Dated: February 18, 2009    CARROLL, BURDICK & McDONOUGH LLP

8  By    /s/ Alan Jacobus
9      ALAN JACOBUS
    Attorneys for Defendant
10     THE CONTINENTAL INSURANCE COMPANY

11 Dated: February 18, 2009    HOWREY LLP
12

13 By    /s/ Daven G. Lowhurst
    DAVEN G. LOWHURST
14     Attorneys for Plaintiff
    HOMESTAKE LEAD COMPANY OF MISSOURI
15

16 Dated: February 18, 2009    LEWIS BRISBOIS BISGAARD & SMITH LLP

17
By    /s/ Rene Gamboa
18     RENE GAMBOA
    Attorneys for Defendant
19     NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA

20
21
22
23
24
25
26
27
28

**GENERAL ORDER 45 CERTIFICATION**[1]

I, Vance A. Woodward, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 18th day of February, 2009, at San Francisco, California.

By _____/s/ Vance A. Woodward_____
VANCE A. WOODWARD
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1.  The Case Management Conference is continued to March 25, 2009, at 1:30 p.m. The parties' Case Management Conference Statement shall be due March 18, 2009.

DATED: February 19, 2009

_____
United States District/Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

[1] This document has been filed and served pursuant to United States District Court for the Northern District of California General Order 45, so no certificate of service is required. Civil L.R. 5-4; Civil L.R. 5-5; Civil L.R. 5-6.