UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>**STIPULATION RE DISMISSAL OF CLAIMS WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: May 17, 2007<br>Trial Date: None set<br>Judge: Hon. Edward M. Chen |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS BY AND BETWEEN PLAINTIFF HOMESTAKE LEAD COMPANY OF MISSOURI AND DEFENDANT THE CONTINENTAL INSURANCE COMPANY

1. Plaintiff Homestake Lead Company of Missouri ("Homestake") hereby dismisses with prejudice its claims against defendant The Continental Insurance Company ("Continental") in this action.

2. Continental hereby dismisses with prejudice its claims against Homestake in this action.

3. Homestake and Continental will bear their respective costs as against each other.

-1-

Dated: March 9, 2009          CARROLL, BURDICK & McDONOUGH LLP

                              By   */s/ Alan Jacobus*
                                 ALAN JACOBUS
                                 Attorneys for Defendant
                                 THE CONTINENTAL INSURANCE COMPANY

Dated: March 9, 2009          HOWREY LLP

                              By   */s/ Daven G. Lowhurst*
                                 DAVEN G. LOWHURST
                                 Attorneys for Plaintiff
                                 HOMESTAKE LEAD COMPANY OF MISSOURI

## **GENERAL ORDER 45 CERTIFICATION**

I, Daven G. Lowhurst, hereby attest pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 9th day of March, 2009, at San Francisco, California.

                              By   */s/ Daven G. Lowhurst*
                                 Daven G. Lowhurst
                                 Attorneys for Plaintiff
                                 HOMESTAKE LEAD COMPANY OF MISSOURI

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION ABOVE, IT IS HEREBY ORDERED THAT:

1. Homestake's claims against Continental in this action are hereby dismissed with prejudice.

2. Continental's claims against Homestake in this action are hereby dismissed with prejudice.

3. Homestake and Continental shall each bear its respective costs as against the other

DATED: __March 13, 2009___        _____
                                  United States ~~Magistrate Judge~~

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-2-

DM_US:21969223_1

**STIPULATION RE DISMISSAL OF CLAIMS — 07-CV-2634-EMC**