UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOMESTAKE LEAD COMPANY OF MISSOURI,<br><br>Plaintiff,<br><br>versus<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and THE CONTINENTAL INSURANCE COMPANY,<br><br>Defendants. | No. C-07-2634-EMC<br><br>**STIPULATION RE DISMISSAL OF CLAIMS WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: May 17, 2007<br>Trial Date: None set<br>Judge: Hon. Edward M. Chen |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff HOMESTAKE LEAD COMPANY OF MISSOURI and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, hereby stipulate, with a request for Court approval, as follows:

Plaintiff HOMESTAKE LEAD COMPANY OF MISSOURI hereby dismisses, with prejudice, its complaint against Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, each party to bear its own costs and attorney's fees herein.

-1-

DM_US:21969223_2

**STIPULATION RE DISMISSAL OF CLAIMS — 07-CV-2634-EMC**

| | | |
|---|---|---|
| 1 | Dated: March 9, 2009 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | By  /s/ Jamie L. Vels |
| 3 | | JAMIE L. VELS<br>RENE I. GAMBOA |
| 4 | | Attorneys for Defendant<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA, |
| 6 | Dated: March 9, 2009 | HOWREY LLP |
| 7 | | By  /s/ Daven G. Lowhurst |
| 8 | | DAVEN G. LOWHURST<br>Attorneys for Plaintiff<br>HOMESTAKE LEAD COMPANY OF MISSOURI |

### GENERAL ORDER 45 CERTIFICATION

I, Daven G. Lowhurst, hereby attest pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 12th day of March, 2009, at San Francisco, California.

By  /s/ Daven G. Lowhurst
Daven G. Lowhurst
Attorneys for Plaintiff
HOMESTAKE LEAD COMPANY OF MISSOURI

### ORDER

Plaintiff HOMESTAKE LEAD COMPANY OF MISSOURI and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, having stipulated to the dismissal of the complaint herein as to that Defendant, each side to bear its own costs herein,

IT IS HEREBY ORDERED that the complaint herein as to Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA is dismissed, with prejudice, each party to bear its own costs and attorney's fees herein.

DATED: 3/23/09  _____
United States ____ Judge

IT IS SO ORDERED
Judge Edward M. Chen

DM_US:21969223_2

STIPULATION RE DISMISSAL OF CLAIMS — 07-CV-2634-EMC